**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Jewish Family and Children's Service, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-0096781** |
| 4. | **Debtor's address** | **Principal place of business**<br>**2033 N 7th St.**<br>**Phoenix, AZ 85014**<br>Number, Street, City, State & ZIP Code<br>**Maricopa**<br>County<br><br>**Mailing address, if different from principal place of business**<br>**Lock Box 29650 Dept 880103**<br>**Phoenix, AZ 85038-9650**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.jfcsaz.org** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ■ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6241**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 13, 2026**
MM / DD / YYYY

**X** **/s/ Dr. Lorrie Henderson**
Signature of authorized representative of debtor

**Dr. Lorrie Henderson**
Printed name

Email Address of debtor

Title **Chief Executive Oficer**

**18. Signature of attorney**

**X** **/s/ Randy Nussbaum**
Signature of attorney for debtor

Date **November 13, 2026**
MM / DD / YYYY

**Randy Nussbaum**
Printed name

**Cavanagh Law Firm**
Firm name

**1850 North Central Avenue**
**suite 1900**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone **6023224000** Email address **rnussbaum@cavanaghlaw.com**

**006417 AZ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Jewish Family and Children's Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 13, 2026**

*X* **/s/ Dr. Lorrie Henderson**
Signature of individual signing on behalf of debtor

**Dr. Lorrie Henderson**
Printed name

**Chief Executive Oficer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Jewish Family and Children's Service, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BKM Northwest Industrial Park 316, LLC<br>1701 Quail Street<br>Suite 100<br>Newport Beach, CA 92660** | | **Lease (9014 N 23rd AVenue, Suite 2-4, Phoenix)** | **Contingent<br>Unliquidated<br>Disputed** | | | **$576,067.48** |
| **Daniels, Terrence<br>6304 West Oraibi Drive<br>Glendale, AZ 85308-7039** | | **Accrued PAL** | | | | **$11,445.81** |
| **Delgado Ortega, Alberto<br>9436 West Odeum Lane<br>Tolleson, AZ 85353** | | **Accrued PAL** | | | | **$7,309.04** |
| **Haro, Luz<br>7030 W Monterey Way<br>Phoenix, AZ 85033** | | **Accrued PAL** | | | | **$6,808.91** |
| **Higley Project, LLC<br>Camelback** | | **Lease (1840 N 95th Ave, Suite 160, Phoenix)** | **Contingent<br>Unliquidated<br>Disputed** | | | **$3,769,228.01** |
| **Jongbo, Olajumoke O<br>9443 West Palm Lane<br>Phoenix, AZ 85037** | | **Accrued PAL** | | | | **$7,003.85** |
| **Lipman, Megan E<br>7335 N 23rd Avenue<br>Phoenix, AZ 85021-7716** | | **Accrued PAL** | | | | **$7,956.18** |
| **Loucks, Isai<br>12613 W Verde Lane<br>Avondale, AZ 85392-6634** | | **Accrued PAL** | | | | **$9,732.21** |

Debtor **Jewish Family and Children's Service, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mercy Care Advantage 4750 S 44th Place Suite 150 Phoenix, AZ 85040** | | **Funds owed to paid contractor** | | | | **$406,635.00** |
| **Ouimette, Robert F 10633 E Carol Avenue Mesa, AZ 85208** | | **Accrued PAL** | | | | **$7,000.00** |
| **Robinson, Christopher 2286 N Heritage Street Buckeye, AZ 85396** | | **Accrued PAL** | | | | **$7,632.21** |
| **Scott, Linda J 4225 N 36th Street Unit 33 Phoenix, AZ 85018-4753** | | **Accrued PAL** | | | | **$11,327.66** |
| **Shahnaz, Herendira Valdez 9233 E Pine Valley Road Scottsdale, AZ 85260** | | **Accrued PAL** | | | | **$9,014.34** |
| **Simpson, Gwynn 11050 East Utopia Avenue Mesa, AZ 85212** | | **Accrued PAL** | | | | **$8,461.54** |
| **Smith, Jessie 3125 West Loma Lane Phoenix, AZ 85051** | | **Accrued PAL** | | | | **$9,230.77** |
| **Twenty Thirty Three, Inc. 2033 N 7th Street Phoenix, AZ 85006** | | **Note Payable** | | | | **$1,183,499.43** |
| **Wahinehookae, Alyssa M 266 South Canfield Mesa, AZ 85208** | | **Accrued PAL** | | | | **$7,500.00** |
| **West Guadalupe, LLC PO Box 15662 Phoenix, AZ 85060** | | **Lease (880 N Colorado Street, Gilbert)** | **Contingent Unliquidated Disputed** | | | **$2,371,824.96** |
| **Wong, Steven 2036 W Le Marche Avenue Phoenix, AZ 85023** | | **Accrued PAL** | | | | **$7,296.92** |
| **Wynn, Jeanie 2712 W Evans Drive Phoenix, AZ 85053** | | **Accrued PAL** | | | | **$9,274.32** |

**Fill in this information to identify the case:**

Debtor name **Jewish Family and Children's Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*...... | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*...... | $ **10,466,787.61** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*...... | $ **10,466,787.61** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...... | $ **2,433,348.77** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*...... | $ **743,098.21** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...... | +$ **8,307,254.88** |
| 4. **Total liabilities** ...... Lines 2 + 3a + 3b | $ **11,483,701.86** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Jewish Family and Children's Service, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF ARIZONA |
| Case number (if known) |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | **$3,290.99** |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Chase Bank** | **checking** | **6672** | **$1,361,346.41** |
| 3.2. | **Wise Advisor Group LT** | **Brokerage Account** | **7275** | **$114,244.42** |
| 3.3. | **Bank of America** | **Checking** | | **$11,789.56** |
| 3.4. | **Wise Advisors Group - JFCS** | **Brokerage Account** | **7275** | **$848,628.11** |
| 3.5. | **Wise Advisors Group - JFCS** | **Brokerage Account** | **9984** | **$5,739.35** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Bus passes for clients** | **$10,206.00** |
| 4.2. | **Gift cards for clients** | **$17,490.00** |
| 4.3. | **Miscellaneous (movie passes, GED passes, Food handler cards, postage, COA Accreditation** | **$24,265.00** |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$2,396,999.84**

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Fac Rent - EV - 2290 W. Guadalup Rd.** | **$35,000.00** |
| 7.2. | **Fac Rent - GLD - 5701 W. Talavi** | **$25,000.00** |
| 7.3. | **Fac Rent - GLD - 5701 W. Talavi** | **$31,211.33** |
| 7.4. | **Fac Rent - RWJD - 9014 N. 23rd Ave** | **$4,776.00** |
| 7.5. | **Fac Rent - WV - 1840 N. 95th Ave** | **$27,122.13** |
| 7.6. | **Fac Utilities - WV SRP Electric** | **$12,520.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **GMI M365 Audio Conferencing** | **$1,591.36** |
| 8.2. | **Park Place Technologies Maintenance Contract** | **$987.18** |

| | | |
|---|---|---|
| 8.3. | **GoTo Technologies Rescue Mobile Sub** | **$2,557.89** |
| 8.4. | **SysAid HD Cloud Management - Year 2 of 3** | **$3,375.37** |
| 8.5. | **SylogistMission ERP Cloud User Licenses** | **$35,059.66** |
| 8.6. | **Bloomerang Fundraising Software Bundle/Service** | **$1,396.86** |
| 8.7. | **Microage Navori Cloud Professional for BH** | **$687.50** |
| 8.8. | **Property & Liability Insurance** | **$42,972.74** |
| 8.9. | **8x8 Phone System** | **$20,967.12** |
| 8.10. | **Box Cloud Storage Platform** | **$875.00** |
| 8.11. | **Jewish News of Greater Phoenix Advertising** | **$1,335.00** |
| 8.12. | **Zoom Video Conferencing Platform** | **$1,632.75** |
| 8.13. | **PandaDoc Document Management** | **$9,000.00** |
| 8.14. | **Microage Sophos Central Email/Mobile** | **$12,247.97** |
| 8.15. | **Microsoft MS 365 E3 Licenses** | **$98.19** |
| 8.16. | **Microage Sophos Central Phish Threat** | **$2,395.80** |

9. **Total of Part 2.** **$272,809.85**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **11,000.00** | - | **0.00** | = .... | **$11,000.00** |
| 11a. 90 days old or less: | **16,281.69** | - | **0.00** | = .... | **$16,281.69** |
| 11a. 90 days old or less: | **137,500.01** | - | **0.00** | = .... | **$137,500.01** |
| 11a. 90 days old or less: | **15,000.00** | - | **0.00** | = .... | **$15,000.00** |
| 11a. 90 days old or less: | **10,000.00** | - | **0.00** | = .... | **$10,000.00** |
| 11a. 90 days old or less: | **10,000.00** | - | **0.00** | = .... | **$10,000.00** |
| 11a. 90 days old or less: | **100,000.00** | - | **0.00** | = .... | **$100,000.00** |
| 11a. 90 days old or less: | **10,000.00** | - | **0.00** | = .... | **$10,000.00** |
| 11a. 90 days old or less: | **10,000.00** | - | **0.00** | = .... | **$10,000.00** |
| 11a. 90 days old or less: | **7,500.00** | - | **0.00** | = .... | **$7,500.00** |
| 11a. 90 days old or less: | **25,000.00** | - | **0.00** | = .... | **$25,000.00** |

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **5,000.00** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$5,000.00** |
| 11a. 90 days old or less: | **60,000.00** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$60,000.00** |
| 11a. 90 days old or less: | **3,771,528.80** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$3,771,528.80** |
| 11a. 90 days old or less: | **224,645.40** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$224,645.40** |
| 11a. 90 days old or less: | **2,000.00** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$2,000.00** |
| 11a. 90 days old or less: | **288,422.03** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$288,422.03** |
| 11a. 90 days old or less: | **24,166.74** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$24,166.74** |
| 11a. 90 days old or less: | **4,368.05** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$4,368.05** |
| 11a. 90 days old or less: | **457.50** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$457.50** |
| 11a. 90 days old or less: | **13,401.00** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$13,401.00** |
| 11a. 90 days old or less: | **10,192.00** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$10,192.00** |
| 11a. 90 days old or less: | **45,901.16** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$45,901.16** |
| 11a. 90 days old or less: | **1,500.00** face amount | - | **0.00** doubtful or uncollectible accounts | = .... | **$1,500.00** |

12. **Total of Part 3.** **$4,803,864.38**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| 15.1. **Time Share** | % | | **$18,500.00** |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | |
| 16.1. **Eureka California Land Humboldt County, CA** | | | **$17,500.00** |
| 16.2. **Holiday Inn Club Vacations at Desert Club Resort Las Vegas, NV** | | | **$1,000.00** |
| 16.3. **Lanes Family Endowment Jewish Community Foundation Investment** | | | **$388,902.19** |
| 16.4. **The R. Tannenbaum Bereavement Fund Jewish Community Foundation Investment** | | | **$128,299.09** |
| 16.5. **Jewish Family & Childrens Service General Fund Jewish Community Foundation Investment** | | | **$572,444.25** |
| 16.6. **The Philip & Judith Hirsch General Fund Jewish Community Foundation Investment** | | | **$95,325.03** |
| 16.7. **Bruce Nager JFCS Hospitality Beneficial Interest (annual dividends)** | | | **Unknown** |
| 16.8. **JFCS Lawrence Palder Scholarship Fund Beneficial Interest (annual dividends)** | | | **Unknown** |

| | | | |
|---|---|---|---|
| 16.9. **JFCS MRZ Memorial Fund Agreement Beneficial Interest (annual dividends)** | | | **Unknown** |
| 16.10. **JFCS Life and Legacy Endowment Fund Beneficial Interest (annual dividends)** | | | **Unknown** |
| 16.11. **JFCS Sara Patrice Thaler Fund Beneficial Interest (annual dividends)** | | | **Unknown** |

17. **Total of Part 4.** **$1,221,970.56**
Add lines 14 through 16. Copy the total to line 83.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**See Exhibit A attached** | **$0.00** | | **$140,863.23** |
| 40. **Office fixtures**<br>**West Valley Build Out Krause Interior**<br>**East Valley Build Out**<br>**West Valley Build Out** | **$0.00** | | **$1,606,407.73** |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$1,747,270.96**
Add lines 39 through 42. Copy the total to line 86.

# EXHIBIT A

| Description | Last Updated Balance |
|---|---|
| New Bathroom Doors | - |
| Hearing Screener | - |
| Nextgen Amb EHR Pract Mgmt Lic | - |
| Access Control - Security | - |
| Talavi - Med Wing Gas Storage | - |
| Nutanix Cluster Refresh - TIP | - |
| Next Gen Licenses | - |
| Diagnostic Station | - |
| Dell Poweredge R740 Server | - |
| NextGen Telehealth Platform | - |
| EPM/EHR Combo Licenses Full | - |
| MRZ bathroom plumbing | - |
| Autism Room Remodel | - |
| Amb EHR/Pract Mgmt Combo Prov | - |
| MRZ - Faucet | - |
| Nextgen Patient Portal | - |
| Dragon Speak | - |
| West Valley Expansion | - |
| Dell EMC Switches | - |
| Nutanix Hardware | - |
| Nutanix Upgrade | - |
| A/C Unit #19 7.5 Ton Heat Pump | - |
| Thermostate #25 Rewiring | - |
| NextGen2 Conversion | 37,922.49 |
| Defibrillator | - |
| EV Med Wing Med Equipment | - |
| Vision Spot Screener | - |
| Pharm 2Dr Glass Refrig/Freezer | - |
| Hearing Screener | - |
| Spirometer MRZ | - |
| Wireless ECG Resting Cardio MRZ | - |
| Spirometer WV | - |
| Wireless ECG Resting Cardio WV | - |
| Amb EHR/Pract Mgmt Combo Prov3 | - |
| EV Backup Power Supply | - |
| UPS Backup Generator MRZ | - |
| Wired ECG Resting Cardio MRZ | - |
| Wired ECG Resting Cardio WV | - |
| MRZ - 4 tier lockers - 10 | - |
| Lab Refrigerator (2) | 1,670.43 |
| WV Primary Care Refrig/Freezer | 2,493.24 |
| WV Primary Care Power Chair | 3,391.36 |
| WV Primary Care Equip Set Up | 26,821.77 |

| | |
|---|---|
| AC Unit - 5 Ton - EV | - |
| Levano Laptops (50) TIP Funded | - |
| Interior Glass Aluminum Door Repair | 536.12 |
| East Valley Office Furniture | 1,119.61 |
| EV Bldg Signage | 2,057.80 |
| West Valley Build Out Signage | 3,406.10 |
| Unit HP-8 Compressor MRZ | 3,934.45 |
| Netwatch Surveilance System - JDP | 4,914.20 |
| Hot Water Heater - 50 Gallon Commercial Tank - WV | 5,160.10 |
| IT Workstations - Move to SC | 5,215.48 |
| Carrier 6 Ton Package Heat Pump - East Valley | 6,224.82 |
| New 4 Ton Day n Night Pkg HP #11 - EV | 7,323.46 |
| Security Alarm | 11,819.68 |
| Unit #25,#26 5-ton Package 460V 3 Phase Reclaim (2) | 16,852.12 |
| **Total Fixed Assets at 8/31/26** | **140,863.23** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Enterprise FM Trust Leases: 2023 Toyota Highlander 2024 Volkswagen Jetta 2024 Volkswagen Jetta 2022 Nissan Altima** | **$0.00** | | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$0.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**
- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Claims related information; follow required healthcare security requirements | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.** **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| | |
|---|---|
| **Accrued Care Bank (Employee PAL time/funds donated for use by employees)** | **$23,872.02** |

78. **Total of Part 11.** **$23,872.02**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | | **$2,396,999.84** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | **$272,809.85** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | **$4,803,864.38** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | **$1,221,970.56** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | **$1,747,270.96** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | **$0.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9.........................................................................................>* | | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | **$23,872.02** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | | **$10,466,787.61** | + 91b. | **$0.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$10,466,787.61**

**Fill in this information to identify the case:**

Debtor name **Jewish Family and Children's Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Canon Financial Services**
Creditor's Name

**158 Gaither Drive**
**Suite 200**
**Mount Laurel, NJ 08054**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/23/2025**

**Last 4 digits of account number**
**4091**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All equipment subject to lease, rental agreement, sales agreement or other instrument**

**Describe the lien**
**Equipment Agreement/UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$296,708.41** Column B: **$0.00**

**2.2 JPMorgan Chase Bank**
Creditor's Name

**PO Box 6026,IL1-1145**
**Chicago, IL 60680-6026**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/5/2025**

**Last 4 digits of account number**
**3049**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Accounts receivables**

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$2,000,000.00** Column B: **$0.00**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Verdant Commercial Capital, LLC**
Creditor's Name
**9987 Carver Road**
**Suite 110**
**Cincinnati, OH 45242**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/14/2025**
**Last 4 digits of account number**
**4592**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Sophos Central Managed Detection License**

**$136,640.36** **$0.00**

**Describe the lien**
**Installment Payment Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$2,433,348.77**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **JPMorgan Chase Bank**<br>**150 W University Dr.**<br>**1st Fl.**<br>**Tempe, AZ 85281** | Line **2.2** | |
| **Pacific Office Automation**<br>**4501 E McDowell Road**<br>**Phoenix, AZ 85008** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name **Jewish Family and Children's Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Abbs, Sharon**<br>**2557 N 45h Avenue**<br>**Phoenix, AZ 85035-2371** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,153.85** | **$1,153.85** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Abbs, Sharon**<br>**2557 N 45th Avenue**<br>**Phoenix, AZ 85035-2371** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$869.71** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Agramon, Jazmin**<br>**10606 Wet Hess Street**<br>**Tolleson, AZ 85353** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$373.77** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Agramon, Jazmin**<br>**10606 West Hess Street**<br>**Tolleson, AZ 85353** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$950.77** | **$950.77** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Ahearn, Robyn**<br>**302 N Keith Street**<br>**Apache Junction, AZ 85120** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$656.00** | **$656.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Ahearn, Robyn**<br>**10606 West Hess Street**<br>**Tolleson, AZ 85353** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,942.79** | **$1,942.79** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.7 Priority creditor's name and mailing address
**Aleman, Daniel**
**18819 N 3rd Dr**
**Phoenix, AZ 85027**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$640.00** **$640.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8 Priority creditor's name and mailing address
**Aleman, Daniel**
**18819 N 3rd Dr**
**Phoenix, AZ 85027**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,187.60** **$3,187.60**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.9 Priority creditor's name and mailing address
**Allen, Timothy**
**2009 East Lusitano Loop**
**San Tan Valley, AZ 85140**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,140.08** **$1,140.08**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.10 Priority creditor's name and mailing address
**Allen, Timothy**
**2009 East Lusitano Loop**
**San Tan Valley, AZ 85140**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,293.75** **$3,293.75**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**Aragon, Valerie Ann**<br>**1640 E Jardin Pl**<br>**Casa Grande, AZ 85122-2474** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$164.38** | **$164.38** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>**Aragon, Valerie Ann**<br>**1640 E Jardin Pl**<br>**Casa Grande, AZ 85122-2474** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$298.32** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>**Arcos Hernandez, Jacqueline**<br>**2142 E Bramble Avenue**<br>**Mesa, AZ 85204-1446** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$656.00** | **$656.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.14 | Priority creditor's name and mailing address<br>**Arcos Hernandez, Jacqueline**<br>**2142 E Bramble Avenue**<br>**Mesa, AZ 85204-1446** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,806.46** | **$1,806.46** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.15 Priority creditor's name and mailing address
**Asada, Mariko**
**5335 East Shea Boulevard**
**#2068**
**Scottsdale, AZ 85254**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,153.85** **$1,153.85**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.16 Priority creditor's name and mailing address
**Asada, Mariko**
**5335 East Shea Boulevard**
**#2068**
**Scottsdale, AZ 85254**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$565.75** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.17 Priority creditor's name and mailing address
**Baltazar, Angel**
**12521 West Bloomfield Road**
**El Mirage, AZ 85335**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.18 Priority creditor's name and mailing address
**Baltazar, Angel**
**12521 West Bloomfield Road**
**El Mirage, AZ 85335**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$1,925.00** **$1,925.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address<br>**Bangura, Hannah<br>104654 E Osage Avenue<br>Mesa, AZ 85212-1803** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,615.39** | **$2,615.39** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.20 | Priority creditor's name and mailing address<br>**Bangura, Hannah<br>10464 E Osage Avenue<br>Mesa, AZ 85212-1803** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,068.99** | **$3,068.99** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.21 | Priority creditor's name and mailing address<br>**Baptiste, Jessica<br>30799 W Whitton Avenue<br>Buckeye, AZ 85396** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$923.08** | **$923.08** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.22 | Priority creditor's name and mailing address<br>**Baptiste, Jessica<br>30799 W Whitton Avenue<br>Buckeye, AZ 85396** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$267.69** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address<br>**Barajas, Michelle<br>12530 West Campina Drive<br>Litchfield Park, AZ 85340** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$692.16** | **$692.16** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.24 | Priority creditor's name and mailing address<br>**Barajas, Michelle<br>12530 West Campina Drive<br>Litchfield Park, AZ 85340** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$356.25** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.25 | Priority creditor's name and mailing address<br>**Bencomo, Kristi<br>23996 W Pima Street<br>Buckeye, AZ 85326** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.26 | Priority creditor's name and mailing address<br>**Bencomo, Kristi<br>23996 W Pima Street<br>Buckeye, AZ 85326** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,137.50** | **$1,137.50** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.27 | Priority creditor's name and mailing address<br>**Betters, Raiza R**<br>**1711 S Extension Road**<br>**#2074**<br>**Phoenix, AZ 85021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$720.00** | **$720.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.28 | Priority creditor's name and mailing address<br>**Betters, Raiza R**<br>**1711 S Extension Road**<br>**#2074**<br>**Phoenix, AZ 85021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,075.73** | **$1,075.73** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.29 | Priority creditor's name and mailing address<br>**Bischoff, Margaret**<br>**6445 S Maple Avenue**<br>**Apt 1061**<br>**Tempe, AZ 85283-3634** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$672.00** | **$672.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.30 | Priority creditor's name and mailing address<br>**Bischoff, Margaret**<br>**6445 S Maple Avenue**<br>**Apt 1061**<br>**Tempe, AZ 85283-3634** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,307.46** | **$1,307.46** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.31 | Priority creditor's name and mailing address<br>**Boltz, Adam L**<br>**2958 E Hope Street**<br>**Mesa, AZ 85213** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,153.85** | **$1,153.85** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.32 | Priority creditor's name and mailing address<br>**Boltz, Adam L**<br>**2958 E Hope Street**<br>**Mesa, AZ 85213** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,027.88** | **$5,027.88** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.33 | Priority creditor's name and mailing address<br>**Bonsey, Matthew**<br>**6565 W Bethany Home Road**<br>**Apt 123**<br>**Glendale, AZ 85301-4931** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$640.00** | **$640.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.34 | Priority creditor's name and mailing address<br>**Bonsey, Matthew**<br>**6565 W Bethany Home Road**<br>**Apt 123**<br>**Glendale, AZ 85301-4931** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$699.40** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.35 | Priority creditor's name and mailing address<br>**Boswell, Angela**<br>**319 E Tumbleweed Drive**<br>**Phoenix, AZ 85085-7785** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,030.77** | **$1,030.77** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.36 | Priority creditor's name and mailing address<br>**Boswell, Angela**<br>**319 E Tumblewood Drive**<br>**Phoenix, AZ 85085-7785** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$492.84** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.37 | Priority creditor's name and mailing address<br>**Braaten, Mikayla Grace**<br>**601 W Fillmore Street**<br>**Apt 256**<br>**Phoenix, AZ 85003-0020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$688.00** | **$588.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.38 | Priority creditor's name and mailing address<br>**Brady-Temcio, Jenifer**<br>**3005 East Emelita Avenue**<br>**Mesa, AZ 85204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$136.73** | **$136.73** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.39 Priority creditor's name and mailing address
**Brady-Temcio, Jenifer**
**3005 East Emelita Avenue**
**Mesa, AZ 85204**

As of the petition filing date, the claim is: **$374.40** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.40 Priority creditor's name and mailing address
**Brauch, Tara S**
**1473 South Colt Drive**
**Gilbert, AZ 85296**

As of the petition filing date, the claim is: **$736.00** **$736.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.41 Priority creditor's name and mailing address
**Brauch, Tara S**
**1473 South Colt Drive**
**Gilbert, AZ 85296**

As of the petition filing date, the claim is: **$354.20** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.42 Priority creditor's name and mailing address
**Brauner, Jennifer**
**1717 E Morten Avenue**
**#58**
**Phoenix, AZ 85020**

As of the petition filing date, the claim is: **$907.70** **$907.70**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.43 | Priority creditor's name and mailing address<br>**Brauner, Jennifer**<br>**1717 E Morten Avenue**<br>**#58**<br>**Phoenix, AZ 85020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$547.45** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.44 | Priority creditor's name and mailing address<br>**Briones, Shantah Israel Nacario**<br>**2224 W Clarendon Avenue**<br>**Phoenix, AZ 85015-5435** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$704.00** | **$704.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.45 | Priority creditor's name and mailing address<br>**Brishke, Wendy L**<br>**10203 N 56th Drive**<br>**Glendale, AZ 85302** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,376.92** | **$1,376.92** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.46 | Priority creditor's name and mailing address<br>**Brishke, Wendy L**<br>**10203 N 56th Drive**<br>**Glendale, AZ 85302** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,725.41** | **$6,725.41** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.47 Priority creditor's name and mailing address
**Britton, Audry P**
**2233 N 135th Drive**
**Goodyear, AZ 85395**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$768.00** **$768.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.48 Priority creditor's name and mailing address
**Britton, Audry P**
**2233 N 135th Drive**
**Goodyear, AZ 85395**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$964.56** **$964.56**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.49 Priority creditor's name and mailing address
**Brobak, Rachel**
**435 E Main Street**
**Unit 207**
**Mesa, AZ 85203**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.50 Priority creditor's name and mailing address
**Brobak, Rachel**
**435 East Main Street**
**Unit 207**
**Mesa, AZ 85203**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$710.77** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.51 Priority creditor's name and mailing address
**Brooks, Carly N**
**4707 East Kings Avenue**
**Phoenix, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.52 Priority creditor's name and mailing address
**Brooks, Carly N**
**4707 East Kings Avenue**
**Phoenix, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,231.25** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.53 Priority creditor's name and mailing address
**Bueso-Ocampo, Dayana Liceth**
**8203 W Oraibi Drive**
**Apt 2077**
**Peoria, AZ 85382-6601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$725.12** **$166.40**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.54 Priority creditor's name and mailing address
**Burkett, David M**
**2136 West Sharon Avenue**
**Phoenix, AZ 85029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,153.85** **$260.62**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.55 | Priority creditor's name and mailing address<br>**Burkett, David M**<br>**2136 West Sharon Avenue**<br>**Phoenix, AZ 85029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,331.13** | **$2,331.13** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.56 | Priority creditor's name and mailing address<br>**Cabral, Judy**<br>**2735 East Thomas Road**<br>**#96**<br>**Phoenix, AZ 85016** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$683.20** | **$683.20** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.57 | Priority creditor's name and mailing address<br>**Cabral, Judy**<br>**2735 East Thomas Road**<br>**#96**<br>**Phoenix, AZ 85016** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$61.70** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.58 | Priority creditor's name and mailing address<br>**Cadenas, Erika**<br>**2233 North 53rd Avenue**<br>**Phoenix, AZ 85035-3810** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$749.84** | **$749.84** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.59 | Priority creditor's name and mailing address<br>**Cadenas, Erika**<br>**2233 North 53rd Avenue**<br>**Phoenix, AZ 85035-3810** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,226.94** | **$1,226.94** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.60 | Priority creditor's name and mailing address<br>**Campa Flores, Angela**<br>**6710 E University Dr**<br>**Unit 106**<br>**Mesa, AZ 85205-7655** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$712.00** | **$712.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.61 | Priority creditor's name and mailing address<br>**Campa Flores, Angela**<br>**6710 E University Dr**<br>**Unit 106**<br>**Mesa, AZ 85205-7655** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$411.18** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.62 | Priority creditor's name and mailing address<br>**Canales, Carla J**<br>**8907 W Glenrosa Avenue**<br>**Phoenix, AZ 85037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$127.89** | **$127.89** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.63 | Priority creditor's name and mailing address<br>**Canales, Carla J**<br>**8907 W Glenrosa Avenue**<br>**Phoenix, AZ 85037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,208.20** | **$1,208.20** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.64 | Priority creditor's name and mailing address<br>**Canela, Aracely**<br>**600 N 96th Avenue**<br>**E#234**<br>**Tolleson, AZ 85353-2255** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$593.28** | **$593.28** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.65 | Priority creditor's name and mailing address<br>**Canela, Aracely**<br>**600 N 96th Avenue**<br>**#E234**<br>**Tolleson, AZ 85353-2255** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,807.65** | **$1,807.65** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.66 | Priority creditor's name and mailing address<br>**Carr, Jennifer C**<br>**12321 West Dove Wing Way**<br>**Peoria, AZ 85383** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$348.40** | **$348.40** |
| | Date or dates debt was incurred | Basis for the claim:<br>**PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.67 Priority creditor's name and mailing address
**Carr, Jennifer C**
**12321 West Dove Wing Way**
**Peoria, AZ 85383**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$832.00** **$832.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.68 Priority creditor's name and mailing address
**Cavanaugh, Teresa R**
**3837 E Surrey Avenue**
**Phoenix, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$704.00** **$704.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.69 Priority creditor's name and mailing address
**Cavanaugh, Teresa R**
**3837 E Surrey Avenue**
**Phoenix, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,276.24** **$3,276.24**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.70 Priority creditor's name and mailing address
**Cherry, Tamra**
**6207 West Navajo Drive**
**Glendale, AZ 85302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$640.00** **$640.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.71 Priority creditor's name and mailing address
**Cherry, Tamra**
**6207 W Navajo Drive**
**Glendale, AZ 85302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$200.60** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.72 Priority creditor's name and mailing address
**Chhay, Sarvani**
**7145 West Keim Drive**
**Glendale, AZ 85303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$923.08** **$923.08**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.73 Priority creditor's name and mailing address
**Chhay, Sarvani**
**7145 West Keim Drive**
**Glendale, AZ 85303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$780.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.74 Priority creditor's name and mailing address
**Chvostovsky, Nicholas**
**3736 West Cochise Drive**
**Phoenix, AZ 85051-1146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$736.00** **$736.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.75 Priority creditor's name and mailing address
**Chvostovsky, Nicholas**
**3736 W Chochise DRive**
**Phoenix, AZ 85051-1146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,993.45** **$2,993.45**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.76 Priority creditor's name and mailing address
**Ciuro, Samantha J**
**944 West Main Street**
**Apt 1294**
**Mesa, AZ 85201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$704.00** **$704.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.77 Priority creditor's name and mailing address
**Ciuro, Samantha J**
**944 West Main Street**
**Apt 1294**
**Mesa, AZ 85201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$482.68** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.78 Priority creditor's name and mailing address
**Clark, Tammie**
**809 West Grove Parkway**
**#3103**
**Tempe, AZ 85283**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$720.00** **$720.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.79 | Priority creditor's name and mailing address<br>**Clark, Tammie**<br>**809 West Grove Parkway**<br>**#3103**<br>**Tempe, AZ 85283** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.13** | **$1,000.13** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.80 | Priority creditor's name and mailing address<br>**Clifford, Cassidy D**<br>**15948 West Salome Street**<br>**Goodyear, AZ 85338** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$736.00** | **$736.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.81 | Priority creditor's name and mailing address<br>**Clifford, Cassidy D**<br>**15948 W Salome Street**<br>**Goodyear, AZ 85338** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$679.19** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.82 | Priority creditor's name and mailing address<br>**Cobos, Jessica**<br>**3011 W Montebello Avenue**<br>**Phoenix, AZ 85017-2538** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$81.11** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.83 | Priority creditor's name and mailing address<br>**Cobos, Jessica<br>3011 W Montebello Avenue<br>Phoenix, AZ 85017** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$692.16** | **$692.16** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.84 | Priority creditor's name and mailing address<br>**Cohen, Katya Julianna<br>5727 North 7th Street<br>Unit 475<br>Phoenix, AZ 85014-0034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$923.08** | **$923.08** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.85 | Priority creditor's name and mailing address<br>**Cohen, Katya Julianna<br>5727 North 7th Street<br>Unit 475<br>Phoenix, AZ 85014-0034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$533.08** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.86 | Priority creditor's name and mailing address<br>**Contreras, Destiny<br>1104 West Obispo Avenue<br>Mesa, AZ 85210-8214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$608.00** | **$608.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.87 | Priority creditor's name and mailing address<br>**Coon, Annette L**<br>**6436 West Wahalla Lane**<br>**Glendale, AZ 85308** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$923.08** | **$923.08** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.88 | Priority creditor's name and mailing address<br>**Coon, Annette L**<br>**6436 West Wahalla Lane**<br>**Glendale, AZ 85308** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$47.60** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.89 | Priority creditor's name and mailing address<br>**Crow, Richard**<br>**5021 West Flynn Lane**<br>**Glendale, AZ 85301-3409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,153.85** | **$1,153.85** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.90 | Priority creditor's name and mailing address<br>**Crow, Richard**<br>**5021 West Glynn Lane**<br>**Glendale, AZ 85301-3409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,637.74** | **$4,637.74** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.91 Priority creditor's name and mailing address
**Cruz, Abby**
**4646 North 77th Drive**
**Phoenix, AZ 85033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$656.00** **$656.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.92 Priority creditor's name and mailing address
**Cruz, Abby**
**4646 North 77th Drive**
**Phoenix, AZ 85033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$506.76** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.93 Priority creditor's name and mailing address
**Damian, Victoria**
**10352 W Country Club Trail**
**Peoria, AZ 85383**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$560.00** **$560.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.94 Priority creditor's name and mailing address
**Daniels, Terrence**
**6304 West Oraibi Drive**
**Glendale, AZ 85308-7039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,390.77** **$2,390.77**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.95 | Priority creditor's name and mailing address<br>**Daniels, Terrence**<br>**6304 West Oraibi Drive**<br>**Glendale, AZ 85308-7039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,445.81** | **$11,445.81** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.96 | Priority creditor's name and mailing address<br>**Davis, Cami Renee**<br>**211 South Orlando**<br>**Mesa, AZ 85206** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$696.00** | **$696.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.97 | Priority creditor's name and mailing address<br>**Davis, Cami Renee**<br>**211 South Orlando**<br>**Mesa, AZ 85206** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$493.07** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.98 | Priority creditor's name and mailing address<br>**Day, Shauna M**<br>**411 North Kyrene Road**<br>**Apt 131**<br>**Chandler, AZ 85226-2775** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$832.00** | **$832.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.99 | Priority creditor's name and mailing address<br>**Day, Shauna M**<br>**411 North Kyrene Road**<br>**Apt 131**<br>**Chandler, AZ 85226-2775** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$183.56** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.100 | Priority creditor's name and mailing address<br>**De Stefano Angela M**<br>**1320 North McQueen Road**<br>**Apt 1039**<br>**Chandler, AZ 85225-1421** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$632.00** | **$632.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.101 | Priority creditor's name and mailing address<br>**De Stefano Angela M**<br>**1320 North McQueen Road**<br>**Apt 1039**<br>**Chandler, AZ 85225-1421** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,140.84** | **$3,140.84** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.102 | Priority creditor's name and mailing address<br>**Dean, Jody L C**<br>**2812 E Harwell Road**<br>**Gilbert, AZ 85234** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$360.00** | **$360.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.103 Priority creditor's name and mailing address
**Delgado Ortega, Alberto**
**9436 West Odeum Lane**
**Tolleson, AZ 85353**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,535.39** **$2,535.39**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (3)

■ No
☐ Yes

2.104 Priority creditor's name and mailing address
**Delgado Ortega, Alberto**
**9436 West Odeum Lane**
**Tolleson, AZ 85353**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,309.04** **$7,309.04**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.105 Priority creditor's name and mailing address
**Diefenbacher-Phariss, Cherilin M**
**17386 North Del Mar Avenue**
**Maricopa, AZ 85138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,307.70** **$1,307.70**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.106 Priority creditor's name and mailing address
**Diefenbacher-Phariss, Cherilin M**
**17386 North Del Mar Avenue**
**Maricopa, AZ 85138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,079.57** **$5,079.57**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.107 Priority creditor's name and mailing address
**Dirksmeyer, Tina D**
**1961 North Hartford Street**
**Unit 1020**
**Chandler, AZ 85225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$712.00** **$712.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.108 Priority creditor's name and mailing address
**Dirksmeyer, Tina D**
**1961 North Hartford Street**
**Unit 1020**
**Chandler, AZ 85225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$339.31** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.109 Priority creditor's name and mailing address
**Dixon, Amari**
**1333 W Guadalupe Road**
**Apt 114**
**Gilbert, AZ 85233-3005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$608.00** **$608.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.110 Priority creditor's name and mailing address
**Dixon, Amari**
**1333 W Guadalupe Road**
**Apt 114**
**Gilbert, AZ 85233-3005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$61.56** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.111 | Priority creditor's name and mailing address<br>**Doherty, Nichole**<br>**8701 North 35th Drive**<br>**Phoenix, AZ 85051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$616.00** | **$616.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.112 | Priority creditor's name and mailing address<br>**Doherty, Nichole**<br>**8701 North 35th Drive**<br>**Phoenix, AZ 85051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$46.97** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.113 | Priority creditor's name and mailing address<br>**Dominguez Tapia, Jennier**<br>**6521 East Ivy Street**<br>**Mesa, AZ 85205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,030.00** | **$1,030.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.114 | Priority creditor's name and mailing address<br>**Dominguez Tapia, Jennier**<br>**6521 East Ivy Street**<br>**Mesa, AZ 85205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,270.76** | **$1,270.76** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.115 Priority creditor's name and mailing address
**Droddy, Ambyre**
**6305 W Desert Cove Avenue**
**Glendale, AZ 85304-3655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$784.00** **$784.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.116 Priority creditor's name and mailing address
**Droddy, Ambyre**
**6305 W Desert Cove Avenue**
**Glendale, AZ 85304-3655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,896.64** **$2,896.64**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.117 Priority creditor's name and mailing address
**Duarte, Isabely**
**8518 West Gross Avenue**
**Tolleson, AZ 85353**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$731.52** **$731.52**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.118 Priority creditor's name and mailing address
**Duarte, Isabely**
**8518 West Gross Avenue**
**Tolleson, AZ 85353**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$188.82** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.119 | Priority creditor's name and mailing address<br>**Dubitsky, Michael E**<br>**1007 East Sierra Vista Drive**<br>**Phoenix, AZ 85014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$626.40** | **$626.40** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.120 | Priority creditor's name and mailing address<br>**Duran, Margaret L**<br>**16079 W Lathan Street**<br>**Goodyear, AZ 85338-2741** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,188.46** | **$1,188.46** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.121 | Priority creditor's name and mailing address<br>**Duran, Margaret L**<br>**16079 W Latham Street**<br>**Goodyear, AZ 85338-2741** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,259.77** | **$1,259.77** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.122 | Priority creditor's name and mailing address<br>**Edoh, Cornelia**<br>**14420 W Evans Drive**<br>**Surprise, AZ 85379-5776** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$923.08** | **$923.08** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.123 Priority creditor's name and mailing address
**Edoh, Cornelia**
**14420 E Evans Drive**
**Surprise, AZ 85379-5776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,273.27** **$4,273.27**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.124 Priority creditor's name and mailing address
**Ellgen, David L**
**19107 N 69th Avenue**
**Glendale, AZ 85308-5766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$704.00** **$704.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.125 Priority creditor's name and mailing address
**Ellgen, David L**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$887.92** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.126 Priority creditor's name and mailing address
**Estrada, Analisa**
**4723 N 54th Avenue**
**Phoenix, AZ 85031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,153.85** **$1,153.85**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.127 | Priority creditor's name and mailing address<br>**Estrada, Analisa**<br>**4723 N 54th Avenue**<br>**Phoenix, AZ 85031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,910.70** | **$1,910.70** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.128 | Priority creditor's name and mailing address<br>**Fabiano, Paul**<br>**13445 S 47th Street**<br>**Phoenix, AZ 85044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.129 | Priority creditor's name and mailing address<br>**Fabiano, Paul**<br>**13445 S 47th Street**<br>**Phoenix, AZ 85044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$810.94** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.130 | Priority creditor's name and mailing address<br>**Fields, Michael S**<br>**5136 E Evergreen Street**<br>**#1039**<br>**Mesa, AZ 85203** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$640.00** | **$640.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.131 Priority creditor's name and mailing address
**Fields, Michael S**
**5136 E Evergreen Street**
**#1039**
**Mesa, AZ 85203**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$308.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.132 Priority creditor's name and mailing address
**Flores, Alexandria**
**11359 North 113th Drive**
**Youngtown, AZ 85363**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$950.77** **$950.77**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.133 Priority creditor's name and mailing address
**Flores, Alexandria**
**11359 North 113th Drive**
**Youngtown, AZ 85363**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$267.40** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.134 Priority creditor's name and mailing address
**Flores, Jacob**
**1137 E 3rd Street**
**Casa Grande, AZ 85122**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$704.00** **$704.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.135 Priority creditor's name and mailing address
**Flores, Lance L**
**1137 East 3rd Street**
**Casa Grande, AZ 85122**

As of the petition filing date, the claim is: **$712.00** **$712.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.136 Priority creditor's name and mailing address
**Flores-Marin, Susan**
**2802 W Madison Street**
**Phoenix, AZ 85009-5017**

As of the petition filing date, the claim is: **$672.00** **$672.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.137 Priority creditor's name and mailing address
**Flores-Marin, Susan**
**2802 W Madison Street**
**Phoenix, AZ 85009-5017**

As of the petition filing date, the claim is: **$1,462.86** **$1,462.86**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.138 Priority creditor's name and mailing address
**Foggy, Teresa**
**819 W Monona Drive**
**Phoenix, AZ 85027**

As of the petition filing date, the claim is: **$1,331.32** **$1,331.32**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.139 Priority creditor's name and mailing address
**Foggy, Teresa**
**819 W Monona Drive**
**Phoenix, AZ 85027**

As of the petition filing date, the claim is: *Check all that apply.* **$6,656.62** **$5,545.52**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.140 Priority creditor's name and mailing address
**Fraser, Louann**
**73654 E McKinley Street**
**Scottsdale, AZ 85257**

As of the petition filing date, the claim is: *Check all that apply.* **$1,000.74** **$1,000.74**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.141 Priority creditor's name and mailing address
**Fraser, Louann**
**7364 E McKinley Street**
**Scottsdale, AZ 85257**

As of the petition filing date, the claim is: *Check all that apply.* **$4,994.02** **$4,994.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.142 Priority creditor's name and mailing address
**Friedlander, Kelly**
**4205 E Desert Marigold Drive**
**Cave Creek, AZ 85331**

As of the petition filing date, the claim is: *Check all that apply.* **$800.00** **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.143 Priority creditor's name and mailing address
**Friedlander, Kelly**
**4205 E Desert Maricold Drive**
**Cave Creek, AZ 85331**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,146.75** **$3,146.75**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.144 Priority creditor's name and mailing address
**Garcia, Britza**
**8219 S 42nd Drive**
**Laveen, AZ 85339**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$792.00** **$792.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.145 Priority creditor's name and mailing address
**Garcia, Britza**
**8219 S 42nd Drive**
**Laveen, AZ 85339**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,951.83** **$3,951.83**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.146 Priority creditor's name and mailing address
**Garcia, Montserrat**
**4830 W Osborn Road**
**Phoenix, AZ 85031**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$716.80** **$716.80**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.147 | Priority creditor's name and mailing address<br>**Garcia, Montserrat**<br>**4830 W Osborn Road**<br>**Phoenix, AZ 85031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$551.94** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.148 | Priority creditor's name and mailing address<br>**Garcia, Odalys**<br>**726 West Dana Avenue**<br>**Mesa, AZ 85210** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$704.00** | **$704.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.149 | Priority creditor's name and mailing address<br>**Garcia, Odalys**<br>**726 West Dana Avenue**<br>**Mesa, AZ 85210** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$108.68** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.150 | Priority creditor's name and mailing address<br>**Garcia, Savannah**<br>**2125 E Apache Blvd**<br>**Unit 3156**<br>**Tempe, AZ 85281-0169** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$704.00** | **$704.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.151 | Priority creditor's name and mailing address<br>**Garcia, Savannah**<br>**2125 E Apache Blvd**<br>**Unit 3156**<br>**Tempe, AZ 85281-0169** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$135.52** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.152 | Priority creditor's name and mailing address<br>**Gentry, Kenneth Michael**<br>**8153 North 32nd Avenue**<br>**Phoenix, AZ 85051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$800.00** | **$800.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.153 | Priority creditor's name and mailing address<br>**Gentry, Kenneth Michael**<br>**8153 North 32nd Avenue**<br>**Phoenix, AZ 85051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,109.00** | **$1,109.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.154 | Priority creditor's name and mailing address<br>**Gibson, Maquita**<br>**18963 West Pasadena Avenue**<br>**Litchfield Park, AZ 85340** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$800.00** | **$800.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.155 Priority creditor's name and mailing address
**Gibson, Maquita**
**18963 West Pasadena Avenue**
**Litchfield Park, AZ 85340**

As of the petition filing date, the claim is: *Check all that apply.* **$2,236.50** **$2,236.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.156 Priority creditor's name and mailing address
**Glothon, Shyonta V**
**1820 East Bell De Mar Drive**
**Apt N154**
**Tempe, AZ 85283**

As of the petition filing date, the claim is: *Check all that apply.* **$923.08** **$923.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.157 Priority creditor's name and mailing address
**Glothon, Shyonta V**
**1820 Est Bell De Mar Drive**
**Apt N154**
**Tempe, AZ 85283**

As of the petition filing date, the claim is: *Check all that apply.* **$1,716.35** **$1,716.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.158 Priority creditor's name and mailing address
**Goldstein, Carol**
**17706 N 98th Way**
**Scottsdale, AZ 85255**

As of the petition filing date, the claim is: *Check all that apply.* **$334.08** **$334.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.159 | Priority creditor's name and mailing address<br>**Gomez, Meaghan Volk**<br>**9219 W Louise Drive**<br>**Peoria, AZ 85383** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,307.70** | **$2,307.70** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.160 | Priority creditor's name and mailing address<br>**Gonzales Zamora, Fernando**<br>**7100 W Grandview Road**<br>**Apt 2131**<br>**Peoria, AZ 85382** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,188.46** | **$233.93** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.161 | Priority creditor's name and mailing address<br>**Gonzales Zamora, Fernando**<br>**7100 W Grandview Road**<br>**Apt 2131**<br>**Peoria, AZ 85382** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,697.63** | **$2,697.63** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.162 | Priority creditor's name and mailing address<br>**Gonzales, Victoria**<br>**114 West Gary Way**<br>**Gilbert, AZ 85233** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.163 | Priority creditor's name and mailing address<br>**Gonzales, Victoria**<br>**114 West Gary Way**<br>**Gilbert, AZ 85233** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$613.75** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.164 | Priority creditor's name and mailing address<br>**Goodman, Taylor**<br>**14635 S 24th Place**<br>**Phoenix, AZ 85048** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.165 | Priority creditor's name and mailing address<br>**Goodman, Taylor**<br>**14635 S 24th Place**<br>**Phoenix, AZ 85048** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,546.25** | **$1,546.25** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.166 | Priority creditor's name and mailing address<br>**Gottfried, Carrol**<br>**15509 N Scottsdale Road**<br>**#2023**<br>**Scottsdale, AZ 85254** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,200.00** | **$1,200.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.167 Priority creditor's name and mailing address
**Gottfried, Carrol**
**15509 N Scottsdale Road**
**#2023**
**Scottsdale, AZ 85254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$845.63** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.168 Priority creditor's name and mailing address
**Granger, Tanisha L**
**3896 S Voyager Drive**
**Gilbert, AZ 85297-0053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$688.00** **$688.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.169 Priority creditor's name and mailing address
**Granger, Tanisha L**
**3896 S Voyager Drive**
**Gilbert, AZ 85297-0053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$547.82** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.170 Priority creditor's name and mailing address
**Green, Mariah**
**4981 S 235th Drive**
**Buckeye, AZ 85326-7389**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.171 Priority creditor's name and mailing address
**Grigler, LaToya R**
**9565 West Williams Street**
**Tolleson, AZ 85353**

As of the petition filing date, the claim is: **$1,230.77** **$1,230.77**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.172 Priority creditor's name and mailing address
**Grigler, LaToya R**
**9565 West Williams Street**
**Tolleson, AZ 85353**

As of the petition filing date, the claim is: **$1,511.54** **$1,511.54**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.173 Priority creditor's name and mailing address
**Guillory, Katrin**
**6138 W Morten Avenue**
**Glendale, AZ 85301-1252**

As of the petition filing date, the claim is: **$923.08** **$923.08**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.174 Priority creditor's name and mailing address
**Guillory, Katrin**
**6138 W Morten Avenue**
**Glendale, AZ 85301-1252**

As of the petition filing date, the claim is: **$312.12** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.175 Priority creditor's name and mailing address
**Guzman, Enedina**
**2606 E Glenrosa Avenue**
**Apt 2**
**Phoenix, AZ 85016**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,188.46** **$1,188.46**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.176 Priority creditor's name and mailing address
**Guzman, Enedina**
**2606 E Glenrosa Avenue**
**Apt 2**
**Phoenix, AZ 85016**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,584.90** **$2,584.90**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.177 Priority creditor's name and mailing address
**Haley, Fredrishia**
**7636 N 42nd Lane**
**Phoenix, AZ 85051-7309**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,107.70** **$1,107.70**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.178 Priority creditor's name and mailing address
**Haley, Fredrishia**
**7636 N 42nd Lane**
**Phoenix, AZ 85051-7309**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,422.22** **$3,422.22**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.179 Priority creditor's name and mailing address
**Haller, Oksana S**
**7144 W Crocus Drive**
**Peoria, AZ 85381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$923.08** **$923.08**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.180 Priority creditor's name and mailing address
**Haller, Oksana S**
**7144 W Crocus Drive**
**Peoria, AZ 85381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,615.38** **$4,615.38**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.181 Priority creditor's name and mailing address
**Hardwick, George**
**248 N Guthrie Street**
**Mesa, AZ 85203-8223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$728.00** **$728.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.182 Priority creditor's name and mailing address
**Hardwick, George**
**248 N Guthrie Street**
**Mesa, AZ 85203-8223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,499.18** **$3,499.18**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.183 Priority creditor's name and mailing address
**Haro, Dulce N**
**420 E Franklin Avenue**
**Mesa, AZ 85204**

As of the petition filing date, the claim is: **$692.16** **$692.16**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.184 Priority creditor's name and mailing address
**Haro, Dulce N**
**420 E Franklin Avenue**
**Mesa, AZ 85204**

As of the petition filing date, the claim is: **$797.93** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.185 Priority creditor's name and mailing address
**Haro, Luz**
**7030 W Monterey Way**
**Phoenix, AZ 85033**

As of the petition filing date, the claim is: **$1,548.31** **$1,548.31**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.186 Priority creditor's name and mailing address
**Haro, Luz**
**7030 W Monterey Way**
**Phoenix, AZ 85033**

As of the petition filing date, the claim is: **$6,808.91** **$6,808.91**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.187 Priority creditor's name and mailing address
**Harper, Gina M**
**6146 W Cypress**
**Phoenix, AZ 85035**

As of the petition filing date, the claim is: **$1,076.92** **$1,076.92**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.188 Priority creditor's name and mailing address
**Harper, Gina M**
**6146 W Cypress**
**Phoenix, AZ 85035**

As of the petition filing date, the claim is: **$2,190.87** **$2,190.87**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.189 Priority creditor's name and mailing address
**Harsha, Sara E**
**14246 W Valentine Street**
**Surprise, AZ 85379-6603**

As of the petition filing date, the claim is: **$923.08** **$923.08**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.190 Priority creditor's name and mailing address
**Harsha, Sara E**
**14246 W Valentine Street**
**Surprise, AZ 85379-6603**

As of the petition filing date, the claim is: **$1,856.25** **$1,856.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.191 Priority creditor's name and mailing address
**Henderson, Lorri G**
**10272 North 135 Place**
**Scottsdale, AZ 85259**

As of the petition filing date, the claim is: **Unknown** **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.192 Priority creditor's name and mailing address
**Henderson, Lorri G**
**10272 North 135th Place**
**Scottsdale, AZ 85259**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.193 Priority creditor's name and mailing address
**Hernandez, Ana Isabel**
**2145 West Broadway Road**
**#217**
**Mesa, AZ 85202**

As of the petition filing date, the claim is: **$136.91** **$136.91**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.194 Priority creditor's name and mailing address
**Hernandez, Ana Isabel**
**2145 West Broadway Road**
**#217**
**Mesa, AZ 85202**

As of the petition filing date, the claim is: **$374.53** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.195 | Priority creditor's name and mailing address<br>**Hernandez, Sandra**<br>**13836 W Peck Drive**<br>**Litchfield Park, AZ 85340** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$760.00** | **$760.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.196 | Priority creditor's name and mailing address<br>**Hernandez, Sandra**<br>**13836 W Peck Drive**<br>**Litchfield Park, AZ 85340** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,649.43** | **$3,649.43** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.197 | Priority creditor's name and mailing address<br>**Herrera Miller, Alicia**<br>**3928 W Claremont Street**<br>**Phoenix, AZ 85019** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$720.00** | **$720.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.198 | Priority creditor's name and mailing address<br>**Herrera Miller, Alicia**<br>**3928 W Claremont Street**<br>**Phoenix, AZ 85019** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,761.20** | **$2,761.20** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.199 Priority creditor's name and mailing address
**Herrera Sanchez, Evelynn**
**5525 W Lewis Avenue**
**Phoenix, AZ 85035**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,030.00** **$1,030.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.200 Priority creditor's name and mailing address
**Herrera Sanchez, Evelynn**
**5525 W Lewis Avenue**
**Phoenix, AZ 85035**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$63.09** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.201 Priority creditor's name and mailing address
**Hoke, Katy G**
**19669 W Exeter Blvd**
**Litchfield Park, AZ 85340-5416**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,318.08** **$2,318.08**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.202 Priority creditor's name and mailing address
**Hoke, Katy G**
**19669 W Exeter Blvd**
**Litchfield Park, AZ 85340-5416**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,679.30** **$5,679.30**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.203 | **Horton, Nathan**<br>**6710 East University Drive**<br>**Unit 169**<br>**Mesa, AZ 85205** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,153.85** | **$1,153.85** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.204 | **Horton, Nathan**<br>**6710 East University Drive**<br>**Unit 169**<br>**Mesa, AZ 85205** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,559.69** | **$2,559.69** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.205 | **Huber, Davia**<br>**5602 West Bluefield Avenue**<br>**Glendale, AZ 85308** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$252.00** | **$252.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.206 | **Illes, Fayte B**<br>**11809 West Corrine Drive**<br>**El Mirage, AZ 85335** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$688.00** | **$688.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.207 | Priority creditor's name and mailing address<br>**Illes, Fayte B**<br>**11809 West Corrine Drive**<br>**El Mirage, AZ 85335** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,913.50** | **$1,913.50** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.208 | Priority creditor's name and mailing address<br>**Inclan-Moreno, Olivia**<br>**3315 East Garfield Street**<br>**Phoenix, AZ 85008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$604.63** | **$604.63** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.209 | Priority creditor's name and mailing address<br>**Inclan-Moreno, Olivia**<br>**3315 East Garfield Street**<br>**Phoenix, AZ 85008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,023.14** | **$3,023.14** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.210 | Priority creditor's name and mailing address<br>**Jimenez, Vanessa R**<br>**2871 South Hansen Drive**<br>**Gilbert, AZ 85295** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.211 | Priority creditor's name and mailing address<br>**Jimenez, Vanessa R**<br>**2871 South Hansen Drive**<br>**Gilbert, AZ 85295** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$364.62** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.212 | Priority creditor's name and mailing address<br>**Jongbo, Olajumoke O**<br>**9443 West Palm Lane**<br>**Phoenix, AZ 85037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,461.54** | **$2,461.54** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.213 | Priority creditor's name and mailing address<br>**Jongbo, Olajumoke O**<br>**9443 West Palm Lane**<br>**Phoenix, AZ 85037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,003.85** | **$7,003.85** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.214 | Priority creditor's name and mailing address<br>**Kains, David**<br>**8714 E Solano Drive**<br>**Scottsdale, AZ 85250** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,086.96** | **$1,086.96** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**2.215** Priority creditor's name and mailing address
**Kains, David**
**8714 E Solano Drive**
**Scottsdale, AZ 85250**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,330.15** **$5,330.15**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.216** Priority creditor's name and mailing address
**Kane, Tricia**
**1396 W Shannon Street**
**Chandler, AZ 85224**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$704.00** **$704.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.217** Priority creditor's name and mailing address
**Kane, Tricia**
**1396 W Shannon Street**
**Chandler, AZ 85224**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$915.64** **$915.64**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.218** Priority creditor's name and mailing address
**Kennedy, Jared**
**2261 E Warbler Road**
**Gilbert, AZ 85297-2198**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$712.00** **$712.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | | |
|---|---|---|---|---|
| 2.219 | Priority creditor's name and mailing address<br>**Kennedy, Jared**<br>**2261 E Warbler Road**<br>**Gilbert, AZ 85297-2198** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$205.59** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.220 | Priority creditor's name and mailing address<br>**Kerr, Jean**<br>**790 S Meadows Drive**<br>**Chandler, AZ 85224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,052.31** | **$1,052.31** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.221 | Priority creditor's name and mailing address<br>**Kerr, Jean**<br>**790 S Meadows Drive**<br>**Chandler, AZ 85224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,404.59** | **$5,404.59** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.222 | Priority creditor's name and mailing address<br>**Kiburi, Denise**<br>**1730 East Silverwood Drive**<br>**Phoenix, AZ 85048** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,230.77** | **$1,230.77** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.223 Priority creditor's name and mailing address
**Kiburi, Denise**
**1730 East Silverwood Drive**
**Phoenix, AZ 85048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$266.54** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.224 Priority creditor's name and mailing address
**Kidd, Antionette A**
**5711 North 43rd Lane**
**Glendale, AZ 85301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$688.00** **$688.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.225 Priority creditor's name and mailing address
**Kidd, Antionette A**
**5711 North 43rd Lane**
**Glendale, AZ 85301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,208.45** **$3,208.45**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.226 Priority creditor's name and mailing address
**Kies, John**
**3327 N 17th Avenue**
**Phoenix, AZ 85015-5805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,673.85** **$1,673.85**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.227 | Priority creditor's name and mailing address<br>**Kies, John**<br>**3327 N 17th Avenue**<br>**Phoenix, AZ 85015-5805** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,910.43** | **$5,910.43** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.228 | Priority creditor's name and mailing address<br>**King, Carmella**<br>**4440 East Princess Drive**<br>**Mesa, AZ 85205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$712.00** | **$712.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.229 | Priority creditor's name and mailing address<br>**King, Carmella**<br>**4440 East Princess Drive**<br>**Mesa, AZ 85205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$386.93** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.230 | Priority creditor's name and mailing address<br>**Klocke, Samanta Rae**<br>**4232 N 32nd Street**<br>**Apt 17**<br>**Phoenix, AZ 85018-4742** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$923.08** | **$923.08** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.231 Priority creditor's name and mailing address
**Kravitz, Robert L**
**9686 E Voltaire Dr**
**Scottsdale, AZ 85260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$540.00** **$540.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.232 Priority creditor's name and mailing address
**Krishnan, Shraddha**
**1440 South Margate Street**
**Chandler, AZ 85286**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$923.08** **$923.08**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.233 Priority creditor's name and mailing address
**Krishnan, Shraddha**
**1440 South Margate Street**
**Chandler, AZ 85286**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$252.40** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.234 Priority creditor's name and mailing address
**La Montagne, Jennifer A**
**7607 W Dreyfus Drive**
**Peoria, AZ 85381-4985**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,307.70** **$1,307.70**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.235 | Priority creditor's name and mailing address<br>**La Montagne, Jennifer A**<br>**7607 W Dreyfus Drive**<br>**Peoria, AZ 85381-4985** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,692.55** | **$5,692.55** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.236 | Priority creditor's name and mailing address<br>**Lange, Mary E**<br>**5300 East Washington Street**<br>**Apt 2304**<br>**Phoenix, AZ 85034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.237 | Priority creditor's name and mailing address<br>**Lange, Mary E**<br>**5300 East Washington Street**<br>**Apt 2304**<br>**Phoenix, AZ 85034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$617.19** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.238 | Priority creditor's name and mailing address<br>**Leach, Tajea Monique**<br>**12338 West Gardenia Court**<br>**Glendale, AZ 85307** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$696.00** | **$696.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.239 | Priority creditor's name and mailing address<br>**Leach, Tajea Monique**<br>**12338 West Gardenia Court**<br>**Glendale, AZ 85307** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,125.78** | **$1,125.78** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.240 | Priority creditor's name and mailing address<br>**Lehr, Judy C**<br>**19475 N Grayhawk Drive**<br>**#1133**<br>**Scottsdale, AZ 85255** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$795.98** | **$795.98** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.241 | Priority creditor's name and mailing address<br>**Lehr, Judy C**<br>**19475 N Grayhawk Drive**<br>**#1133**<br>**Scottsdale, AZ 85255** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,539.43** | **$2,539.43** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.242 | Priority creditor's name and mailing address<br>**Lessing, Jordan Thomas**<br>**5104 East Van Buren Street**<br>**Apt 1042**<br>**Phoenix, AZ 85008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$712.00** | **$712.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.243 | Priority creditor's name and mailing address<br>**Lessing, Jordan Thomas**<br>**5104 East Van Buren Street**<br>**Apt 1042**<br>**Phoenix, AZ 85008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$418.30** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.244 | Priority creditor's name and mailing address<br>**Levendusky, Amy**<br>**1702 N 102nd Street**<br>**Mesa, AZ 85207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$923.08** | **$923.08** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.245 | Priority creditor's name and mailing address<br>**Levendusky, Amy**<br>**1702 N 102nd Street**<br>**Mesa, AZ 85207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$692.31** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.246 | Priority creditor's name and mailing address<br>**Lewis, Terry Lee**<br>**1205 W Elm Avenue**<br>**Coolidge, AZ 85128-9177** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$800.00** | **$800.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.247 Priority creditor's name and mailing address
**Lewis, Terry Lee**
**1205 W Elm Avenue**
**Coolidge, AZ 85128-9177**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$308.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.248 Priority creditor's name and mailing address
**Lindsay, Melissa**
**2301 E Augusta Avenue**
**Chandler, AZ 85249**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,140.08** **$1,140.08**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.249 Priority creditor's name and mailing address
**Lindsay, Melissa**
**2301 E Augusta Avenue**
**Chandler, AZ 85249**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,774.72** **$3,774.72**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.250 Priority creditor's name and mailing address
**Lipman, Megan E**
**7335 N 23rd Avenue**
**Phoenix, AZ 85021**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,815.39** **$1,815.39**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.251 Priority creditor's name and mailing address
**Lipman, Megan E**
**7335 N 23rd Avenue**
**Phoenix, AZ 85021-7716**

As of the petition filing date, the claim is: **$7,956.18** **$7,956.18**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.252 Priority creditor's name and mailing address
**Lonian, Latasha M**
**3729 N 100th Avenue**
**Chandler, AZ 85249**

As of the petition filing date, the claim is: **$923.08** **$923.08**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.253 Priority creditor's name and mailing address
**Lonian, Latasha M**
**3729 N 100th Avenue**
**Avondale, AZ 85392**

As of the petition filing date, the claim is: **$674.71** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.254 Priority creditor's name and mailing address
**Lopez, Chrstina C**
**1412 W Cactus Wren Drive**
**Phoenix, AZ 85021**

As of the petition filing date, the claim is: **$1,923.08** **$1,923.08**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.255 | Priority creditor's name and mailing address<br>**Lopez, Chrstina C**<br>**1412 W Cactus Wren Drive**<br>**Phoenix, AZ 85021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,718.76** | **$6,718.76** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.256 | Priority creditor's name and mailing address<br>**Lopez-Alsyouf, Magdalena**<br>**12404 W San Miguel Avenue**<br>**Litchfield Park, AZ 85340-3457** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,315.39** | **$1,315.39** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.257 | Priority creditor's name and mailing address<br>**Lopez-Alsyouf, Magdalena**<br>**12404 W San Miguel Avenue**<br>**Litchfield Park, AZ 85340-3457** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,803.21** | **$4,803.21** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.258 | Priority creditor's name and mailing address<br>**Loucks, Isai**<br>**12613 W Verde Lane**<br>**Avondale, AZ 85392-6634** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,615.39** | **$2,615.39** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.259 Priority creditor's name and mailing address
**Loucks, Isai**
**12613 W Verde Lane**
**Avondale, AZ 85392-6634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,732.21** **$9,732.21**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.260 Priority creditor's name and mailing address
**Loveday, Jonathan W**
**724 East Devonshire Avenue**
**Unit 105**
**Phoenix, AZ 85014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$923.08** **$923.08**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.261 Priority creditor's name and mailing address
**Loveday, Jonathan W**
**724 East Devonshire Avenue**
**Unit 105**
**Phoenix, AZ 85014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,159.23** **$3,159.23**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.262 Priority creditor's name and mailing address
**Luma, Joseph T**
**769 E Sun Valley Farms Lane**
**San Tan Valley, AZ 85140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$760.00** **$760.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.263 Priority creditor's name and mailing address
**Luma, Joseph T**
**769 E Sun Valley Farms Lane**
**San Tan Valley, AZ 85140**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,437.11** **$1,437.11**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.264 Priority creditor's name and mailing address
**Luna, Rebecca M**
**10339 West Calle De Plata**
**Phoenix, AZ 85037**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$700.80** **$700.80**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.265 Priority creditor's name and mailing address
**Luna, Rebecca M**
**10339 West Calle De Plata**
**Phoenix, AZ 85037**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$755.11** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.266 Priority creditor's name and mailing address
**Magana, Daisy**
**5340 W Northview Avenue**
**Glendale, AZ 85301**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$720.00** **$720.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.267 Priority creditor's name and mailing address
**Magona, Manasa**
**5023 West Peoria Avenue**
**Unit 1029**
**Glendale, AZ 85302**

As of the petition filing date, the claim is: **$1,000.00** **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.268 Priority creditor's name and mailing address
**Magona, Manasa**
**5023 West Peoria Avenue**
**Unit 1029**
**Glendale, AZ 85302**

As of the petition filing date, the claim is: **$1,040.31** **$1,040.31**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.269 Priority creditor's name and mailing address
**Manning, Joeseph**
**999 East Baseline Road**
**#2306**
**Tempe, AZ 85283**

As of the petition filing date, the claim is: **$640.00** **$640.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.270 Priority creditor's name and mailing address
**Manning, Joeseph**
**999 East Baseline Road**
**#2306**
**Tempe, AZ 85283**

As of the petition filing date, the claim is: **$1,182.40** **$1,182.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.271 Priority creditor's name and mailing address
**Marek, Kelly Jean**
**4211 East Palm Lane**
**#201**
**Phoenix, AZ 85008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,153.85** **$1,153.85**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.272 Priority creditor's name and mailing address
**Marek, Kelly Jean**
**4211 East Palm Lane**
**#201**
**Phoenix, AZ 85008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,054.21** **$2,054.21**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.273 Priority creditor's name and mailing address
**Martinez, Erika**
**11028 West Wilshire Drive**
**Avondale, AZ 85392**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$683.85** **$683.85**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.274 Priority creditor's name and mailing address
**Martinez, Erika**
**11028 West Wilshire Drive**
**Avondale, AZ 85392**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$529.13** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.275 | Priority creditor's name and mailing address<br>**Martinez, Vanessa**<br>**11762 West Belmont Drive**<br>**Avondale, AZ 85323** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,292.31** | **$1,292.31** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.276 | Priority creditor's name and mailing address<br>**May, Lori**<br>**11988 W Almeria Road**<br>**Avondale, AZ 85392** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$672.00** | **$672.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.277 | Priority creditor's name and mailing address<br>**May, Lori**<br>**11988 W Almeria Road**<br>**Avondale, AZ 85392** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,301.83** | **$3,301.83** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.278 | Priority creditor's name and mailing address<br>**McLain, Dustin**<br>**533 W Guadalupe Road**<br>**Unit 1057**<br>**Mesa, AZ 85210-7760** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.279 Priority creditor's name and mailing address
**McLain, Dustin**
**533 W Guadalupe Road**
**Unit 1057**
**Mesa, AZ 85210-7760**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$202.19** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.280 Priority creditor's name and mailing address
**Mendoza, Thalia**
**2492 South 244th Lane**
**Buckeye, AZ 85326**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$732.80** **$732.80**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.281 Priority creditor's name and mailing address
**Mendoza, Thalia**
**2492 South 244th Lane**
**Buckeye, AZ 85326**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$432.35** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.282 Priority creditor's name and mailing address
**Messer, Yvonne M**
**19929 S 185th Way**
**Queen Creek, AZ 85142**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,353.85** **$1,353.85**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.283 Priority creditor's name and mailing address
**Messer, Yvonne M**
**19929 S 185th Way**
**Queen Creek, AZ 85142**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,511.54** **$3,511.54**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.284 Priority creditor's name and mailing address
**Morales, Andrea L**
**2513 E Culver Street**
**Unit 1**
**Phoenix, AZ 85008-4601**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,030.00** **$1,030.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.285 Priority creditor's name and mailing address
**Morales, Andrea L**
**2513 E Culver Street**
**Unit 1**
**Phoenix, AZ 85008-4601**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$898.35** **$898.35**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.286 Priority creditor's name and mailing address
**Moreno, Alma D**
**5343 E Taylor Street**
**#102**
**Phoenix, AZ 85008**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,030.00** **$1,030.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.287 Priority creditor's name and mailing address
**Moreno, Alma D**
**5343 E Taylor Street**
**#102**
**Phoenix, AZ 85008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,736.84** **$1,736.84**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.288 Priority creditor's name and mailing address
**Moretti, Alexandria**
**122 E Orchid Lane**
**Phoenix, AZ 85020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,230.77** **$1,230.77**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.289 Priority creditor's name and mailing address
**Moretti, Alexandria**
**122 E Orchid Lane**
**Phoenix, AZ 85020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,256.92** **$3,256.92**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.290 Priority creditor's name and mailing address
**Mountz, Lisa**
**2010 N Lazona Drive**
**Apt 101**
**Mesa, AZ 85203-2038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$544.00** **$544.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.291 Priority creditor's name and mailing address
**Mountz, Lisa**
**2010 N Lazona Drive**
**Apt 101**
**Mesa, AZ 85203-2038**

As of the petition filing date, the claim is: **$182.58** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.292 Priority creditor's name and mailing address
**Mullen, Karen L**
**8851 West Frier Drive**
**Glendale, AZ 85305**

As of the petition filing date, the claim is: **$1,000.00** **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.293 Priority creditor's name and mailing address
**Mullen, Karen L**
**8851 West Frier Drive**
**Glendale, AZ 85305**

As of the petition filing date, the claim is: **$576.56** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.294 Priority creditor's name and mailing address
**Munoz Cornejo, Juana Maria**
**7539 West Sheila Lane**
**Phoenix, AZ 85033**

As of the petition filing date, the claim is: **$950.77** **$950.77**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.295 Priority creditor's name and mailing address
**Munoz Cornejo, Juana Maria**
**7539 West Sheila Lane**
**Phoenix, AZ 85033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,755.36** **$1,755.36**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.296 Priority creditor's name and mailing address
**Murillo, Christina M**
**16169 West Grant Street**
**Goodyear, AZ 85338**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$905.00** **$905.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.297 Priority creditor's name and mailing address
**Murillo, Christina M**
**16169 West Grant Street**
**Goodyear, AZ 85338**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,347.88** **$1,347.88**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.298 Priority creditor's name and mailing address
**Myers, Chelsea F**
**6546 East Raftriver Street**
**Mesa, AZ 85215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$720.00** **$720.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.299 | Priority creditor's name and mailing address<br>**Myers, Chelsea F**<br>**6546 West Raftriver Street**<br>**Mesa, AZ 85215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$416.48** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.300 | Priority creditor's name and mailing address<br>**Nelle, Bethany**<br>**14209 North 41st Place**<br>**Phoenix, AZ 85032** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$688.00** | **$688.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.301 | Priority creditor's name and mailing address<br>**Nelson, Lauren**<br>**5033 W Nancy Lane**<br>**Laveen, AZ 85339** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.72** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.302 | Priority creditor's name and mailing address<br>**Nelson, Lauren**<br>**5033 W Nancy Lane**<br>**Laveen, AZ 85339** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,153.85** | **$1,153.85** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.303 Priority creditor's name and mailing address
**Nieves, Ginamarie**
**12237 West Lincoln Street**
**Avondale, AZ 85323**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.304 Priority creditor's name and mailing address
**Nieves, Ginamarie**
**12237 West Lincoln Street**
**Avondale, AZ 85323**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$826.56** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.305 Priority creditor's name and mailing address
**Noser, Anne**
**13602 N 44th Street**
**Apt 138**
**Phoenix, AZ 85032-6343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,153.85** **$1,153.85**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.306 Priority creditor's name and mailing address
**Noser, Anne**
**13602 N 44th Street**
**Apt 138**
**Phoenix, AZ 85032-6343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,609.50** **$5,609.50**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.307 | Priority creditor's name and mailing address<br>**Nowlin, Brendon C**<br>**2221 N 58th Drive**<br>**Phoenix, AZ 85035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$736.00** | **$736.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.308 | Priority creditor's name and mailing address<br>**Nowlin, Brendon C**<br>**2221 N 58th Drive**<br>**Phoenix, AZ 85035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,578.80** | **$3,578.80** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.309 | Priority creditor's name and mailing address<br>**Ochoa, Mariana**<br>**16098 W Winslow Drive**<br>**Goodyear, AZ 85338-9457** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$672.00** | **$672.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.310 | Priority creditor's name and mailing address<br>**Ochoa, Mariana**<br>**16098 W Winsolow Drive**<br>**Goodyear, AZ 85338-9457** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$857.64** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.311 Priority creditor's name and mailing address
**Ortiz, Sara**
**6193 North 75th Drive**
**Glendale, AZ 85303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$560.00** **$560.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.312 Priority creditor's name and mailing address
**Ortiz, Sara**
**6193 North 75th Drive**
**Glendale, AZ 85303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$145.25** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.313 Priority creditor's name and mailing address
**Ouimette, Robert F**

**101633 E Carol Avenue**
**Mesa, AZ 85208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,400.00** **$1,400.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.314 Priority creditor's name and mailing address
**Ouimette, Robert F**
**10633 E Carol Avenue**
**Mesa, AZ 85208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,000.00** **$7,000.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.315 | Priority creditor's name and mailing address<br>**Pacheco Licea, Juana**<br>**4338 N 80th Drive**<br>**Phoenix, AZ 85033** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$708.80** | **$708.80** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.316 | Priority creditor's name and mailing address<br>**Pacheco Licea, Juana**<br>**4338 N 80th Drive**<br>**Phoenix, AZ 85033** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,858.46** | **$2,858.46** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.317 | Priority creditor's name and mailing address<br>**Parren, Maureen E**<br>**3137 West Crest Lane**<br>**Phoenix, AZ 85027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,230.77** | **$1,230.77** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.318 | Priority creditor's name and mailing address<br>**Parren, Maureen E**<br>**3137 West Crest Lane**<br>**Phoenix, AZ 85027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,011.54** | **$2,011.54** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.319 | Priority creditor's name and mailing address<br>**Personey, Sharla**<br>**1305 W Roma Avenue**<br>**Phoenix, AZ 85013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,153.85** | **$1,153.85** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.320 | Priority creditor's name and mailing address<br>**Personey, Sharla**<br>**1305 W Roma Avenue**<br>**Phoenix, AZ 85013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,117.31** | **$2,117.31** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.321 | Priority creditor's name and mailing address<br>**Pfeiffer, Laurie J**<br>**45409 N 22nd Street**<br>**New River, AZ 85087-7543** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,153.85** | **$1,153.85** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.322 | Priority creditor's name and mailing address<br>**Pfeiffer, Laurie J**<br>**45409 N 22nd Street**<br>**New River, AZ 85087-7543** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$685.10** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.323 | Priority creditor's name and mailing address<br>**Pogue, Sora**<br>**5351 West Chicago Street**<br>**Chandler, AZ 85226** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.324 | Priority creditor's name and mailing address<br>**Pogue, Sora**<br>**5351 West Chicago Street**<br>**Chandler, AZ 85226** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$770.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.325 | Priority creditor's name and mailing address<br>**Portillo, Esmeralda**<br>**1339 N 37th Avenue**<br>**Phoenix, AZ 85009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$560.00** | **$560.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.326 | Priority creditor's name and mailing address<br>**Portillo, Esmeralda**<br>**1339 N 37th Avenue**<br>**Phoenix, AZ 85009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$435.40** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.327 Priority creditor's name and mailing address
**Primus, Lillian**
**1000 South Gilbert Road**
**Apt 3091**
**Gilbert, AZ 85296**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.328 Priority creditor's name and mailing address
**Primus, Lillian**
**1000 South Gilbert Road**
**Apt 3091**
**Gilbert, AZ 85296**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$908.44** **$908.44**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.329 Priority creditor's name and mailing address
**Ramey, Heather**
**9047 W Mary Ann Drive**
**Peoria, AZ 85382**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$800.00** **$800.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.330 Priority creditor's name and mailing address
**Ramey, Heather**
**9047 W Mary Ann Drive**
**Peoria, AZ 85382**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,046.25** **$1,046.25**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.331 Priority creditor's name and mailing address
**Ramierz Miramontes, Maria**
**2239 West Hasan Drive**
**Phoenix, AZ 85041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$720.32** **$720.32**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.332 Priority creditor's name and mailing address
**Ramirez Miramontes, Maria**
**2239 West Hasan Drive**
**Phoenix, AZ 85041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$915.69** **$915.69**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.333 Priority creditor's name and mailing address
**Ramirez, Sarina**
**15545 W Hudson Way**
**#10**
**Goodyear, AZ 85338**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$704.00** **$704.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.334 Priority creditor's name and mailing address
**Ramirez, Sarina**
**15545 W Hudson Way**
**#10**
**Goodyear, AZ 85338**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$57.64** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.335 Priority creditor's name and mailing address
**Ramirez, Zachary A**
**2803 N Comanche Drive**
**Chandler, AZ 85224-1821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,153.85** **$1,153.85**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.336 Priority creditor's name and mailing address
**Ramirez, Zachary A**
**2803 N Comanche Drive**
**Chandler, AZ 85224-1821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$654.81** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.337 Priority creditor's name and mailing address
**Ramos Gomez, Odalys**
**6840 W Beatrice Street**
**Phoenix, AZ 85043-2360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$720.00** **$720.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.338 Priority creditor's name and mailing address
**Ramos Gomez, Odalys**
**6840 W Beatrice Street**
**Phoenix, AZ 85043-2360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,092.60** **$1,092.60**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.339 Priority creditor's name and mailing address
**Retiguin, Victor**
**1802 North 74th Avenue**
**Phoenix, AZ 85035**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.340 Priority creditor's name and mailing address
**Retiguin, Victor**
**1802 North 74th Avenue**
**Phoenix, AZ 85035**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$270.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.341 Priority creditor's name and mailing address
**Richason, Sundae L**
**13809 N 149th Lane**
**Surprise, AZ 85379-6016**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,279.63** **$1,279.63**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.342 Priority creditor's name and mailing address
**Richason, Sundae L**
**13809 N 149th Lane**
**Surprise, AZ 85379-6016**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,506.99** **$3,506.99**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.343 Priority creditor's name and mailing address
**Rivera Alquicira, Calia**
**1108 W Carson Road**
**Phoenix, AZ 85041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$704.00** **$704.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.344 Priority creditor's name and mailing address
**Rivera Alquicira, Calia**
**1108 W Carson Road**
**Phoenix, AZ 85041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,438.36** **$1,438.36**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.345 Priority creditor's name and mailing address
**Robinson, Christopher**
**2286 N Heritage Street**
**Buckeye, AZ 85396**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,538.46** **$1,538.46**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.346 Priority creditor's name and mailing address
**Robinson, Christopher**
**2286 N Heritage Street**
**Buckeye, AZ 85396**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,632.21** **$7,632.21**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.347 Priority creditor's name and mailing address
**Rodriguez, Julie**
**318 South 354th Drive**
**Tonopah, AZ 85354**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$728.00** **$728.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.348 Priority creditor's name and mailing address
**Rodriguez, Julie**
**318 South 354th Drive**
**Tonopah, AZ 85354**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$825.14** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.349 Priority creditor's name and mailing address
**Rollins, Caitlin**
**9947 W Louise Drive**
**Peoria, AZ 85383-3314**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,230.77** **$1,230.77**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.350 Priority creditor's name and mailing address
**Rollins, Caitlin**
**9947 W Louise Drive**
**Peoria, AZ 85383-3314**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,862.69** **$3,862.69**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.351 | Priority creditor's name and mailing address<br>**Roman Sapien, Vianey<br>8201 W Olive Road<br>#1034<br>Peoria, AZ 85345** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$544.00** | **$544.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.352 | Priority creditor's name and mailing address<br>**Roman Sapien, Vianey<br>8201 W Olive Road<br>#1034<br>Peoria, AZ 85345** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,032.07** | **$1,032.07** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.353 | Priority creditor's name and mailing address<br>**Romrell, Evan<br>PO Box 3891<br>Arizona City, AZ 85123-2579** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,153.85** | **$1,153.85** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.354 | Priority creditor's name and mailing address<br>**Romrell, Evan<br>PO Box 3891<br>Arizona City, AZ 85123-2579** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,943.51** | **$1,943.51** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.355 | Priority creditor's name and mailing address<br>**Rood, Kathleen**<br>**1185 E Belmont Avenue**<br>**Phoenix, AZ 85020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$892.31** | **$892.31** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.356 | Priority creditor's name and mailing address<br>**Rood, Kathleen**<br>**1185 E Belmont Avenue**<br>**Phoenix, AZ 85020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,370.13** | **$3,370.13** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.357 | Priority creditor's name and mailing address<br>**Roragen, Olivia M**<br>**3633 N 3rd Avenue**<br>**Unit 2049**<br>**Phoenix, AZ 85013-3931** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,230.77** | **$1,230.77** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.358 | Priority creditor's name and mailing address<br>**Roragen, Olivia M**<br>**3633 N 3rd Avenue**<br>**Unit 2049**<br>**Phoenix, AZ 85013-3931** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$724.62** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.359 | Priority creditor's name and mailing address<br>**Rosenstein, Brian**<br>**6833 W Coles Road**<br>**Laveen, AZ 85339-7501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,125.92** | **$1,125.92** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.360 | Priority creditor's name and mailing address<br>**Rosenstein, Brian**<br>**6833 W Coles Road**<br>**Laveen, AZ 85339-7501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,629.62** | **$5,629.62** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.361 | Priority creditor's name and mailing address<br>**Rotter, Emily C**<br>**28201 N Black Canyon Highway**<br>**Unit 2096**<br>**Phoenix, AZ 85085-0083** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$923.08** | **$923.08** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.362 | Priority creditor's name and mailing address<br>**Rotter, Emily C**<br>**28201 N Black Canyon Highway**<br>**Unit 2096**<br>**Phoenix, AZ 85085-0083** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$193.85** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.363 Priority creditor's name and mailing address
**Rowland, Klor M**
**14715 W Ashley Court**
**Surprise, AZ 85374**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$832.40** **$832.40**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.364 Priority creditor's name and mailing address
**Rowland, Klor M**
**14715 W Ashley Court**
**Surprise, AZ 85374**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,094.97** **$3,094.97**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.365 Priority creditor's name and mailing address
**Ruiz Hernandz, Alycia**
**1075 W Verde Lane**
**Coolidge, AZ 85128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$712.00** **$712.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.366 Priority creditor's name and mailing address
**Ryan, Rochelle**
**15677 W Minnezona Avenue**
**Goodyear, AZ 85395**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,369.23** **$1,369.23**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.367 Priority creditor's name and mailing address
**Ryan, Rochelle**
**15677 W Minnezona Avenue**
**Goodyear, AZ 85395**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,583.53** **$3,583.53**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.368 Priority creditor's name and mailing address
**Saenz, Adriana M**
**3737 W Moreland Street**
**Phoenix, AZ 85009-3223**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,188.46** **$1,188.46**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.369 Priority creditor's name and mailing address
**Saenz, Adriana M**
**3737 W Moreland Street**
**Phoenix, AZ 85009-3223**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,466.22** **$466.22**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.370 Priority creditor's name and mailing address
**Salser, Paige E**
**750 E Northern Avenue**
**#2061**
**Phoenix, AZ 85020**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$752.00** **$752.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.371 Priority creditor's name and mailing address
**Salser, Paige E**
**750 E Northern Avenue**
**#2061**
**Phoenix, AZ 85020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$903.34** **$903.34**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.372 Priority creditor's name and mailing address
**Sandoval, Gracie**
**8607 South 8th Place**
**Phoenix, AZ 85042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$712.00** **$712.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.373 Priority creditor's name and mailing address
**Sandoval, Gracie**
**8607 South 8th Place**
**Phoenix, AZ 85042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,618.91** **$1,618.91**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.374 Priority creditor's name and mailing address
**Santana, Yesenia**
**3714 West Ocotillo Road**
**Phoenix, AZ 85019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$468.03** **$468.03**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.375 Priority creditor's name and mailing address
**Santana, Yesenia**
**3714 West Ocotillo Road**
**Phoenix, AZ 85019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$388.50** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.376 Priority creditor's name and mailing address
**Scarbrough, Ethan**
**6727 West Columbine Drive**
**Peoria, AZ 85381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$923.08** **$923.08**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.377 Priority creditor's name and mailing address
**Scarbrough, Ethan**
**6727 West Columbine Drive**
**Peoria, AZ 85381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,615.38** **$4,615.38**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.378 Priority creditor's name and mailing address
**Schlenvogt, Nicole R**
**407 E Moore Avenue**
**Gilbert, AZ 85234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$636.00** **$636.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.379 Priority creditor's name and mailing address
**Schlenvogt, Nicole R**
**407 E Moore Avenue**
**Gilbert, AZ 85234**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$347.95** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.380 Priority creditor's name and mailing address
**Schmitz, Lydia**
**3004 South Market Street**
**#2038**
**Gilbert, AZ 85295**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$923.08** **$923.08**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.381 Priority creditor's name and mailing address
**Schmitz, Lydia**
**3004 South Market Street**
**#3028**
**Gilbert, AZ 85295**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,944.95** **$1,944.95**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.382 Priority creditor's name and mailing address
**Scott, Linda J**
**4225 N 36th Street**
**Unit 33**
**Phoenix, AZ 85018-4753**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,265.53** **$2,265.53**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.383 | Priority creditor's name and mailing address<br>**Scott, Linda J**<br>**4225 N 36th Street**<br>**Unit 33**<br>**Phoenix, AZ 85018-4753** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,327.66** | **$11,327.66** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.384 | Priority creditor's name and mailing address<br>**Seguara Bautista, Mariana**<br>**506 North 199th Drive**<br>**Avondale, AZ 85323** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$752.00** | **$752.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.385 | Priority creditor's name and mailing address<br>**Seguara Bautista, Mariana**<br>**506 North 119th Drive**<br>**Avondale, AZ 85323** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$763.28** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.386 | Priority creditor's name and mailing address<br>**Severiano Cruz, Stephanie M**<br>**30109 W Roosevelt Street**<br>**Buckeye, AZ 85396** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,030.00** | **$1,030.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.387 Priority creditor's name and mailing address
**Severiano Cruz, Stephanie M**
**30109 W Roosevelt Street**
**Buckeye, AZ 85396**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,883.61** **$1,883.61**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.388 Priority creditor's name and mailing address
**Shahnaz, Herendira Valdez**
**9233 E Pine Valley Road**
**Scottsdale, AZ 85260**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,693.85** **$2,693.85**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.389 Priority creditor's name and mailing address
**Shahnaz, Herendira Valdez**
**9233 E Pine Valley Road**
**Scottsdale, AZ 85260**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,014.34** **$9,014.34**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.390 Priority creditor's name and mailing address
**Shaich, Sophie**
**1844 E Glenrosa Avenue**
**Phoenix, AZ 85016-5441**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,230.77** **$1,230.77**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.391** Priority creditor's name and mailing address
**Shaich, Sophie**
**1844 E Glenrosa Avenue**
**Phoenix, AZ 85016-5441**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,094.62** **$1,094.62**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.392** Priority creditor's name and mailing address
**Shipper, Melissa**
**6002 East Thunderbird Road**
**Scottsdale, AZ 85254**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.393** Priority creditor's name and mailing address
**Shipper, Melissa**
**6002 East Thunderbird Road**
**Scottsdale, AZ 85254**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$673.75** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.394** Priority creditor's name and mailing address
**Silver, Hermine**
**3935 East Rough Rider Road**
**#1301**
**Phoenix, AZ 85050**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$486.40** **$486.40**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.395 Priority creditor's name and mailing address
**Silver, Hermine**
**3935 East Rough Rider Road**
**#1301**
**Phoenix, AZ 85050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$235.98** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.396 Priority creditor's name and mailing address
**Simpson, Gwynn**
**11050 East Utopia Avenue**
**Mesa, AZ 85212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,692.31** **$1,692.31**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.397 Priority creditor's name and mailing address
**Simpson, Gwynn**
**11050 East Utopia Avenue**
**Mesa, AZ 85212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,461.54** **$8,461.54**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.398 Priority creditor's name and mailing address
**Slavnic, Danica**
**20219 N 21st Lane**
**Phoenix, AZ 85027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$707.70** **$707.70**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.399 Priority creditor's name and mailing address
**Slavnic, Danica**
**20219 N 21st Lane**
**Phoenix, AZ 85027**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,402.23** **$3,402.23**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.400 Priority creditor's name and mailing address
**Sloan, Shalia Lashara**
**5550 N 95th Avenue**
**Apt 1077**
**Glendale, AZ 85305-3076**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$876.92** **$876.92**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.401 Priority creditor's name and mailing address
**Sloan, Shalia Lashara**
**5550 N 95th Avenue**
**Apt 1077**
**Glendale, AZ 85305-3076**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$337.62** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.402 Priority creditor's name and mailing address
**Smith, Jessie**
**3125 West Loam Lane**
**Phoenix, AZ 85051**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,846.16** **$1,846.16**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | |
|---|---|---|---|
| 2.403 | Priority creditor's name and mailing address<br>**Smith, Jessie**<br>**3125 West Loma Lane**<br>**Phoenix, AZ 85051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,230.77** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.404 | Priority creditor's name and mailing address<br>**Smith, Mhisani E S**<br>**17246 W Gibson Lane**<br>**Goodyear, AZ 85338-7815** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$923.08** | **$923.08** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.405 | Priority creditor's name and mailing address<br>**Smith, Mhisani E S**<br>**17246 W Gibson Lane**<br>**Goodyear, AZ 85338-7815** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,946.54** | **$1,946.54** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.406 | Priority creditor's name and mailing address<br>**Smoot, Kristen E**<br>**708 West Bentrup Street**<br>**Chandler, AZ 85225-1837** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$888.46** | **$888.46** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.407 Priority creditor's name and mailing address
**Smoot, Kristen E**
**708 West Bentrup Street**
**Chandler, AZ 85225-1837**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,443.27** **$2,443.27**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.408 Priority creditor's name and mailing address
**Snead, Candy Jo**
**1617 N Ironwood Drive**
**Lot 1**
**Apache Junction, AZ 85120-1900**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$752.00** **$752.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.409 Priority creditor's name and mailing address
**Snead, Candy Jo**
**1617 N Ironwood Drive**
**Lot 1**
**Apache Junction, AZ 85120-1900**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$289.52** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.410 Priority creditor's name and mailing address
**Soberanes, Yahaira A**
**3340 E Taylor Street**
**Phoenix, AZ 85008-6255**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,292.31** **$1,292.31**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.411 Priority creditor's name and mailing address
**Soberanes, Yahaira A**
**3340 E Taylor Street**
**Phoenix, AZ 85008-6255**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$993.46** **$993.46**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.412 Priority creditor's name and mailing address
**Spencer, Danielle Janice**
**17651 West Daley Lane**
**Surprise, AZ 85387**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$736.00** **$736.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.413 Priority creditor's name and mailing address
**Spencer, Danielle Janice**
**17651 West Daley Lane**
**Surprise, AZ 85387**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,216.01** **$1,216.01**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.414 Priority creditor's name and mailing address
**Sterling, J'enay**
**1233 N Mesa Drive**
**Apt 1051**
**Mesa, AZ 85201-2756**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$704.00** **$704.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.415 Priority creditor's name and mailing address
**Sterling, J'enay**
**1233 N Mesa Drive**
**Apt 1051**
**Mesa, AZ 85201-2756**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$325.60** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.416 Priority creditor's name and mailing address
**Straham, Seville**
**520 E Stonebridge Drive**
**Gilbert, AZ 85234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$801.28** **$801.28**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.417 Priority creditor's name and mailing address
**Straham, Seville**
**520 E Stonebrige Drive**
**Gilbert, AZ 85234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,937.04** **$3,937.04**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.418 Priority creditor's name and mailing address
**Sy, Sharon**
**9020 W Ruth Avenue**
**Peoria, AZ 85345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,032.32** **$3,032.32**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.419 Priority creditor's name and mailing address
**Sy, Sharon**
**9020 W Ruth Avenue**
**Peoria, AZ 85345**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,017.26** **$6,017.26**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.420 Priority creditor's name and mailing address
**Tello, Jessica**
**5432 West Glass Lane**
**Laveen, AZ 85339**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,307.70** **$1,307.70**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.421 Priority creditor's name and mailing address
**Tello, Jessica**
**5432 West Glass Lane**
**Laveen, AZ 85339**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,079.57** **$5,079.57**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.422 Priority creditor's name and mailing address
**Terepocki, Kendra**
**16471 N Williams Drive**
**Surprise, AZ 85378-3722**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$736.00** **$736.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.423 Priority creditor's name and mailing address
**Terepocki, Kendra**
**16471 N Williams Drive**
**Surprise, AZ 85378-3722**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,146.09** **$1,146.09**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.424 Priority creditor's name and mailing address
**Thomas, Leah M**
**5345 E Van Buren Street**
**Apt 142**
**Phoenix, AZ 85008**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,230.77** **$1,230.77**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.425 Priority creditor's name and mailing address
**Thomas, Leah M**
**5345 E Van Buren Street**
**Apt 142**
**Phoenix, AZ 85008**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,186.92** **$2,186.92**

Date or dates debt was incurred

Basis for the claim: **Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.426 Priority creditor's name and mailing address
**Thompson, Herman L**
**3403 E Wyatt Way**
**Gilbert, AZ 85297-7787**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$720.00** **$720.00**

Date or dates debt was incurred

Basis for the claim: **Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.427 Priority creditor's name and mailing address
**Thompson, Herman L**
**3403 E Wyatt Way**
**Gilbert, AZ 85297-7787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$825.08** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.428 Priority creditor's name and mailing address
**Tillman, NShea R**
**37017 W Leonessa Avenue**
**Maricopa, AZ 85138-4974**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$950.77** **$950.77**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.429 Priority creditor's name and mailing address
**Tillman, NShea R**
**37017 W Leonessa Avenue**
**Maricopa, AZ 85138-4974**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$804.89** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.430 Priority creditor's name and mailing address
**Timberlake, Debra**
**1115 E Saddle Mountain Road**
**Desert Hills, AZ 85086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,230.77** **$1,230.77**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.431 | Priority creditor's name and mailing address<br>**Timberlake, Debra**<br>**1115 E Saddle Mountain Road**<br>**Phoenix, AZ 85086** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,636.54** | **$1,636.54** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.432 | Priority creditor's name and mailing address<br>**Toney, Heather Ann**<br>**16833 N 113th Avenue**<br>**Surprise, AZ 85378-9311** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$728.00** | **$728.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.433 | Priority creditor's name and mailing address<br>**Toney, Heather Ann**<br>**16833 N 113th Avenue**<br>**Surprise, AZ 85378-9311** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.49** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.434 | Priority creditor's name and mailing address<br>**Torres, Vanessa**<br>**12375 West Van Buren Street**<br>**Apt 100**<br>**Avondale, AZ 85323** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$840.00** | **$840.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,567.65 | $1,567.65 |
|---|---|---|---|---|
| | **Torres, Vanessa**<br>**12375 West Van Buren Street**<br>**Apt 100**<br>**Avondale, AZ 85323** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.00 | $544.00 |
|---|---|---|---|---|
| | **Trinidad, Irene**<br>**7777 West McDowell Road**<br>**Apt 1096**<br>**Phoenix, AZ 85035-6449** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.24 | $0.00 |
|---|---|---|---|---|
| | **Trinidad, Irene**<br>**7777 West McDowell Road**<br>**Apt 1096**<br>**Phoenix, AZ 85035-6449** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|
| | **Valdez, Dawn Marie**<br>**3812 North 22nd Street**<br>**Phoenix, AZ 85016** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.439 | Priority creditor's name and mailing address<br>**Vasilas, Anna**<br>**6501 East Greenway Parkway**<br>**#103-624**<br>**Scottsdale, AZ 85254** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,075.73** | **$1,075.73** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.440 | Priority creditor's name and mailing address<br>**Vasilas, Anna**<br>**6501 East Greenway Parkway**<br>**#103-624**<br>**Scottsdale, AZ 85254** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.441 | Priority creditor's name and mailing address<br>**Vasquez, Brenda M**<br>**2238 East Aspen Avenue**<br>**Mesa, AZ 85204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$672.00** | **$672.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.442 | Priority creditor's name and mailing address<br>**Vasquez, Brenda M**<br>**2238 East Aspen Avenue**<br>**Mesa, AZ 85204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$604.80** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.443 Priority creditor's name and mailing address
**Velasquez, Lydia**
**3839 N 14th Avenue**
**Phoenix, AZ 85013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$780.10** **$780.10**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.444 Priority creditor's name and mailing address
**Velasquez, Lydia**
**3839 N 14th Avenue**
**Phoenix, AZ 85013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,274.48** **$1,274.48**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.445 Priority creditor's name and mailing address
**Wahinehookae, Alyssa M**
**266 South Canfield**
**Mesa, AZ 85208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,500.00** **$1,500.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.446 Priority creditor's name and mailing address
**Wahinehookae, Alyssa M**
**266 South Canfield**
**Mesa, AZ 85208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,500.00** **$7,500.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.447 | Priority creditor's name and mailing address<br>**Ward, Chrystie L**<br>**25 East Geneva Drive**<br>**Tempe, AZ 85282** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$544.00** | **$544.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.448 | Priority creditor's name and mailing address<br>**Ward, Chrystie L**<br>**25 East Geneva Drive**<br>**Tempe, AZ 85282** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$942.48** | **$942.48** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.449 | Priority creditor's name and mailing address<br>**Warren, Alex**<br>**7355 East Nance Street**<br>**Mesa, AZ 85207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,030.77** | **$1,030.77** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.450 | Priority creditor's name and mailing address<br>**Warren, Alex**<br>**7355 East Nance Street**<br>**Mesa, AZ 85207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,153.85** | **$5,153.84** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.451 Priority creditor's name and mailing address
**Watchman, Samuel**
**3101 N 7th Avenue**
**B207**
**Phoenix, AZ 85013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$576.00** **$576.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.452 Priority creditor's name and mailing address
**Watchman, Samuel**
**3101 N 7th Avenue**
**B207**
**Phoenix, AZ 85013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,880.00** **$2,880.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.453 Priority creditor's name and mailing address
**Watkins, Lynn**
**8632 W Jenan Drive**
**Peoria, AZ 85345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$736.00** **$736.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.454 Priority creditor's name and mailing address
**Watkins, Lynn**
**8632 W Jenan Drive**
**Peoria, AZ 85345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,910.19** **$2,910.19**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.455 Priority creditor's name and mailing address
**Watson, Jason**
**1579 West San Tan Hills Drive**
**San Tan Valley, AZ 85144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$672.00** **$672.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.456 Priority creditor's name and mailing address
**Watson, Jason**
**1579 West San Tan Hills Drive**
**San Tan Valley, AZ 85144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,236.31** **$3,236.31**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.457 Priority creditor's name and mailing address
**Watson, Laurie**
**17308 E Oro Grande Drive**
**Fountain Hills, AZ 85268**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$768.00** **$768.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.458 Priority creditor's name and mailing address
**Watson, Laurie**
**17308 E Oro Grande Drive**
**Fountain Hills, AZ 85268**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,840.00** **$3,840.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.459 Priority creditor's name and mailing address
**Welge, Timothy R**
**5423 S Luiseno Blvd**
**Gilbert, AZ 85298**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$784.00** **$784.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.460 Priority creditor's name and mailing address
**Welge, Timothy R**
**5423 S Luiseno Blvd**
**Gilbert, AZ 85298**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$639.70** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.461 Priority creditor's name and mailing address
**Werths, Alyssa J**
**99 W Palomino Drive**
**Apt 263**
**Chandler, AZ 85225-7716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.462 Priority creditor's name and mailing address
**Werths, Alyssa J**
**99 W Palomino Drive**
**Apt 263**
**Chandler, AZ 85225-7716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,055.00** **$1,055.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.463 Priority creditor's name and mailing address
**Whitehead, Shoshana A**
**7102 N 77th Avenue**
**Glendale, AZ 85303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$704.00** **$704.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.464 Priority creditor's name and mailing address
**Whitehead, Shoshana A**
**7102 N 77th Avenue**
**Glendale, AZ 85303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,520.00** **$3,520.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.465 Priority creditor's name and mailing address
**Williamson, Deontie**
**36445 W Mediterranean Way**
**Maricopa, AZ 85138-4749**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$768.00** **$768.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.466 Priority creditor's name and mailing address
**Williamson, Deontie**
**36445 W Mediterranean Way**
**Maricopa, AZ 85138-4749**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,500.00** **$1,500.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.467 | Priority creditor's name and mailing address<br>**Wong, Steven<br>2036 W Le Marche Avenue<br>Phoenix, AZ 85023** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,459.39** | **$1,459.39** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.468 | Priority creditor's name and mailing address<br>**Wong, Steven<br>2036 W Le Marche Avenue<br>Phoenix, AZ 85023** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,296.92** | **$7,296.92** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.469 | Priority creditor's name and mailing address<br>**Wynn, Jeanie<br>2712 W Evans Drive<br>Phoenix, AZ 85053** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,854.86** | **$1,854.86** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Work performed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.470 | Priority creditor's name and mailing address<br>**Wynn, Jeanie<br>2712 W Evans Drive<br>Phoenix, AZ 85053** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,274.32** | **$9,274.32** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PAL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.471 Priority creditor's name and mailing address
**Young, Jennifer M**
**3120 W Carefree Highway**
**Suite 1 #651**
**Phoenix, AZ 85086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,153.85** **$1,153.85**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.472 Priority creditor's name and mailing address
**Young, Jennifer M**
**3120 W Carefree Highway**
**Suite 1 #651**
**Phoenix, AZ 85086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,765.50** **$3,765.50**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.473 Priority creditor's name and mailing address
**Younger, Mattie L**
**PO Box 71531**
**Phoenix, AZ 85050-1009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$972.91** **$972.91**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.474 Priority creditor's name and mailing address
**Younger, Mattie L**
**PO Box 71531**
**Phoenix, AZ 85050-1009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,807.43** **$3,807.43**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.475 Priority creditor's name and mailing address
**Zackery, Janita Rochelle**
**1155 West Grove Parkway**
**Apt 284**
**Tempe, AZ 85283**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$712.00** **$712.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.476 Priority creditor's name and mailing address
**Zackery, Janita Rochelle**
**1155 West Grove Parkway**
**Apt 284**
**Tempe, AZ 85283**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$358.23** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PAL**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.477 Priority creditor's name and mailing address
**Zambrano, Marco Antonio**
**13036 North 21st Place**
**Phoenix, AZ 85022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$332.00** **$332.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.478 Priority creditor's name and mailing address
**Ziegenfuss, Taylor**
**28851 N Vistancia Blvd**
**Unit 1072**
**Peoria, AZ 85383-9603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$720.00** **$720.00**

Date or dates debt was incurred

Basis for the claim:
**Work performed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**BKM Northwest Industrial Park 316, LLC**<br>**1701 Quail Street**<br>**Suite 100**<br>**Newport Beach, CA 92660**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lease (9014 N 23rd AVenue, Suite 2-4, Phoenix)<br>Is the claim subject to offset? ■ No ☐ Yes | **$576,067.48** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Higley Project, LLC Camelback**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lease (1840 N 95th Ave, Suite 160, Phoenix)<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,769,228.01** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Mercy Care Advantage**<br>**4750 S 44th Place**<br>**Suite 150**<br>**Phoenix, AZ 85040**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Funds owed to paid contractor<br>Is the claim subject to offset? ■ No ☐ Yes | **$406,635.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Phoenix Talavi Holdings LLC**<br>**c/o Greenspoon Marder LLP**<br>**8585 E Hartford Dr., Suite 700**<br>**Scottsdale, AZ 85255**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lease<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Twenty Thirty Three, Inc.**<br>**2033 N 7th Street**<br>**Phoenix, AZ 85006**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Note Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,183,499.43** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**West Guadalupe, LLC**<br>**PO Box 15662**<br>**Phoenix, AZ 85060**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lease (880 N Colorado Street, Gilbert)<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,371,824.96** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Phoenix Talavi Holdings LLC**<br>**2255 Glades Road**<br>**Suite #324A**<br>**Boca Raton, FL 33431** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Zurich Alternative Asset Management LLC**<br>**105 East 17th Street**<br>**3rd Floor**<br>**New York, NY 10001** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 743,098.21 |
| **5b. Total claims from Part 2** | 5b. + | $ 8,307,254.88 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 9,050,353.09 |

**Fill in this information to identify the case:**

Debtor name **Jewish Family and Children's Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | **21st Century Security (Patrols-Central)**<br>**2135 E Knudsen Dr**<br>**Phoenix, AZ 85024** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Communications Service Agreement** | **8X8, Inc.**<br>**2125 O'Nel Drive**<br>**San Jose, CA 95131** |
| | State the term remaining | **10/29/2027** | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Interpreter Services** | **A Foreign Language Service**<br>**40 W Baeline Road**<br>**Suite 204**<br>**Mesa, AZ 85210** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | **Access Information Protected (Cintas)**<br>**125 N. 67th Ave**<br>**Suite 1**<br>**Phoenix, AZ 85043** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Access Record Storage**<br>**1511 S 47th Avenue**<br>**Suite 130**<br>**Phoenix, AZ 85043** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Addison**<br>**125 S Wacker Drive**<br>**27th Floor**<br>**Chicago, IL 60606** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Adobe**<br>**345 Park Avenue**<br>**San Jose, CA 95110-2704** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **ADP**<br>**One ADP Boulevard**<br>**Roseland, NJ 07068** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **API/MRZ Landscaping**<br>**875 E Salter Dr**<br>**Phoenix, AZ 85024** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Admin Lease** | **Arcadia Management Group**<br>**PO Box 10**<br>**Scottsdale, AZ 85252** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **Arizona Complete Health**<br>**1850 W Rio Salado Parkway**<br>**Suite 211**<br>**Tempe, AZ 85281** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Bamboo Health**<br>**9901 Linn Station Road**<br>**Louisville, KY 40223** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **Banner University Health Plans**<br>**5255 E Williams Circle**<br>**Suite 2050**<br>**Tucson, AZ 85711** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Biomed - Intec**<br>**1930 W Durango Street**<br>**Suite E**<br>**Phoenix, AZ 85009** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Office Building**<br>**9014 N 23rd Avenue**<br>**Suite 2-4**<br>**Phoenix, AZ 85021** | **BKM Northwest Industrial Park 316, LLC**<br>**1701 Quail Street**<br>**Suite 100**<br>**Newport Beach, CA 92660** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **BlueCross BlueShield of Arizona**<br>**8220 N 23rd Avenue**<br>**Phoenix, AZ 85021** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Boomerang**<br>**9120 Otis Avenue**<br>**Indianapolis, IN 46216** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **Center for Jewish Philanthropy**<br>**of Greater Phoenix**<br>**12701 N Scottsdale Rd, #202**<br>**Scottsdale, AZ 85254** |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **CIGNA**<br>**2800 N. Central Aveue**<br>**Phoenix, AZ 85004-1007** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **City of Phoenix - WIOA**<br>**200 W Washington Street**<br>**19th Floor**<br>**Phoenix, AZ 85003** |
| 2.21. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Claims Conference**<br>**PO Box 1215**<br>**New York, NY 10113** |
| 2.22. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Contexture**<br>**2901 N Central Avenue**<br>**#1100**<br>**85012** |
| 2.23. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **CoolQuest (HVAC)**<br>**1036 S Center Street**<br>**Mesa, AZ 85210** |
| 2.24. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Cox**<br>**1550 W Deer Valley Rd**<br>**Phoenix, AZ 85027** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **D H Innovative Solutions**<br>**1318 E Brill Street**<br>**Phoenix, AZ 85006** |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Datavant (CIOX)**<br>**PO Box 409669**<br>**Atlanta, GA 30384** |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Day & Night Restroration**<br>**PO Box 9027**<br>**Chandler Heights, AZ 85127** |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **DCS - Family Connections/**<br>**Nurturing Parenting**<br>**3003 N Central Avenue**<br>**Phoenix, AZ 85012** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dictation Cloud**<br>**505 W Vernon Ave, #315**<br>**Kinston, NC 28501** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **DoctorConnect**<br>**16801 Addison Rd, #220**<br>**Addison, TX 75001** |
| List the contract number of any government contract | | |
| 2.31. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Drain Squad**<br>**4446 N 126th Dr**<br>**Litchfield Park, AZ 85340** |
| List the contract number of any government contract | | |
| 2.32. State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
| State the term remaining | | **Dunbar Talavi, LLC**<br>**2501 E Camelback Rd**<br>**Suite 1**<br>**Phoenix, AZ 85016** |
| List the contract number of any government contract | | |
| 2.33. State what the contract or lease is for and the nature of the debtor's interest | **2023 Toyota Highlander VIN ending 9815** | |
| State the term remaining | | **Enterprise FM Trust**<br>**P.O. Box 800089**<br>**Kansas City, MO 64180** |
| List the contract number of any government contract | | |
| 2.34. State what the contract or lease is for and the nature of the debtor's interest | **2024 Volkswagen Jetta VIN ending 0663** | |
| State the term remaining | | **Enterprise FM Trust**<br>**P.O. Box 800089**<br>**Kansas City, MO 64180** |
| List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **2024 Volkswagen Jetta VIN ending 0661** | **Enterprise FM Trust<br>P.O. Box 800089<br>Kansas City, MO 64180** |
| 2.36. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **2022 Nissan Altima VIN ending 1529** | **Enterprise FM Trust<br>P.O. Box 800089<br>Kansas City, MO 64180** |
| 2.37. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **EtherFax/Exucom<br>2400 Hassel Rd<br>Suite 100<br>Hoffman Estates, IL 60169** |
| 2.38. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Flexential<br>600 Forest Point Circle<br>Suite 100<br>Charlotte, NC 28273** |
| 2.39. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Genoa Healthcare<br>3001 N 33rd Street<br>Suite A<br>Phoenix, AZ 85017** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.40. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **GMI**<br>**8399 E Hartfod Dr**<br>**Scottsdale, AZ 85255** |
| 2.41. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **GoDaddy**<br>**14455 N Hayden Road**<br>**Scottsdale, AZ 85260** |
| 2.42. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **GoTo/LogMeIn Rescue**<br>**2440 W El Camino Real 5th Flr**<br>**Mountain View, CA 94040** |
| 2.43. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **GoTo/OpenVoice**<br>**2440 W El Camino Real**<br>**5th Flr**<br>**Mountain View, CA 94040** |
| 2.44. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **Governors Office - WIOA**<br>**1700 W Washington St**<br>**Suite 230**<br>**Phoenix, AZ 85007** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.45. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **Health Choice Arizona**<br>**801 E Jefferson St**<br>**Phoenix, AZ 85034** |
| 2.46. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Heart Savers**<br>**1833 W Main Streets**<br>**Suite 131**<br>**Scottsdale, AZ 85251** |
| 2.47. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Office Building**<br>**1840 N 95th Avenue**<br>**Suite 160**<br>**Phoenix, AZ 85037** | **Higley Project LLC**<br>**Phoenix, AZ 85037** |
| 2.48. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **HMA Public Relations**<br>**4343 N Scottsdale Road**<br>**Suite 150**<br>**Scottsdale, AZ 85251** |
| 2.49. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **Humana**<br>**9125 W Glendale Avenue**<br>**Glendale, AZ 85305** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.50. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **HYCU**<br>**27-43 Wormwood Street**<br>**Suite 650**<br>**Boston, MA 02210** |
| List the contract number of any government contract | | |
| 2.51. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Insight Software**<br>**8529 Six Fors Road**<br>**Suite 300**<br>**Raleigh, NC 27615** |
| List the contract number of any government contract | | |
| 2.52. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Instamed**<br>**1880 John F Kennedy Blvd**<br>**Philadelphia, PA 19103** |
| List the contract number of any government contract | | |
| 2.53. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Iron Mountain**<br>**85 New Hampshire AVenue**<br>**Suite 150**<br>**Portsmouth, NH 03801** |
| List the contract number of any government contract | | |
| 2.54. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Jani King**<br>**7740 N 16th STreet**<br>**Suite 110**<br>**Phoenix, AZ 85020** |
| List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Jason Gard and Associates<br>5040 E Shea Blvd, 160<br>Scottsdale, AZ 85254** |
| 2.56. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **JCI<br>2032 W 4th Street<br>Tempe, AZ 85281** |
| 2.57. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Digital Alarm System** | **Johnson Controls<br>2-32 W 4th Street<br>Tempe, AZ 85281** |
| 2.58. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Kelleher, Helmrich & Associates, Inc.<br>6920 Hohman Avenue<br>Hammond, IN 46324** |
| 2.59. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **LHH Recruitment Solutions<br>5644 E Thomas Road<br>Phoenix, AZ 85018** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.60. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **LK Method**<br>**6290 E Monterra Way**<br>**Scottsdale, AZ 85266** |
| List the contract number of any government contract | | |
| 2.61. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Mahoney Group**<br>**2625 W Geronimo Place**<br>**Suite 350**<br>**Chandler, AZ 85224** |
| List the contract number of any government contract | | |
| 2.62. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Massive IT**<br>**9630 W Linebaugh Avenue**<br>**Tampa, FL 33626** |
| List the contract number of any government contract | | |
| 2.63. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Medical Depot and Wester Medical**<br>**3152 N 34th Drive**<br>**Phoenix, AZ 85017** |
| List the contract number of any government contract | | |
| 2.64. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Medix**<br>**222 S Riverside Plaza**<br>**Suite 2120**<br>**Chicago, IL 60606** |
| List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65. State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
| State the term remaining | | **Mercy Care Advantage<br>4750 S 44th Place<br>Suite 150<br>Phoenix, AZ 85040** |
| List the contract number of any government contract | | |
| 2.66. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Metro Fire<br>63 S Hamilton Pl<br>Gilbert, AZ 85233** |
| List the contract number of any government contract | | |
| 2.67. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **MicroAge<br>200 Connell Drive<br>Suite 5000<br>Berkeley Heights, NJ 07922** |
| List the contract number of any government contract | | |
| 2.68. State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
| State the term remaining | | **Molina Complete Care<br>5055 E Washington St<br>Unit 210<br>Phoenix, AZ 85034** |
| List the contract number of any government contract | | |
| 2.69. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Navori<br>1000 Rue Sherbrooke O #710<br>Montreal QC H3A 3L6<br>Canada** |
| List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.70. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **NetWatch USA**<br>**25341 Commerce Drive**<br>**Lake Forest, CA 92630** |
| List the contract number of any government contract | | |
| 2.71. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **NextGen**<br>**18111 Von Karman Ave**<br>**Suite 600**<br>**Irvine, CA 92612** |
| List the contract number of any government contract | | |
| 2.72. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Nonprofit Megaphone LLC**<br>**1811 W 21 - PL**<br>**Suite 2**<br>**Chicago, IL 60608** |
| List the contract number of any government contract | | |
| 2.73. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Nutanix**<br>**1740 Technology Drive**<br>**Suite 150**<br>**San Jose, CA 95110** |
| List the contract number of any government contract | | |
| 2.74. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Pacific Office Automation**<br>**4501 E McDowell Road**<br>**Phoenix, AZ 85008** |
| List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.75. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **PandaDoc<br>600 5th AVenue<br>San Rafael, CA 94901** |
| 2.76. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Park Place Technologies<br>5910 Landerbrook DRive<br>Suite 300<br>Cleveland, OH 44124** |
| 2.77. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Office Building<br>5701 W Talavi Blvd.<br>Suites 170 and 180<br>Glendale, AZ 85306** | **Phoenix Talavi Holdings LLC<br>c/o Greenspoon Marder LLP<br>8585 E Hartford Ddr., Suite 700<br>Scottsdale, AZ 85255** |
| 2.78. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Pitney Bowes<br>PO Box 371887<br>Pittsburgh, PA 15250-7887** |
| 2.79. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Premo Brands/Ready Fresh<br>PO Box 30080<br>College Station, TX 77842** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.80. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Rapidscale**<br>**301 Hilsborough Street**<br>**Suite 1300**<br>**Raleigh, NC 27603** |
| 2.81. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Office Building**<br>**4747 N 7th Street**<br>**Suite 100**<br>**Phoenix, AZ 85014** | **RE II Office IV, LLC**<br>**3800 North Central Avenue**<br>**Phoenix, AZ 85012** |
| 2.82. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Real World Lease**<br>**TC BKM Northwest 902, LLC**<br>**2425 W 12th St, Suite 6**<br>**Tempe, AZ 85282** |
| 2.83. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Reliable Refrigeration**<br>**913 E Juanita Avenue**<br>**Suite #1**<br>**Mesa, AZ 85204** |
| 2.84. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Ruckus**<br>**350 W Java Dr**<br>**Sunnyvale, CA 94089-1026** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.85. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Scorpion<br>27750 Entertainment Drive<br>Valencia, CA 91355** |
| 2.86. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Sedexis<br>15657 N Haden Road<br>#1219<br>Scottsdale, AZ 85260** |
| 2.87. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Serenic<br>445 Union Blvd<br>Suite 120<br>Lakewood, CO 80228** |
| 2.88. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Signius<br>1201 Montlimar Dr<br>#500<br>Mobile, AL 36609** |
| 2.89. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Simple Electric<br>1201 E Weldon Avenue<br>Phoenix, AZ 85014** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.90. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Social Current**<br>**PO Box 3493**<br>**Sturtevant, WI 53177** |
| 2.91. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Service Agreement** | **Stericycle**<br>**4010 Commercial Avenue**<br>**Northbrook, IL 60062** |
| 2.92. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Sun Valley Solar**<br>**3235 N Arizona Ave**<br>**#D-7**<br>**Chandler, AZ 85225** |
| 2.93. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Survey Monkey**<br>**910 Park Pl**<br>**Suite 300**<br>**San Mateo, CA 94403** |
| 2.94. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **SysAid**<br>**135 West 50th Street**<br>**New York, NY 10020-1299** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **T-Mobile**<br>**PO Box 53410**<br>**Bellevue, WA 98015-3410** |
| 2.96. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **The Box**<br>**900 Jefferson AVenue**<br>**Redwood City, CA 94063** |
| 2.97. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **Thrive Alliance**<br>**1512 W Bell Rd, Unit 3**<br>**Phoenix, AZ 85023** |
| 2.98. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **Thrive Alliance**<br>**14202 N 73rd Ave**<br>**Peoria, AZ 85381-4759** |
| 2.99. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **Tricare West**<br>**West Region**<br>**PO Box 202168**<br>**Florence, SC 29502** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.100. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Parking Lot 3001 N 33rd Avenue Phoenix, AZ 85017** | **Twenty Thirty Three, Inc.<br>2033 N 7th Street<br>Phoenix, AZ 85006** |
| 2.101. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **United Behavioral Services<br>16601 N 12th Street<br>#1131<br>Phoenix, AZ 85022** |
| 2.102. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Verdant Commercial Capital, LLC<br>9987 Carver Road<br>Suite 110<br>Cincinnati, OH 45242** |
| 2.103. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contracto** | **Verizon Wireless<br>PO Box 291089<br>Columbia, SC 29229** |
| 2.104. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract** | **Virginia G Piper Chairtable Trust<br>1202 E Missouri Avenue<br>Phoenix, AZ 85014** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.105. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Wasabi<br>75 Arlington Street<br>Suite 180<br>Boston, MA 02116** |
| 2.106. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Wate Management Health Care Solution<br>222 S Mill AVenue<br>Suite 333<br>Tempe, AZ 85281** |
| 2.107. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Vendor contract** | **Waystar<br>888 W Market STreet<br>Louisville, KY 40202** |
| 2.108. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Office Building<br>880 N Colorado St<br>Gilbert AZ 85233** | **West Guadalupe, LLC<br>PO Box 15662<br>Phoenix, AZ 85060** |
| 2.109. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Landscape Management Agreement** | **Xeriscapes Unlimited, Inc.<br>1310 W Watkins Street<br>Phoenix, AZ 85007** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.110. State what the contract or lease is for and the nature of the debtor's interest | **Vendor contract** | |
| State the term remaining | | **Zoom**<br>**55 Almaden Boulevard**<br>**San Jose, CA 95113** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Jewish Family and Children's Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Jewish Family and Children's Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **10/01/2025** to **9/30/2026** | ■ Operating a business<br>☐ Other | **$30,220,804.00** |
| **For year before that:** From **10/01/2024** to **9/30/2025** | ■ Operating a business<br>☐ Other | **$33,826,692.00** |
| **For the fiscal year:** From **10/01/2023** to **9/30/2024** | ■ Operating a business<br>☐ Other | **$40,584,737.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **10/01/2025** to **9/30/2026** | **Investment** | **$-624,024.00** |
| **For year before that:** From **10/01/2024** to **9/30/2025** | **Investment** | **$3,221,906.00** |
| **For the fiscal year:** From **10/01/2023** to **9/30/2024** | **Investment** | **$804,268.00** |

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **SEE EXHIBIT B** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

# EXHIBIT B

| Tables and Fields | Filters |
|---|---|
| **Vendor** | |
| Date Filter | 7/01/26..7/31/26 |
| **Vendor Ledger Entry** | |
| Posting Date | 7/01/26..7/31/26 |

| No. | Name | Payments |
|---|---|---|
| AFO600 | A Foreign Language Service | 11,345.54 |
| APS020 | APS | 4,501.29 |
| AST100 | Maria E Ast | 1,726.25 |
| BAL225 | Baldwin Moffit Behm LLP | 10,000.00 |
| BER450 | Berkley Risk | 9,169.48 |
| BKM010 | BKM Northwest Industrial Park 316, LLC | 5,585.05 |
| CAN550 | Canon Financial Services, Inc | 11,881.44 |
| CHA750 | JP Morgan Chase Bank | 61,974.13 |
| CLI305 | CliftonLarsonAllen, LLP | 2,483.25 |
| COX010 | Cox Communications | 1,407.37 |
| COX017 | Cox Business | 4,532.08 |
| COX020 | Cox Communications | 649.72 |
| COX030 | Cox Communcations | 576.42 |
| COX040 | Cox Communications | 978.95 |
| COX050 | Cox Communications | 4,059.22 |
| COX065 | Cox Communications | 4,192.02 |
| DHI500 | D&H Innovative Solutions. LLC | 5,000.00 |
| ENT200 | Enterprise FM Trust | 3,648.10 |
| EQU300 | Equitable Financial Life Ins Co | 25,753.44 |
| GRE175 | Kelly R Green | 3,447.50 |
| HIG400 | Higley Project, LLC | 53,643.12 |
| IRO505 | Iron Mountain | 5,843.82 |
| JAN300 | Related Services, Inc | 15,865.28 |
| JGA600 | J Gard Benefit Consultants | 21,000.00 |
| LEA350 | Leading Edge | 125,440.68 |
| LIV200 | Lively | 24,645.35 |
| NEX700 | Nextgen Healthcare, Inc | 215,069.83 |
| NOR775 | Rosanne Norton | 5,179.20 |
| NVI700 | Global Market Innovators, Inc | 9,192.44 |
| PAR710 | Part-Time CIO Corporation | 30,884.29 |
| PHI410 | Philadelphia Insurance Co. | 2,655.41 |
| PHO290 | Phoenicia Real Estate Holdings I LLC | 23,315.85 |
| PRO750 | Khalsa Investments1, LLC | 3,774.00 |
| RAP300 | Rapidscale Inc | 6,633.55 |
| SIG520 | Signius Communications | 4,818.65 |
| SOC310 | Social Service Contractors Indemnity Pool | 20,916.00 |
| SOP300 | Sophos | 8,484.89 |
| SRP010 | SRP | 792.76 |
| SRP020 | SRP | 4,185.57 |

| | | |
|---|---|---|
| SRP040 | SRP | 5,119.45 |
| TMO101 | T-Mobile | 14,770.68 |
| TTT000 | Twenty Thirty Three | 18,008.00 |
| UNI800 | Pluto Acquisition OpCo, LLC | 1,686.58 |
| VOY100 | VOYA | 48,935.70 |
| WES702 | West Guadalupe, LLC | 60,030.43 |
| **Total** | | **903,802.78** |

| Tables and Fields | Filters |
|---|---|
| **Vendor** | |
| Date Filter | 6/01/26..6/30/26 |
| **Vendor Ledger Entry** | |
| Posting Date | 6/01/26..6/30/26 |

| No. | Name | Payments |
|---|---|---|
| AFO600 | A Foreign Language Service | 5,092.41 |
| APS020 | APS | 3,717.46 |
| ARI930 | Arizona School of Dental Assisting | 15,150.00 |
| AST100 | Maria E Ast | 3,653.75 |
| CAN550 | Canon Financial Services, Inc | 12,300.00 |
| CHA750 | JP Morgan Chase Bank | 22,619.13 |
| CLI305 | CliftonLarsonAllen, LLP | 27,615.00 |
| COX010 | Cox Communications | 3,897.37 |
| COX017 | Cox Business | 1,149.07 |
| COX020 | Cox Communications | 649.72 |
| COX030 | Cox Communcations | 576.26 |
| COX040 | Cox Communications | 978.95 |
| COX050 | Cox Communications | 691.02 |
| COX065 | Cox Communications | 782.02 |
| DHI500 | D&H Innovative Solutions. LLC | 5,000.00 |
| DIC700 | Dickinson Wright, PLLC | 23,017.90 |
| ENT200 | Enterprise FM Trust | 3,704.46 |
| HIG400 | Higley Project, LLC | 53,643.12 |
| IRO505 | Iron Mountain | 7,487.81 |
| JAN300 | Related Services, Inc | 15,579.28 |
| LEA350 | Leading Edge | 91,863.80 |
| LIV200 | Lively | 4,393.02 |
| NEX700 | Nextgen Healthcare, Inc | 94,852.44 |
| NOR775 | Rosanne Norton | 6,279.90 |
| PAN200 | PandaDoc Inc | 9,000.00 |
| PHI410 | Philadelphia Insurance Co. | 2,655.41 |
| PHO290 | Phoenicia Real Estate Holdings I LLC | 27,452.83 |
| PRO750 | Khalsa Investments1, LLC | 22,900.00 |
| RAP300 | Rapidscale Inc | 3,661.28 |
| SER200 | Sylogist Mission Inc | 42,071.60 |
| SIG520 | Signius Communications | 2,474.94 |
| SOC310 | Social Service Contractors Indemnity Pool | 20,621.00 |
| SRP010 | SRP | 543.57 |
| SRP020 | SRP | 3,048.31 |
| SRP040 | SRP | 4,001.74 |
| TMO101 | T-Mobile | 14,794.70 |
| TTT000 | Twenty Thirty Three | 18,008.00 |
| UNI800 | Pluto Acquisition OpCo, LLC | 7,129.78 |

| | | |
|---|---|---|
| VOY100 | VOYA | 24,142.51 |
| WES702 | West Guadalupe, LLC | 77,613.16 |
| **Total** | | **684,812.72** |

| Tables and Fields | Filters |
|---|---|
| **Vendor** | |
| Date Filter | 8/01/26..8/31/26 |
| **Vendor Ledger Entry** | |
| Posting Date | 8/01/26..8/31/26 |

| No. | Name | Payments |
|---|---|---|
| ABD500 | Abdo LLP | 12,000.00 |
| AFO600 | A Foreign Language Service | 2,488.25 |
| APS020 | APS | 4,705.37 |
| ARI930 | Arizona School of Dental Assisting | 3,750.00 |
| AST100 | Maria E Ast | 4,098.50 |
| BER450 | Berkley Risk | 4,584.74 |
| BKM010 | BKM Northwest Industrial Park 316, LLC | 7,075.39 |
| CAN550 | Canon Financial Services, Inc | 6,150.00 |
| CHA750 | JP Morgan Chase Bank | 44,668.28 |
| COX000 | Cox Communications | 433.90 |
| COX017 | Cox Business | 575.00 |
| COX020 | Cox Communications | 656.33 |
| COX040 | Cox Communications | 978.95 |
| COX050 | Cox Communications | 691.02 |
| COX065 | Cox Communications | 1,357.02 |
| DIC700 | Dickinson Wright, PLLC | 39,092.80 |
| ENT200 | Enterprise FM Trust | 2,050.09 |
| EQU300 | Equitable Financial Life Ins Co | 57,119.06 |
| EVE630 | Michelle Talsma Everson | 90.00 |
| FLE805 | Flexential Corp | 7,052.57 |
| GRE175 | Kelly R Green | 2,325.00 |
| HEW400 | Hewlett Packard Financial Services | 11,101.63 |
| HIG400 | Higley Project, LLC | 49,706.99 |
| IRO505 | Iron Mountain | 5,743.45 |
| JAN300 | Related Services, Inc | 15,579.28 |
| JGA600 | J Gard Benefit Consultants | 10,500.00 |
| LEA350 | Leading Edge | 187,301.19 |
| LIV200 | Lively | 12,608.43 |
| NEX700 | Nextgen Healthcare, Inc | 17,956.68 |
| NOR775 | Rosanne Norton | 4,245.90 |
| PAR710 | Part-Time CIO Corporation | 15,354.78 |
| PHO290 | Phoenicia Real Estate Holdings I LLC | 23,315.85 |
| SIG520 | Signius Communications | 2,376.22 |
| SOP300 | Sophos | 8,484.89 |
| SRP000 | SRP | 246.00 |
| SRP010 | SRP | 1,011.93 |
| SRP020 | SRP | 5,343.11 |
| SRP040 | SRP | 6,865.42 |

| | | |
|---|---|---|
| TMO101 | T-Mobile | 14,718.42 |
| TTT000 | Twenty Thirty Three | 18,008.00 |
| UNI800 | Pluto Acquisition OpCo, LLC | 2,507.24 |
| VOY100 | VOYA | 48,953.85 |
| WES702 | West Guadalupe, LLC | 60,030.43 |
| **Total** | | **723,901.96** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Phoenix Talavi Holdings LLC vs. Jewish Family and Children's Service, Inc.<br>CV2025-062479** | **Breach of Contract<br>Breach of Implied Covenant of Good Faith and Fair Dealing<br>Unjust Enrichment** | **Maricopa County Superior Court<br>201 W Jefferson<br>Phoenix, AZ 85003** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Water damage from a water line** | **$50,750.00** | **8/3/2026** | **$50,750.00** |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Cavanagh Law Firm PA**<br>**1850 N Central Avenue**<br>**Suite 1900**<br>**Phoenix, AZ 85004** | | **4/9/2026-11/12/2026** | **$147,864.50** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**PPI as defined by HIPAA and banking information as it pretains to patient payments as well as donor payments**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401k: Jewish Family & Children's Service Retirement Plan** | EIN: **86-0096781** |

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **403b: Jewish Family & Children's Service 403B Plan** | EIN: **86-0096781** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo** | **XXXX-5306** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **9/22/2023** | **$8,475.11** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **CliftonLarsonAllen LLP**<br>**80 E Rio Salado Parkway**<br>**Suite 201**<br>**Tempe, AZ 85281** | **2020-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Terrence R. Daniels**<br>**COO/CFO**<br>**Jewish Family & Children Services**<br>**4747 N 7th Street, Suite 100**<br>**Phoenix, AZ 85014** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Chase Bank**<br>**P.O. Box 15123**<br>**Wilmington, DE 19850** |
| 26d.2. | **Wells Fargo**<br>**200 201 E 4th St**<br>**Carol Stream, IL 60188** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carol Kern | 8219 North Charles Drive<br>Paradise Valley, AZ 85253 | Member | |
| Carol Seidberg | 1552 W Augusta<br>Phoenix, AZ 85021 | Emeritus Member | |
| Edna Sitelman | 7 East Orangewood<br>Phoenix, AZ 85020 | Emeritus Member | |
| Edward Ober | 7175 E Camelback Road<br>Unit 301<br>Scottsdale, AZ 85251 | Vice Chair | |
| Janice Dinner | 9800 N 50th Street<br>Paradise Valley, AZ 85253 | Chair | |
| Jennifer Kirshner | 9509 North 46th Street<br>Phoenix, AZ 85028 | Member | |
| Meghan Shapiro | 5426 E Piping Rock Rd<br>Scottsdale, AZ 85254 | Member | |
| Michael Seiden | 13436 E Desert Trail<br>Scottsdale, AZ 85259 | Member | |
| Pam Meyer | 13567 E Jenan Drive<br>Scottsdale, AZ 85259 | Secretary | |
| Paul E. Stander | 5315 E Royal Palm Road<br>Paradise Valley, AZ 85253 | Immediate Past Chair | |
| Susan Hirschman | 15345 N Scottsdale Road<br>Unit 4050<br>Scottsdale, AZ 85254 | Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☐ No
- ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Analise Ortiz** | **2654 N 73rd Drive<br>Phoenix, AZ 85035** | **Member** | **2025** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Peter Moraga** | **549 E Ames Place<br>Phoenix, AZ 85004** | **Member** | **2025** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 13, 2026**

**/s/ Dr. Lorrie Henderson**
Signature of individual signing on behalf of the debtor

**Dr. Lorrie Henderson**
Printed name

Position or relationship to debtor **Chief Executive Oficer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ■ No
- ☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Arizona

In re **Jewish Family and Children's Service, Inc.** Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **147,864.50** |
| Prior to the filing of this statement I have received | $ | **147,864.50** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 13, 2026**
*Date*

**/s/ Randy Nussbaum**
**Randy Nussbaum**
*Signature of Attorney*
**Cavanagh Law Firm**
**1850 North Central Avenue**
**suite 1900**
**Phoenix, AZ 85004**
**6023224000**
**rnussbaum@cavanaghlaw.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Arizona

In re **Jewish Family and Children's Service, Inc.** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Oficer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 13, 2026**

Signature **/s/ Dr. Lorrie Henderson**
**Dr. Lorrie Henderson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Arizona**

In re **Jewish Family and Children's Service, Inc.** Debtor(s)

Case No.
Chapter **11**

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

# MAILING LIST DECLARATION

I, the Chief Executive Oficer of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **36** sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **November 13, 2026**

**/s/ Dr. Lorrie Henderson**
**Dr. Lorrie Henderson**/**Chief Executive Oficer**
Signer/Title

Date: **November 13, 2026**

**/s/ Randy Nussbaum**
Signature of Attorney
**Randy Nussbaum**
**Cavanagh Law Firm**
**1850 North Central Avenue**
**suite 1900**
**Phoenix, AZ 85004**
**6023224000**

ARIZONA DEPARTMENT OF REVENUE
P.O. BOX 29085
PHOENIX AZ 85038

INTERNAL REVENUE SERVICE
C/O THE CBE GROUP INC.
P.O. BOX 2217
WATERLOO IA 50704

21ST CENTURY SECURITY (PATROLS-CENTRAL)
2135 E KNUDSEN DR
PHOENIX AZ 85024

8X8, INC.
2125 O'NEL DRIVE
SAN JOSE CA 95131

A FOREIGN LANGUAGE SERVICE
40 W BAELINE ROAD
SUITE 204
MESA AZ 85210

ABBS, SHARON
2557 N 45TH AVENUE
PHOENIX AZ 85035-2371

ACCESS INFORMATION PROTECTED (CINTAS)
125 N. 67TH AVE
SUITE 1
PHOENIX AZ 85043

ACCESS RECORD STORAGE
1511 S 47TH AVENUE
SUITE 130
PHOENIX AZ 85043

ADDISON
125 S WACKER DRIVE
27TH FLOOR
CHICAGO IL 60606

ADOBE
345 PARK AVENUE
SAN JOSE CA 95110-2704

ADP
ONE ADP BOULEVARD
ROSELAND NJ 07068

AGRAMON, JAZMIN
10606 WEST HESS STREET
TOLLESON AZ 85353

AHEARN, ROBYN
302 N KEITH STREET
APACHE JUNCTION AZ 85120

AHEARN, ROBYN
10606 WEST HESS STREET
TOLLESON AZ 85353

ALEMAN, DANIEL
18819 N 3RD DR
PHOENIX AZ 85027

ALLEN, TIMOTHY
2009 EAST LUSITANO LOOP
SAN TAN VALLEY AZ 85140

API/MRZ LANDSCAPING
875 E SALTER DR
PHOENIX AZ 85024

ARAGON, VALERIE ANN
1640 E JARDIN PL
CASA GRANDE AZ 85122-2474

ARCADIA MANAGEMENT GROUP
PO BOX 10
SCOTTSDALE AZ 85252

ARCOS HERNANDEZ, JACQUELINE
2142 E BRAMBLE AVENUE
MESA AZ 85204-1446

ARIZONA COMPLETE HEALTH
1850 W RIO SALADO PARKWAY
SUITE 211
TEMPE AZ 85281

ASADA, MARIKO
5335 EAST SHEA BOULEVARD
#2068
SCOTTSDALE AZ 85254

BALTAZAR, ANGEL
12521 WEST BLOOMFIELD ROAD
EL MIRAGE AZ 85335

BAMBOO HEALTH
9901 LINN STATION ROAD
LOUISVILLE KY 40223

BANGURA, HANNAH
10464 E OSAGE AVENUE
MESA AZ 85212-1803

BANNER UNIVERSITY HEALTH PLANS
5255 E WILLIAMS CIRCLE
SUITE 2050
TUCSON AZ 85711

BAPTISTE, JESSICA
30799 W WHITTON AVENUE
BUCKEYE AZ 85396

BARAJAS, MICHELLE
12530 WEST CAMPINA DRIVE
LITCHFIELD PARK AZ 85340

BENCOMO, KRISTI
23996 W PIMA STREET
BUCKEYE AZ 85326

BETTERS, RAIZA R
1711 S EXTENSION ROAD
#2074
PHOENIX AZ 85021

BIOMED - INTEC
1930 W DURANGO STREET
SUITE E
PHOENIX AZ 85009

BISCHOFF, MARGARET
6445 S MAPLE AVENUE
APT 1061
TEMPE AZ 85283-3634

BKM NORTHWEST INDUSTRIAL PARK 316, LLC
1701 QUAIL STREET
SUITE 100
NEWPORT BEACH CA 92660

BLUECROSS BLUESHIELD OF ARIZONA
8220 N 23RD AVENUE
PHOENIX AZ 85021

BOLTZ, ADAM L
2958 E HOPE STREET
MESA AZ 85213

BONSEY, MATTHEW
6565 W BETHANY HOME ROAD
APT 123
GLENDALE AZ 85301-4931

BOOMERANG
9120 OTIS AVENUE
INDIANAPOLIS IN 46216

BOSWELL, ANGELA
319 E TUMBLEWOOD DRIVE
PHOENIX AZ 85085-7785

BRAATEN, MIKAYLA GRACE
601 W FILLMORE STREET
APT 256
PHOENIX AZ 85003-0020

BRADY-TEMCIO, JENIFER
3005 EAST EMELITA AVENUE
MESA AZ 85204

BRAUCH, TARA S
1473 SOUTH COLT DRIVE
GILBERT AZ 85296

BRAUNER, JENNIFER
1717 E MORTEN AVENUE
#58
PHOENIX AZ 85020

BRIONES, SHANTAH ISRAEL NACARIO
2224 W CLARENDON AVENUE
PHOENIX AZ 85015-5435

BRISHKE, WENDY L
10203 N 56TH DRIVE
GLENDALE AZ 85302

BRITTON, AUDRY P
2233 N 135TH DRIVE
GOODYEAR AZ 85395

BROBAK, RACHEL
435 EAST MAIN STREET
UNIT 207
MESA AZ 85203

BROOKS, CARLY N
4707 EAST KINGS AVENUE
PHOENIX AZ 85032

BUESO-OCAMPO, DAYANA LICETH
8203 W ORAIBI DRIVE
APT 2077
PEORIA AZ 85382-6601

BURKETT, DAVID M
2136 WEST SHARON AVENUE
PHOENIX AZ 85029

CABRAL, JUDY
2735 EAST THOMAS ROAD
#96
PHOENIX AZ 85016

CADENAS, ERIKA
2233 NORTH 53RD AVENUE
PHOENIX AZ 85035-3810

CAMPA FLORES, ANGELA
6710 E UNIVERSITY DR
UNIT 106
MESA AZ 85205-7655

CANALES, CARLA J
8907 W GLENROSA AVENUE
PHOENIX AZ 85037

CANELA, ARACELY
600 N 96TH AVENUE
#E234
TOLLESON AZ 85353-2255

CANON FINANCIAL SERVICES
158 GAITHER DRIVE
SUITE 200
MOUNT LAUREL NJ 08054

CARR, JENNIFER C
12321 WEST DOVE WING WAY
PEORIA AZ 85383

CAVANAUGH, TERESA R
3837 E SURREY AVENUE
PHOENIX AZ 85032

CENTER FOR JEWISH PHILANTHROPY
OF GREATER PHOENIX
12701 N SCOTTSDALE RD, #202
SCOTTSDALE AZ 85254

CHERRY, TAMRA
6207 W NAVAJO DRIVE
GLENDALE AZ 85302

CHHAY, SARVANI
7145 WEST KEIM DRIVE
GLENDALE AZ 85303

CHVOSTOVSKY, NICHOLAS
3736 W CHOCHISE DRIVE
PHOENIX AZ 85051-1146

CIGNA
2800 N. CENTRAL AVEUE
PHOENIX AZ 85004-1007

CITY OF PHOENIX - WIOA
200 W WASHINGTON STREET
19TH FLOOR
PHOENIX AZ 85003

CIURO, SAMANTHA J
944 WEST MAIN STREET
APT 1294
MESA AZ 85201

CLAIMS CONFERENCE
PO BOX 1215
NEW YORK NY 10113

CLARK, TAMMIE
809 WEST GROVE PARKWAY
#3103
TEMPE AZ 85283

CLIFFORD, CASSIDY D
15948 W SALOME STREET
GOODYEAR AZ 85338

COBOS, JESSICA
3011 W MONTEBELLO AVENUE
PHOENIX AZ 85017

COHEN, KATYA JULIANNA
5727 NORTH 7TH STREET
UNIT 475
PHOENIX AZ 85014-0034

CONTEXTURE
2901 N CENTRAL AVENUE
#1100
85012

CONTRERAS, DESTINY
1104 WEST OBISPO AVENUE
MESA AZ 85210-8214

COOLQUEST (HVAC)
1036 S CENTER STREET
MESA AZ 85210

COON, ANNETTE L
6436 WEST WAHALLA LANE
GLENDALE AZ 85308

COX
1550 W DEER VALLEY RD
PHOENIX AZ 85027

CROW, RICHARD
5021 WEST GLYNN LANE
GLENDALE AZ 85301-3409

CRUZ, ABBY
4646 NORTH 77TH DRIVE
PHOENIX AZ 85033

D H INNOVATIVE SOLUTIONS
1318 E BRILL STREET
PHOENIX AZ 85006

DAMIAN, VICTORIA
10352 W COUNTRY CLUB TRAIL
PEORIA AZ 85383

DANIELS, TERRENCE
6304 WEST ORAIBI DRIVE
GLENDALE AZ 85308-7039

DATAVANT (CIOX)
PO BOX 409669
ATLANTA GA 30384

DAVIS, CAMI RENEE
211 SOUTH ORLANDO
MESA AZ 85206

DAY & NIGHT RESTRORATION
PO BOX 9027
CHANDLER HEIGHTS AZ 85127

DAY, SHAUNA M
411 NORTH KYRENE ROAD
APT 131
CHANDLER AZ 85226-2775

DCS - FAMILY CONNECTIONS/
NURTURING PARENTING
3003 N CENTRAL AVENUE
PHOENIX AZ 85012

DE STEFANO ANGELA M
1320 NORTH MCQUEEN ROAD
APT 1039
CHANDLER AZ 85225-1421

DEAN, JODY  L C
2812 E HARWELL ROAD
GILBERT AZ 85234

DELGADO ORTEGA, ALBERTO
9436 WEST ODEUM LANE
TOLLESON AZ 85353

DICTATION CLOUD
505 W VERNON AVE, #315
KINSTON NC 28501

DIEFENBACHER-PHARISS, CHERILIN M
17386 NORTH DEL MAR AVENUE
MARICOPA AZ 85138

DIRKSMEYER, TINA D
1961 NORTH HARTFORD STREET
UNIT 1020
CHANDLER AZ 85225

DIXON, AMARI
1333 W GUADALUPE ROAD
APT 114
GILBERT AZ 85233-3005

DOCTORCONNECT
16801 ADDISON RD, #220
ADDISON TX 75001

DOHERTY, NICHOLE
8701 NORTH 35TH DRIVE
PHOENIX AZ 85051

DOMINGUEZ TAPIA, JENNIER
6521 EAST IVY STREET
MESA AZ 85205

DRAIN SQUAD
4446 N 126TH DR
LITCHFIELD PARK AZ 85340

DRODDY, AMBYRE
6305 W DESERT COVE AVENUE
GLENDALE AZ 85304-3655

DUARTE, ISABELY
8518 WEST GROSS AVENUE
TOLLESON AZ 85353

DUBITSKY, MICHAEL E
1007 EAST SIERRA VISTA DRIVE
PHOENIX AZ 85014

DUNBAR TALAVI, LLC
2501 E CAMELBACK RD
SUITE 1
PHOENIX AZ 85016

DURAN, MARGARET L
16079 W LATHAM STREET
GOODYEAR AZ 85338-2741

EDOH, CORNELIA
14420 E EVANS DRIVE
SURPRISE AZ 85379-5776

ELLGEN, DAVID L
19107 N 69TH AVENUE
GLENDALE AZ 85308-5766

ENTERPRISE FM TRUST
P.O. BOX 800089
KANSAS CITY MO 64180

ESTRADA, ANALISA
4723 N 54TH AVENUE
PHOENIX AZ 85031

ETHERFAX/EXUCOM
2400 HASSEL RD
SUITE 100
HOFFMAN ESTATES IL 60169

FABIANO, PAUL
13445 S 47TH STREET
PHOENIX AZ 85044

FIELDS, MICHAEL S
5136 E EVERGREEN STREET
#1039
MESA AZ 85203

FLEXENTIAL
600 FOREST POINT CIRCLE
SUITE 100
CHARLOTTE NC 28273

FLORES, ALEXANDRIA
11359 NORTH 113TH DRIVE
YOUNGTOWN AZ 85363

FLORES, JACOB
1137 E 3RD STREET
CASA GRANDE AZ 85122

FLORES, LANCE L
1137 EAST 3RD STREET
CASA GRANDE AZ 85122

FLORES-MARIN, SUSAN
2802 W MADISON STREET
PHOENIX AZ 85009-5017

FOGGY, TERESA
819 W MONONA DRIVE
PHOENIX AZ 85027

FRASER, LOUANN
7364 E MCKINLEY STREET
SCOTTSDALE AZ 85257

FRIEDLANDER, KELLY
4205 E DESERT MARICOLD DRIVE
CAVE CREEK AZ 85331

GARCIA, BRITZA
8219 S 42ND DRIVE
LAVEEN AZ 85339

GARCIA, MONTSERRAT
4830 W OSBORN ROAD
PHOENIX AZ 85031

GARCIA, ODALYS
726 WEST DANA AVENUE
MESA AZ 85210

GARCIA, SAVANNAH
2125 E APACHE BLVD
UNIT 3156
TEMPE AZ 85281-0169

GENOA HEALTHCARE
3001 N 33RD STREET
SUITE A
PHOENIX AZ 85017

GENTRY, KENNETH MICHAEL
8153 NORTH 32ND AVENUE
PHOENIX AZ 85051

GIBSON, MAQUITA
18963 WEST PASADENA AVENUE
LITCHFIELD PARK AZ 85340

GLOTHON, SHYONTA V
1820 EST BELL DE MAR DRIVE
APT N154
TEMPE AZ 85283

GMI
8399 E HARTFOD DR
SCOTTSDALE AZ 85255

GODADDY
14455 N HAYDEN ROAD
SCOTTSDALE AZ 85260

GOLDSTEIN, CAROL
17706 N 98TH WAY
SCOTTSDALE AZ 85255

GOMEZ, MEAGHAN VOLK
9219 W LOUISE DRIVE
PEORIA AZ 85383

GONZALES ZAMORA, FERNANDO
7100 W GRANDVIEW ROAD
APT 2131
PEORIA AZ 85382

GONZALES, VICTORIA
114 WEST GARY WAY
GILBERT AZ 85233

GOODMAN, TAYLOR
14635 S 24TH PLACE
PHOENIX AZ 85048

GOTO/LOGMEIN RESCUE
2440 W EL CAMINO REAL 5TH FLR
MOUNTAIN VIEW CA 94040

GOTO/OPENVOICE
2440 W EL CAMINO REAL
5TH FLR
MOUNTAIN VIEW CA 94040

GOTTFRIED, CARROL
15509 N SCOTTSDALE ROAD
#2023
SCOTTSDALE AZ 85254

GOVERNORS OFFICE - WIOA
1700 W WASHINGTON ST
SUITE 230
PHOENIX AZ 85007

GRANGER, TANISHA L
3896 S VOYAGER DRIVE
GILBERT AZ 85297-0053

GREEN, MARIAH
4981 S 235TH DRIVE
BUCKEYE AZ 85326-7389

GRIGLER, LATOYA R
9565 WEST WILLIAMS STREET
TOLLESON AZ 85353

GUILLORY, KATRIN
6138 W MORTEN AVENUE
GLENDALE AZ 85301-1252

GUZMAN, ENEDINA
2606 E GLENROSA AVENUE
APT 2
PHOENIX AZ 85016

HALEY, FREDRISHIA
7636 N 42ND LANE
PHOENIX AZ 85051-7309

HALLER, OKSANA S
7144 W CROCUS DRIVE
PEORIA AZ 85381

HARDWICK, GEORGE
248 N GUTHRIE STREET
MESA AZ 85203-8223

HARO, DULCE N
420 E FRANKLIN AVENUE
MESA AZ 85204

HARO, LUZ
7030 W MONTEREY WAY
PHOENIX AZ 85033

HARPER, GINA M
6146 W CYPRESS
PHOENIX AZ 85035

HARSHA, SARA E
14246 W VALENTINE STREET
SURPRISE AZ 85379-6603

HEALTH CHOICE ARIZONA
801 E JEFFERSON ST
PHOENIX AZ 85034

HEART SAVERS
1833 W MAIN STREETS
SUITE 131
SCOTTSDALE AZ 85251

HENDERSON, LORRI G
10272 NORTH 135TH PLACE
SCOTTSDALE AZ 85259

HERNANDEZ, ANA ISABEL
2145 WEST BROADWAY ROAD
#217
MESA AZ 85202

HERNANDEZ, SANDRA
13836 W PECK DRIVE
LITCHFIELD PARK AZ 85340

HERRERA MILLER, ALICIA
3928 W CLAREMONT STREET
PHOENIX AZ 85019

HERRERA SANCHEZ, EVELYNN
5525 W LEWIS AVENUE
PHOENIX AZ 85035

HIGLEY PROJECT LLC
PHOENIX AZ 85037

HIGLEY PROJECT, LLC CAMELBACK

HMA PUBLIC RELATIONS
4343 N SCOTTSDALE ROAD
SUITE 150
SCOTTSDALE AZ 85251

HOKE, KATY G
19669 W EXETER BLVD
LITCHFIELD PARK AZ 85340-5416

HORTON, NATHAN
6710 EAST UNIVERSITY DRIVE
UNIT 169
MESA AZ 85205

HUBER, DAVIA
5602 WEST BLUEFIELD AVENUE
GLENDALE AZ 85308

HUMANA
9125 W GLENDALE AVENUE
GLENDALE AZ 85305

HYCU
27-43 WORMWOOD STREET
SUITE 650
BOSTON MA 02210

ILLES, FAYTE B
11809 WEST CORRINE DRIVE
EL MIRAGE AZ 85335

INCLAN-MORENO, OLIVIA
3315 EAST GARFIELD STREET
PHOENIX AZ 85008

INSIGHT SOFTWARE
8529 SIX FORS ROAD
SUITE 300
RALEIGH NC 27615

INSTAMED
1880 JOHN F KENNEDY BLVD
PHILADELPHIA PA 19103

IRON MOUNTAIN
85 NEW HAMPSHIRE AVENUE
SUITE 150
PORTSMOUTH NH 03801

JANI KING
7740 N 16TH STREET
SUITE 110
PHOENIX AZ 85020

JASON GARD AND ASSOCIATES
5040 E SHEA BLVD, 160
SCOTTSDALE AZ 85254

JCI
2032 W 4TH STREET
TEMPE AZ 85281

JIMENEZ, VANESSA R
2871 SOUTH HANSEN DRIVE
GILBERT AZ 85295

JOHNSON CONTROLS
2-32 W 4TH STREET
TEMPE AZ 85281

JONGBO, OLAJUMOKE O
9443 WEST PALM LANE
PHOENIX AZ 85037

JPMORGAN CHASE BANK
PO BOX 6026,IL1-1145
CHICAGO IL 60680-6026

JPMORGAN CHASE BANK
150 W UNIVERSITY DR.
1ST FL.
TEMPE AZ 85281

KAINS, DAVID
8714 E SOLANO DRIVE
SCOTTSDALE AZ 85250

KANE, TRICIA
1396 W SHANNON STREET
CHANDLER AZ 85224

KELLEHER, HELMRICH & ASSOCIATES, INC.
6920 HOHMAN AVENUE
HAMMOND IN 46324

KENNEDY, JARED
2261 E WARBLER ROAD
GILBERT AZ 85297-2198

KERR, JEAN
790 S MEADOWS DRIVE
CHANDLER AZ 85224

KIBURI, DENISE
1730 EAST SILVERWOOD DRIVE
PHOENIX AZ 85048

KIDD, ANTIONETTE A
5711 NORTH 43RD LANE
GLENDALE AZ 85301

KIES, JOHN
3327 N 17TH AVENUE
PHOENIX AZ 85015-5805

KING, CARMELLA
4440 EAST PRINCESS DRIVE
MESA AZ 85205

KLOCKE, SAMANTA RAE
4232 N 32ND STREET
APT 17
PHOENIX AZ 85018-4742

KRAVITZ, ROBERT L
9686 E VOLTAIRE DR
SCOTTSDALE AZ 85260

KRISHNAN, SHRADDHA
1440 SOUTH MARGATE STREET
CHANDLER AZ 85286

LA MONTAGNE, JENNIFER A
7607 W DREYFUS DRIVE
PEORIA AZ 85381-4985

LANGE, MARY E
5300 EAST WASHINGTON STREET
APT 2304
PHOENIX AZ 85034

LEACH, TAJEA MONIQUE
12338 WEST GARDENIA COURT
GLENDALE AZ 85307

LEHR, JUDY C
19475 N GRAYHAWK DRIVE
#1133
SCOTTSDALE AZ 85255

LESSING, JORDAN THOMAS
5104 EAST VAN BUREN STREET
APT 1042
PHOENIX AZ 85008

LEVENDUSKY, AMY
1702 N 102ND STREET
MESA AZ 85207

LEWIS, TERRY LEE
1205 W ELM AVENUE
COOLIDGE AZ 85128-9177

LHH RECRUITMENT SOLUTIONS
5644 E THOMAS ROAD
PHOENIX AZ 85018

LINDSAY, MELISSA
2301 E AUGUSTA AVENUE
CHANDLER AZ 85249

LIPMAN, MEGAN E
7335 N 23RD AVENUE
PHOENIX AZ 85021-7716

LK METHOD
6290 E MONTERRA WAY
SCOTTSDALE AZ 85266

LONIAN, LATASHA M
3729 N 100TH AVENUE
AVONDALE AZ 85392

LOPEZ, CHRSTINA C
1412 W CACTUS WREN DRIVE
PHOENIX AZ 85021

LOPEZ-ALSYOUF, MAGDALENA
12404 W SAN MIGUEL AVENUE
LITCHFIELD PARK AZ 85340-3457

LOUCKS, ISAI
12613 W VERDE LANE
AVONDALE AZ 85392-6634

LOVEDAY, JONATHAN W
724 EAST DEVONSHIRE AVENUE
UNIT 105
PHOENIX AZ 85014

LUMA, JOSEPH T
769 E SUN VALLEY FARMS LANE
SAN TAN VALLEY AZ 85140

LUNA, REBECCA M
10339 WEST CALLE DE PLATA
PHOENIX AZ 85037

MAGANA, DAISY
5340 W NORTHVIEW AVENUE
GLENDALE AZ 85301

MAGONA, MANASA
5023 WEST PEORIA AVENUE
UNIT 1029
GLENDALE AZ 85302

MAHONEY GROUP
2625 W GERONIMO PLACE
SUITE 350
CHANDLER AZ 85224

MANNING, JOESEPH
999 EAST BASELINE ROAD
#2306
TEMPE AZ 85283

MAREK, KELLY JEAN
4211 EAST PALM LANE
#201
PHOENIX AZ 85008

MARTINEZ, ERIKA
11028 WEST WILSHIRE DRIVE
AVONDALE AZ 85392

MARTINEZ, VANESSA
11762 WEST BELMONT DRIVE
AVONDALE AZ 85323

MASSIVE IT
9630 W LINEBAUGH AVENUE
TAMPA FL 33626

MAY, LORI
11988 W ALMERIA ROAD
AVONDALE AZ 85392

MCLAIN, DUSTIN
533 W GUADALUPE ROAD
UNIT 1057
MESA AZ 85210-7760

MEDICAL DEPOT AND WESTER MEDICAL
3152 N 34TH DRIVE
PHOENIX AZ 85017

MEDIX
222 S RIVERSIDE PLAZA
SUITE 2120
CHICAGO IL 60606

MENDOZA, THALIA
2492 SOUTH 244TH LANE
BUCKEYE AZ 85326

MERCY CARE ADVANTAGE
4750 S 44TH PLACE
SUITE 150
PHOENIX AZ 85040

MESSER, YVONNE M
19929 S 185TH WAY
QUEEN CREEK AZ 85142

METRO FIRE
63 S HAMILTON PL
GILBERT AZ 85233

MICROAGE
200 CONNELL DRIVE
SUITE 5000
BERKELEY HEIGHTS NJ 07922

MOLINA COMPLETE CARE
5055 E WASHINGTON ST
UNIT 210
PHOENIX AZ 85034

MORALES, ANDREA L
2513 E CULVER STREET
UNIT 1
PHOENIX AZ 85008-4601

MORENO, ALMA D
5343 E TAYLOR STREET
#102
PHOENIX AZ 85008

MORETTI, ALEXANDRIA
122 E ORCHID LANE
PHOENIX AZ 85020

MOUNTZ, LISA
2010 N LAZONA DRIVE
APT 101
MESA AZ 85203-2038

MULLEN, KAREN L
8851 WEST FRIER DRIVE
GLENDALE AZ 85305

MUNOZ CORNEJO, JUANA MARIA
7539 WEST SHEILA LANE
PHOENIX AZ 85033

MURILLO, CHRISTINA M
16169 WEST GRANT STREET
GOODYEAR AZ 85338

MYERS, CHELSEA F
6546 WEST RAFTRIVER STREET
MESA AZ 85215

NAVORI
1000 RUE SHERBROOKE O #710
MONTREAL QC H3A 3L6
CANADA

NELLE, BETHANY
14209 NORTH 41ST PLACE
PHOENIX AZ 85032

NELSON, LAUREN
5033 W NANCY LANE
LAVEEN AZ 85339

NETWATCH USA
25341 COMMERCE DRIVE
LAKE FOREST CA 92630

NEXTGEN
18111 VON KARMAN AVE
SUITE 600
IRVINE CA 92612

NIEVES, GINAMARIE
12237 WEST LINCOLN STREET
AVONDALE AZ 85323

NONPROFIT MEGAPHONE LLC
1811 W 21 - PL
SUITE 2
CHICAGO IL 60608

NOSER, ANNE
13602 N 44TH STREET
APT 138
PHOENIX AZ 85032-6343

NOWLIN, BRENDON C
2221 N 58TH DRIVE
PHOENIX AZ 85035

NUTANIX
1740 TECHNOLOGY DRIVE
SUITE 150
SAN JOSE CA 95110

OCHOA, MARIANA
16098 W WINSOLOW DRIVE
GOODYEAR AZ 85338-9457

ORTIZ, SARA
6193 NORTH 75TH DRIVE
GLENDALE AZ 85303

OUIMETTE, ROBERT F
10633 E CAROL AVENUE
MESA AZ 85208

PACHECO LICEA, JUANA
4338 N 80TH DRIVE
PHOENIX AZ 85033

PACIFIC OFFICE AUTOMATION
4501 E MCDOWELL ROAD
PHOENIX AZ 85008

PANDADOC
600 5TH AVENUE
SAN RAFAEL CA 94901

PARK PLACE TECHNOLOGIES
5910 LANDERBROOK DRIVE
SUITE 300
CLEVELAND OH 44124

PARREN, MAUREEN E
3137 WEST CREST LANE
PHOENIX AZ 85027

PERSONEY, SHARLA
1305 W ROMA AVENUE
PHOENIX AZ 85013

PFEIFFER, LAURIE J
45409 N 22ND STREET
NEW RIVER AZ 85087-7543

PHOENIX TALAVI HOLDINGS LLC
2255 GLADES ROAD
SUITE #324A
BOCA RATON FL 33431

PHOENIX TALAVI HOLDINGS LLC
C/O GREENSPOON MARDER LLP
8585 E HARTFORD DDR., SUITE 700
SCOTTSDALE AZ 85255

PITNEY BOWES
PO BOX 371887
PITTSBURGH PA 15250-7887

POGUE, SORA
5351 WEST CHICAGO STREET
CHANDLER AZ 85226

PORTILLO, ESMERALDA
1339 N 37TH AVENUE
PHOENIX AZ 85009

PREMO BRANDS/READY FRESH
PO BOX 30080
COLLEGE STATION TX 77842

PRIMUS, LILLIAN
1000 SOUTH GILBERT ROAD
APT 3091
GILBERT AZ 85296

RAMEY, HEATHER
9047 W MARY ANN DRIVE
PEORIA AZ 85382

RAMIERZ MIRAMONTES, MARIA
2239 WEST HASAN DRIVE
PHOENIX AZ 85041

RAMIREZ MIRAMONTES, MARIA
2239 WEST HASAN DRIVE
PHOENIX AZ 85041

RAMIREZ, SARINA
15545 W HUDSON WAY
#10
GOODYEAR AZ 85338

RAMIREZ, ZACHARY A
2803 N COMANCHE DRIVE
CHANDLER AZ 85224-1821

RAMOS GOMEZ, ODALYS
6840 W BEATRICE STREET
PHOENIX AZ 85043-2360

RAPIDSCALE
301 HILSBOROUGH STREET
SUITE 1300
RALEIGH NC 27603

RE II OFFICE IV, LLC
3800 NORTH CENTRAL AVENUE
PHOENIX AZ 85012

REAL WORLD LEASE
TC BKM NORTHWEST 902, LLC
2425 W 12TH ST, SUITE 6
TEMPE AZ 85282

RELIABLE REFRIGERATION
913 E JUANITA AVENUE
SUITE #1
MESA AZ 85204

RETIGUIN, VICTOR
1802 NORTH 74TH AVENUE
PHOENIX AZ 85035

RICHASON, SUNDAE L
13809 N 149TH LANE
SURPRISE AZ 85379-6016

RIVERA ALQUICIRA, CALIA
1108 W CARSON ROAD
PHOENIX AZ 85041

ROBINSON, CHRISTOPHER
2286 N HERITAGE STREET
BUCKEYE AZ 85396

RODRIGUEZ, JULIE
318 SOUTH 354TH DRIVE
TONOPAH AZ 85354

ROLLINS, CAITLIN
9947 W LOUISE DRIVE
PEORIA AZ 85383-3314

ROMAN SAPIEN, VIANEY
8201 W OLIVE ROAD
#1034
PEORIA AZ 85345

ROMRELL, EVAN
PO BOX 3891
ARIZONA CITY AZ 85123-2579

ROOD, KATHLEEN
1185 E BELMONT AVENUE
PHOENIX AZ 85020

RORAGEN, OLIVIA M
3633 N 3RD AVENUE
UNIT 2049
PHOENIX AZ 85013-3931

ROSENSTEIN, BRIAN
6833 W COLES ROAD
LAVEEN AZ 85339-7501

ROTTER, EMILY C
28201 N BLACK CANYON HIGHWAY
UNIT 2096
PHOENIX AZ 85085-0083

ROWLAND, KLOR M
14715 W ASHLEY COURT
SURPRISE AZ 85374

RUCKUS
350 W JAVA DR
SUNNYVALE CA 94089-1026

RUIZ HERNANDZ, ALYCIA
1075 W VERDE LANE
COOLIDGE AZ 85128

RYAN, ROCHELLE
15677 W MINNEZONA AVENUE
GOODYEAR AZ 85395

SAENZ, ADRIANA M
3737 W MORELAND STREET
PHOENIX AZ 85009-3223

SALSER, PAIGE E
750 E NORTHERN AVENUE
#2061
PHOENIX AZ 85020

SANDOVAL, GRACIE
8607 SOUTH 8TH PLACE
PHOENIX AZ 85042

SANTANA, YESENIA
3714 WEST OCOTILLO ROAD
PHOENIX AZ 85019

SCARBROUGH, ETHAN
6727 WEST COLUMBINE DRIVE
PEORIA AZ 85381

SCHLENVOGT, NICOLE R
407 E MOORE AVENUE
GILBERT AZ 85234

SCHMITZ, LYDIA
3004 SOUTH MARKET STREET
#3028
GILBERT AZ 85295

SCORPION
27750 ENTERTAINMENT DRIVE
VALENCIA CA 91355

SCOTT, LINDA J
4225 N 36TH STREET
UNIT 33
PHOENIX AZ 85018-4753

SEDEXIS
15657 N HADEN ROAD
#1219
SCOTTSDALE AZ 85260

SEGUARA BAUTISTA, MARIANA
506 NORTH 119TH DRIVE
AVONDALE AZ 85323

SERENIC
445 UNION BLVD
SUITE 120
LAKEWOOD CO 80228

SEVERIANO CRUZ, STEPHANIE M
30109 W ROOSEVELT STREET
BUCKEYE AZ 85396

SHAHNAZ, HERENDIRA VALDEZ
9233 E PINE VALLEY ROAD
SCOTTSDALE AZ 85260

SHAICH, SOPHIE
1844 E GLENROSA AVENUE
PHOENIX AZ 85016-5441

SHIPPER, MELISSA
6002 EAST THUNDERBIRD ROAD
SCOTTSDALE AZ 85254

SIGNIUS
1201 MONTLIMAR DR
#500
MOBILE AL 36609

SILVER, HERMINE
3935 EAST ROUGH RIDER ROAD
#1301
PHOENIX AZ 85050

SIMPLE ELECTRIC
1201 E WELDON AVENUE
PHOENIX AZ 85014

SIMPSON, GWYNN
11050 EAST UTOPIA AVENUE
MESA AZ 85212

SLAVNIC, DANICA
20219 N 21ST LANE
PHOENIX AZ 85027

SLOAN, SHALIA LASHARA
5550 N 95TH AVENUE
APT 1077
GLENDALE AZ 85305-3076

SMITH, JESSIE
3125 WEST LOMA LANE
PHOENIX AZ 85051

SMITH, MHISANI E S
17246 W GIBSON LANE
GOODYEAR AZ 85338-7815

SMOOT, KRISTEN E
708 WEST BENTRUP STREET
CHANDLER AZ 85225-1837

SNEAD, CANDY JO
1617 N IRONWOOD DRIVE
LOT 1
APACHE JUNCTION AZ 85120-1900

SOBERANES, YAHAIRA A
3340 E TAYLOR STREET
PHOENIX AZ 85008-6255

SOCIAL CURRENT
PO BOX 3493
STURTEVANT WI 53177

SPENCER, DANIELLE JANICE
17651 WEST DALEY LANE
SURPRISE AZ 85387

STERICYCLE
4010 COMMERCIAL AVENUE
NORTHBROOK IL 60062

STERLING, J'ENAY
1233 N MESA DRIVE
APT 1051
MESA AZ 85201-2756

STRAHAM, SEVILLE
520 E STONEBRIGE DRIVE
GILBERT AZ 85234

SUN VALLEY SOLAR
3235 N ARIZONA AVE
#D-7
CHANDLER AZ 85225

SURVEY MONKEY
910 PARK PL
SUITE 300
SAN MATEO CA 94403

SY, SHARON
9020 W RUTH AVENUE
PEORIA AZ 85345

SYSAID
135 WEST 50TH STREET
NEW YORK NY 10020-1299

T-MOBILE
PO BOX 53410
BELLEVUE WA 98015-3410

TELLO, JESSICA
5432 WEST GLASS LANE
LAVEEN AZ 85339

TEREPOCKI, KENDRA
16471 N WILLIAMS DRIVE
SURPRISE AZ 85378-3722

THE BOX
900 JEFFERSON AVENUE
REDWOOD CITY CA 94063

THOMAS, LEAH M
5345 E VAN BUREN STREET
APT 142
PHOENIX AZ 85008

THOMPSON, HERMAN L
3403 E WYATT WAY
GILBERT AZ 85297-7787

THRIVE ALLIANCE
1512 W BELL RD, UNIT 3
PHOENIX AZ 85023

THRIVE ALLIANCE
14202 N 73RD AVE
PEORIA AZ 85381-4759

TILLMAN, NSHEA R
37017 W LEONESSA AVENUE
MARICOPA AZ 85138-4974

TIMBERLAKE, DEBRA
1115 E SADDLE MOUNTAIN ROAD
PHOENIX AZ 85086

TONEY, HEATHER ANN
16833 N 113TH AVENUE
SURPRISE AZ 85378-9311

TORRES, VANESSA
12375 WEST VAN BUREN STREET
APT 100
AVONDALE AZ 85323

TRICARE WEST
WEST REGION
PO BOX 202168
FLORENCE SC 29502

TRINIDAD, IRENE
7777 WEST MCDOWELL ROAD
APT 1096
PHOENIX AZ 85035-6449

TWENTY THIRTY THREE, INC.
2033 N 7TH STREET
PHOENIX AZ 85006

UNITED BEHAVIORAL SERVICES
16601 N 12TH STREET
#1131
PHOENIX AZ 85022

VALDEZ, DAWN MARIE
3812 NORTH 22ND STREET
PHOENIX AZ 85016

VASILAS, ANNA
6501 EAST GREENWAY PARKWAY
#103-624
SCOTTSDALE AZ 85254

VASQUEZ, BRENDA M
2238 EAST ASPEN AVENUE
MESA AZ 85204

VELASQUEZ, LYDIA
3839 N 14TH AVENUE
PHOENIX AZ 85013

VERDANT COMMERCIAL CAPITAL, LLC
9987 CARVER ROAD
SUITE 110
CINCINNATI OH 45242

VERIZON WIRELESS
PO BOX 291089
COLUMBIA SC 29229

VIRGINIA G PIPER CHAIRTABLE TRUST
1202 E MISSOURI AVENUE
PHOENIX AZ 85014

WAHINEHOOKAE, ALYSSA M
266 SOUTH CANFIELD
MESA AZ 85208

WARD, CHRYSTIE L
25 EAST GENEVA DRIVE
TEMPE AZ 85282

WARREN, ALEX
7355 EAST NANCE STREET
MESA AZ 85207

WASABI
75 ARLINGTON STREET
SUITE 180
BOSTON MA 02116

WATCHMAN, SAMUEL
3101 N 7TH AVENUE
B207
PHOENIX AZ 85013

WATE MANAGEMENT HEALTH CARE SOLUTION
222 S MILL AVENUE
SUITE 333
TEMPE AZ 85281

WATKINS, LYNN
8632 W JENAN DRIVE
PEORIA AZ 85345

WATSON, JASON
1579 WEST SAN TAN HILLS DRIVE
SAN TAN VALLEY AZ 85144

WATSON, LAURIE
17308 E ORO GRANDE DRIVE
FOUNTAIN HILLS AZ 85268

WAYSTAR
888 W MARKET STREET
LOUISVILLE KY 40202

WELGE, TIMOTHY R
5423 S LUISENO BLVD
GILBERT AZ 85298

WERTHS, ALYSSA J
99 W PALOMINO DRIVE
APT 263
CHANDLER AZ 85225-7716

WEST GUADALUPE, LLC
PO BOX 15662
PHOENIX AZ 85060

WHITEHEAD, SHOSHANA A
7102 N 77TH AVENUE
GLENDALE AZ 85303

WILLIAMSON, DEONTIE
36445 W MEDITERRANEAN WAY
MARICOPA AZ 85138-4749

WONG, STEVEN
2036 W LE MARCHE AVENUE
PHOENIX AZ 85023

WYNN, JEANIE
2712 W EVANS DRIVE
PHOENIX AZ 85053

XERISCAPES UNLIMITED, INC.
1310 W WATKINS STREET
PHOENIX AZ 85007

YOUNG, JENNIFER M
3120 W CAREFREE HIGHWAY
SUITE 1 #651
PHOENIX AZ 85086

YOUNGER, MATTIE L
PO BOX 71531
PHOENIX AZ 85050-1009

ZACKERY, JANITA ROCHELLE
1155 WEST GROVE PARKWAY
APT 284
TEMPE AZ 85283

ZAMBRANO, MARCO ANTONIO
13036 NORTH 21ST PLACE
PHOENIX AZ 85022

ZIEGENFUSS, TAYLOR
28851 N VISTANCIA BLVD
UNIT 1072
PEORIA AZ 85383-9603

ZOOM
55 ALMADEN BOULEVARD
SAN JOSE CA 95113

ZURICH ALTERNATIVE ASSET MANAGEMENT LLC
105 EAST 17TH STREET
3RD FLOOR
NEW YORK NY 10001

# United States Bankruptcy Court
## District of Arizona

In re **Jewish Family and Children's Service, Inc.** Debtor(s)

Case No.

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Jewish Family and Children's Service, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 13, 2026**
Date

**/s/ Randy Nussbaum**
**Randy Nussbaum**
Signature of Attorney or Litigant
Counsel for **Jewish Family and Children's Service, Inc.**

**Cavanagh Law Firm**
**1850 North Central Avenue**
**suite 1900**
**Phoenix, AZ 85004**
**6023224000**
**rnussbaum@cavanaghlaw.com**