**THE CAVANAGH LAW FIRM**
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004
(602) 322-4000
www.cavanaghlaw.com

Randy Nussbaum (SBN 006417)
rnussbaum@cavanaghlaw.com
Todd Tuggle (SBN 020948)
ttuggle@cavanaghlaw.com

Fax: 602-322-4100
*Proposed Attorneys for Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>JEWISH FAMILY AND CHILDREN'S SERVICE, INC., an Arizona nonprofit corporation,<br><br>Debtor. | Chapter 11 Proceeding<br><br>Subchapter V<br><br>Case No. 2:26-bk-11722-DPC<br><br>**OMNIBUS DECLARATION OF TERRENCE R. DANIELS, CHIEF FINANCIAL OFFICER OF JEWISH FAMILY AND CHILDREN'S SERVICE, INC., IN SUPPORT OF FIRST DAY MOTIONS** |

I, Terrence R. Daniels, declare as follows:

**Introduction**

1. I am the Chief Financial Officer of Jewish Family and Children's Service, Inc. ("JFCS" or the "Debtor"), an Arizona non-profit, non-sectarian 501(c)(3) behavioral health and social services organization. I am familiar with JFCS's day-to-day operations, financial

affairs, and the circumstances leading to this Chapter 11 filing. I submit this declaration in support of the Debtor's first day motions filed contemporaneously herewith.

**The Debtor's Mission and Services**

2. JFCS is a non-profit, non-sectarian 501(c)(3) organization whose mission is to strengthen the community through behavioral health services and social services for children, families, and adults, with services open to all regardless of faith.

3. JFCS provides counseling and therapy, mental health assessment and treatment, early childhood trauma services, child crisis intervention and rehabilitative services, domestic violence support, substance abuse treatment, and workforce readiness and high school equivalency services for teens in foster care.

**Events Leading to Chapter 11**

4. JFCS historically depended on state and federal funding to provide the services referenced above. In 2023, JFCS received approximately $10,000,000 in governmental grants. The grant amounts fell precipitously in the years following. In 2024, JFCS received less than $5,000,000 in grants and in 2025 the grant amount fell to approximately $312,000.

5. In September 2024, Arizona's Medicaid program (AHCCCS) adopted an updated billing and coding guide that reduced JFCS's revenue from that source by roughly twenty percent (20%).

6. JFCS's operating losses increased from $2,871,779.97 in 2023 to $4,636,068.96 in 2025, rendering the organization insolvent.

7. In an effort to stem the continued losses, JFCS determined it had to reduce its real estate footprint and consolidate or close various locations. JFCS closed its center in

Glendale located at 5701 W. Talavi Boulevard, Suites 170, 180, and 190 (the "Glendale site"), where it had provided services for over fifteen years.

8. Monthly rent at the Glendale site was $39,690. JFCS remained current on its rent at the Glendale site through July 2025. JFCS thereafter vacated the Glendale site, giving notice of termination to the landlord and explaining its financial distress on August 27, 2025.

9. In response, the Glendale site landlord demanded over $140,000 *plus continued rent and other damages*. In an attempt to work out an amicable solution, JFCS proposed a six-month payment plan commencing November 1, 2025. In response the Glendale site landlord filed suit against JFCS on November 18, 2025 (*Phoenix Talavi Holdings LLC v. Jewish Family and Children's Service, Inc.*, CV 2025-06479, pending in the Maricopa County Superior Court, the Honorable Adam Driggs presiding).

10. As of November 2025, JFCS had only thirty-five days of readily accessible cash and its finances have not improved in fiscal year 2026.

11. Recently, JFCS eliminated 129 positions in 2025, absorbed roughly a four-million-dollar annual reduction in income, lost more than nine million dollars in governmental funding, and incurred a net operating loss of $4,636,068.96 in fiscal year 2025.

12. Legislative efforts that could have increased behavioral health rates (SB1451, introduced in early 2026) did not pass in the Arizona State Legislature, worsening the financial crisis.

13. On May 6, 2026, the JFCS board met with bankruptcy counsel regarding Chapter 11 and determined to evaluate stabilization over the next 120 days, including further layoffs and consolidations.

**Purpose of First Day Relief**

14. The Debtor has filed first day motions seeking authority to, among other things, continue the use of its bank accounts and cash management systems, maintain utility services with adequate assurance, honor customer deposits and obligations, pay prepetition wages and benefits, and use cash collateral. These requests are critical to preserving operations, maintaining continuity of care for vulnerable patients and clients, and maximizing value.

15. Resolution of the landlord dispute alone will not cure JFCS's condition, but it is among the issues that will determine whether JFCS can continue operating.

**Evidentiary Support for Specific Motions**

16. Bank Accounts and Cash Management. The Debtor maintains customary operating and deposit accounts and relies on integrated cash management to meet payroll, vendor, and program obligations. Continuation will avoid disruption and unnecessary expense. The Debtor maintains bank and other financial accounts with JP Morgan Chase, Bank of America and Wise Advisors Group.

17. Utilities. The Debtor relies on uninterrupted electricity, water, telecommunications, data, and related services to provide clinical and social services. The Utilities include, but are not limited to, APS, SRP, Waste Management, City of Phoenix, Cox Communication and Verizon. Interruption of the Utilities would jeopardize client safety and care continuity. The Debtor pays these Utilities in full each billing cycle. The Debtor believes that full payment to the Utilities will continue for each subsequent billing cycle.

18. Wages and Benefits. The Debtor employs clinical, administrative, and support staff essential to client care. The Debtor seeks to pay accrued but unpaid prepetition wages,

salaries, and benefits, and to continue employee benefit programs in the ordinary course, within statutory caps. As of the Petition Date the Debtor has accrued four days of unpaid employee wages and benefits. Monthly gross wages are approximately $1,500,000, prior to deductions and other exclusions.

19. The Debtor employes roughly 261 Personnel (246 as hourly employees, 11 as independent contractors and the balance as salaried personnel). The best estimate of outstanding wages salaries and other compensation owed as of the Petition Date is $219,237.93, with $23,027.69 of that amount being Withholding Obligations.

20. The Debtor's payroll is funded through direct deposit and paper check. The Debtor's hourly Personnel and salaried Personnel are paid on a bi-weekly and semi-monthly schedule in arrears through the ADP payroll processing company ("ADP").

21. ADP debits the funds needed from certain Debtor accounts (principally Chase General Checking ***6672), in the amount due to Personnel for the applicable pay period, which is funded one (1) day before the Personnel are paid. Direct deposits are subsequently issued by ADP to the applicable Personnel on the date that such compensation is due.

22. The Debtor estimates that the aggregate amount of accrued prepetition wages, salaries, overtime pay, and other cash compensation that remains unpaid to the Personnel as of the Petition Date is approximately $219,237.93 (the "Unpaid Personnel Compensation")(See Exhibit A – Employee Payroll Summary and Independent Contractor Summary). None of the Personnel are individually owed more than the $17,150 priority amount for prepetition compensation under 11 U.S.C.A. § 507(a) (the "Prepetition Compensation Cap"). Spreadsheets showing an Employee Payroll Summary and Independent Contractor Summary are attached

hereto as Exhibit A.

22. The Debtor estimates that, as of the Petition Date, approximately $23,027.69 in Deductions and Payroll Taxes (collectively, "Withholding Obligations") are outstanding with respect to Unpaid Personnel Compensation.

23. The Debtor also offers or provides eligible Personnel (and their dependents) with a variety of benefits. These benefits include but are not limited to: (i) healthcare, dental, and other related coverage; (ii) certain leave benefits; (iii) a 401(k) plan in which eligible Personnel can participate; (iv) COBRA medical coverage; (v) a flexible spending plan; and (vi) other miscellaneous benefits (collectively, the Personnel Benefits).

24. The Debtor's medical plan (the "Medical Plan") is a self-funded medical plan with a stop-loss insurance carrier (Nationwide) that provides aggregate exposure limits. Leading Edge is the plan administrator and uses a Blue Cross/Blue Shield provider network (but it is not a CBCS Plan). Participating employees contribute an average of 18% of the current plan costs (depending on which plan the employee chooses) with the Debtor contributing the remaining 82% of the costs. Participants may choose between medical coverage for accidents, critical illness or hospital stays (or any combination thereof). The Medical Plan provides coverage for approximately 178 Participants and their families.

25. The Debtor's dental plan for Personnel (the "Dental Plan") is a dental preferred provider plan. There are approximately 165 Personnel and their families currently enrolled in the Dental Plan. The Debtor funds approximately 34% of the Dental Plan, with the remainder funded by the Personnel through payroll deductions.

26. The Debtor also offers its employees vision insurance coverage (the "Vision

Plan”), which provides coverage for various vision-care services (collectively, the Vision Benefits) on behalf of approximately 175 participating Personnel or their families. The Vision Plan fully paid almost by Personnel payroll deductions, with an administrative fee paid by the Debtors.

27. The Debtor offers HSA, FSA and Dependent FSA eligible medical plans. As of the Petition Date approximately 76 Personnel and their families participate in the plans.

28. The Debtor’s 401(k) plan (the “401(k) Plan”) is maintained for the benefit of eligible Personnel. The 401(k) Plan generally allows participants to make automatic pretax salary deductions of eligible compensation up to the limits set by the Internal Revenue Code. The Debtor does not contribute to the 401(k) plan on behalf of any participating Personnel.

29. Former Personnel are entitled to continue to participate in the Debtor’s Medical Benefits, Dental and Vision Benefits, and Flexible Spending Programs pursuant to the Consolidated Omnibus Budget Reconciliation Act of 1986 (as amended, COBRA). Former Personnel are either currently on or eligible to elect COBRA Coverage. There are currently three former employees who are participating in the COBRA Coverage and these individuals fully pay all premiums associated therewith.

30. The Debtor provides basic life insurance and accidental death and dismemberment coverage (Life and AD&D Insurance Coverage) to all Personnel and qualifying family members. The premiums are fully paid by the Personnel. Approximately 372 Personnel and their family members participate in the plan.

31. The Debtor maintains workers’ compensation policies and programs to provide its Personnel with compensation for injuries arising from or related to their employment with the

Debtor (the "Workers' Compensation Programs"). The Debtor is unaware of any currently pending claims, but to the extent there are as yet unknown claims, the Debtor respectfully requests that the automatic stay be lifted to allow Personnel who may have such claims to pursue those claims.

32. The Debtor requires immediate access to cash collateral to fund operations pending a final hearing. The Debtor proposes customary budget, adequate protection, and reporting. The Debtor proposes to operate within the 13-week budget (subject to a 10% variance) as noted in Exhibit B.

**Conclusion**

33. I submit that the relief requested in the first day motions is necessary to avoid immediate and irreparable harm and to ensure the Debtor's ability to continue serving the community as it works toward a reorganization.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 11, 2026.

By: Terrence R Daniels

Digitally signed by Terrence R Daniels
Date: 2026.11.13 14:21:25 -07'00'

Terrence R. Daniels

**EXHIBIT A**

(Employee and IDC Spreadsheet)

# Employee Summary
## 4 Days

| File # | Name | Home Department | Total Reg. Hours | Total Reg. Earnings | Gross Pay | Total Taxes | Total Deductions | Total Deposits | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| 8137 | Abbs, Sharon | 155500 | 32 | $1,153.85 | $1,153.85 | $270.04 | $71.88 | $811.93 | $0.00 |
| 8096 | Agramon, Jazmin | 155500 | 32 | $950.77 | $950.77 | $107.54 | $54.85 | $788.38 | $0.00 |
| 8319 | Ahearn, Robyn | 160000 | 32 | $656.00 | $656.00 | $87.82 | $103.58 | $464.60 | $0.00 |
| 7891 | Aleman, Daniel | 159400 | 32 | $640.00 | $640.00 | $101.82 | $0.00 | $538.18 | $0.00 |
| 5015 | Allen, Timothy | 160000 | 32 | $1,140.08 | $1,140.08 | $172.41 | $149.05 | $818.62 | $0.00 |
| 8351 | Arcos Hernandez, Jacqueline | 159100 | 32 | $656.00 | $656.00 | $113.67 | $20.12 | $522.20 | $0.00 |
| 6811 | Asada, Mariko | 150200 | 32 | $1,153.85 | $1,153.85 | $244.84 | $49.16 | $859.85 | $0.00 |
| 8565 | Baker, Matthew | 155700 | 32 | $704.00 | $704.00 | $122.40 | $0.00 | $581.60 | $0.00 |
| 7986 | Baltazar, Angel | 150200 | 32 | $1,000.00 | $1,000.00 | $177.32 | $60.30 | $762.38 | $0.00 |
| 7386 | Bangura, Hannah | 157200 | 32 | $2,615.39 | $2,615.39 | $787.62 | $389.70 | $1,438.06 | $0.00 |
| 8470 | Baptiste, Jessica | 155500 | 32 | $923.08 | $923.08 | $70.68 | $55.82 | $796.58 | $0.00 |
| 8486 | Barajas, Michelle | 150200 | 32 | $692.16 | $692.16 | $111.23 | $34.07 | $546.86 | $0.00 |
| 8161 | Bencomo, Kristi | 155500 | 32 | $1,000.00 | $1,000.00 | $119.63 | $201.00 | $679.38 | $0.00 |
| 8181 | Betters, Raiza R | 157200 | 32 | $720.00 | $720.00 | $113.50 | $24.81 | $581.69 | $0.00 |
| 7540 | Bischoff, Margaret | 159100 | 32 | $672.00 | $672.00 | $110.18 | $74.68 | $487.13 | $0.00 |
| 7169 | Boltz, Adam L | 157200 | 32 | $1,153.85 | $1,153.85 | $204.16 | $26.16 | $923.54 | $0.00 |
| 7734 | Bonsey, Matthew | 150200 | 32 | $640.00 | $640.00 | $47.62 | $36.21 | $556.17 | $0.00 |
| 8157 | Boswell, Angela | 165700 | 32 | $1,030.77 | $1,030.77 | $108.42 | $263.78 | $658.58 | $0.00 |
| 8561 | Braaten, Mikayla Grace | 157200 | 32 | $688.00 | $688.00 | $111.06 | $22.90 | $554.04 | $0.00 |
| 8359 | Brauch, Tara S | 160000 | 32 | $736.00 | $736.00 | $107.24 | $87.36 | $541.40 | $0.00 |
| 6906 | Brauner, Jennifer | 167300 | 32 | $907.70 | $907.70 | $130.61 | $35.73 | $741.36 | $0.00 |
| 8556 | Briones, Shantah Israel Nacario | 157200 | 32 | $704.00 | $704.00 | $101.90 | $57.52 | $544.58 | $0.00 |
| 6381 | Brishke, Wendy L | 150200 | 32 | $1,376.92 | $1,376.92 | $295.17 | $143.80 | $937.95 | $0.00 |
| 5900 | Britton, Audry P | 160000 | 32 | $768.00 | $768.00 | $127.63 | $66.46 | $573.91 | $0.00 |
| 8509 | Brobak, Rachel | 150200 | 32 | $1,000.00 | $1,000.00 | $177.14 | $29.07 | $793.79 | $0.00 |
| 8413 | Brooks, Carly Nan | 150200 | 32 | $1,000.00 | $1,000.00 | $150.48 | $185.40 | $664.13 | $0.00 |
| 8552 | Bueso-Ocampo, Dayana Liceth | 150200 | 32 | $725.12 | $725.12 | $106.45 | $32.06 | $586.60 | $0.00 |
| 7218 | Burkett, David M | 155500 | 32 | $1,153.85 | $1,153.85 | $199.30 | $252.32 | $702.23 | $0.00 |
| 8303 | Cabral, Judy | 150200 | 32 | $683.20 | $683.20 | $90.84 | $48.03 | $544.34 | $0.00 |
| 8464 | Cadenas, Erika | 160000 | 32 | $749.84 | $749.84 | $114.04 | $77.12 | $558.68 | $0.00 |
| 8525 | Campa Flores, Angela | 159000 | 32 | $712.00 | $712.00 | $65.15 | $0.00 | $646.85 | $0.00 |
| 6051 | Canela, Aracely | 155500 | 32 | $593.28 | $593.28 | $78.48 | $37.36 | $477.43 | $0.00 |
| 8237 | Carr, Jennifer C | 160000 | 32 | $832.00 | $832.00 | $177.72 | $33.12 | $621.16 | $0.00 |
| 5081 | Cavanaugh, Teresa R. | 160000 | 32 | $704.00 | $704.00 | $95.42 | $173.32 | $435.26 | $0.00 |
| 6768 | Cherry, Tamar | 160000 | 32 | $640.00 | $640.00 | $117.21 | $123.24 | $399.55 | $0.00 |
| 7981 | Chhay, Savani | 150200 | 32 | $923.08 | $923.08 | $196.39 | $78.40 | $648.29 | $0.00 |
| 5155 | Chvostovsky, Nicholas A | 160000 | 32 | $736.00 | $736.00 | $104.14 | $172.54 | $459.31 | $0.00 |
| 8401 | Ciuro, Samantha J | 157200 | 32 | $704.00 | $704.00 | $66.70 | $37.30 | $600.00 | $0.00 |
| 7845 | Clark, Tammie | 150200 | 32 | $720.00 | $720.00 | $117.30 | $51.88 | $550.82 | $0.00 |
| 8343 | Clifford, Cassidy D. | 155500 | 32 | $736.00 | $736.00 | $117.57 | $93.72 | $524.70 | $0.00 |
| 8419 | Cobos, Jessica | 150200 | 32 | $692.16 | $692.16 | $56.41 | $0.00 | $635.75 | $0.00 |
| 8502 | Cohen, Katya Julianna | 150200 | 32 | $923.08 | $923.08 | $160.98 | $67.26 | $694.85 | $0.00 |
| 8554 | Contreras, Destiny | 159100 | 32 | $608.00 | $608.00 | $52.59 | $0.00 | $555.41 | $0.00 |
| 8208 | Coon, Annette L | 155500 | 32 | $923.08 | $923.08 | $127.12 | $95.86 | $700.10 | $0.00 |
| 6617 | Crow, Richard | 155500 | 32 | $1,153.85 | $1,153.85 | $180.11 | $202.74 | $771.00 | $0.00 |
| 8508 | Cruz, Abby | 160000 | 32 | $656.00 | $656.00 | $100.02 | $24.51 | $531.47 | $0.00 |
| 8436 | Damian, Victoria | 155500 | 32 | $560.00 | $560.00 | $42.74 | $67.14 | $450.12 | $0.00 |
| 5779 | Daniels, Terrence | 192300 | 32 | $2,390.77 | $2,390.77 | $492.52 | $262.79 | $1,635.46 | $0.00 |
| 8429 | Davis, Cami Renee | 157200 | 32 | $696.00 | $696.00 | $117.15 | $0.00 | $578.85 | $0.00 |
| 8402 | Day, Shauna M | 150200 | 32 | $832.00 | $832.00 | $132.88 | $30.53 | $668.60 | $0.00 |
| 5207 | De Stefano, Angela M | 159100 | 32 | $632.00 | $632.00 | $87.66 | $95.45 | $448.90 | $0.00 |
| 5040 | Dean, Jody L. C. | 165700 | 6 | $360.00 | $360.00 | $38.02 | $25.20 | $296.78 | $0.00 |
| 8471 | Delgado Ortega, Alberto | 150200 | 32 | $2,535.39 | $2,535.39 | $528.62 | $270.16 | $1,736.60 | $0.00 |
| 6534 | Diefenbacher-Phariss, Cherilin M | 155500 | 32 | $1,307.70 | $1,307.70 | $260.50 | $236.01 | $811.19 | $0.00 |
| 8256 | Dirksmeyer, Tina D | 157200 | 32 | $712.00 | $712.00 | $64.38 | $59.75 | $587.87 | $0.00 |
| 8535 | Dixon, Amari | 159100 | 32 | $608.00 | $608.00 | $88.98 | $0.00 | $519.02 | $0.00 |
| 7890 | Doherty, Nichole | 159400 | 32 | $616.00 | $616.00 | $90.26 | $55.73 | $470.01 | $0.00 |
| 8405 | Dominguez Tapia, Jennifer | 157200 | 32 | $1,030.00 | $1,030.00 | $175.90 | $127.95 | $726.16 | $0.00 |
| 6362 | Droddy, Ambyre | 155500 | 32 | $784.00 | $784.00 | $137.51 | $34.05 | $612.44 | $0.00 |
| 8444 | Duarte, Isabely | 155700 | 32 | $731.52 | $731.52 | $115.12 | $75.57 | $540.84 | $0.00 |
| 5268 | Dubitsky, Michael E | 167300 | 23.2 | $626.40 | $626.40 | $59.70 | $37.58 | $529.12 | $0.00 |
| 8280 | Duran, Margaret L | 155500 | 32 | $1,188.46 | $1,188.46 | $209.64 | $80.23 | $898.59 | $0.00 |

# Employee Summary
## 4 Days

| File # | Name | Home Department | Total Reg. Hours | Total Reg. Earnings | Gross Pay | Total Taxes | Total Deductions | Total Deposits | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| 6739 | Edoh, Cornelia | 155500 | 32 | $923.08 | $923.08 | $113.23 | $80.78 | $729.08 | $0.00 |
| 8469 | Ellgen, David L | 150200 | 32 | $704.00 | $704.00 | $83.82 | $22.83 | $597.35 | $0.00 |
| 5574 | Estrada, Analisa | 150200 | 32 | $1,153.85 | $1,153.85 | $212.36 | $249.92 | $691.56 | $0.00 |
| 5798 | Fabiano, Paul | 157200 | 32 | $1,000.00 | $1,000.00 | $152.61 | $228.75 | $618.64 | $0.00 |
| 8338 | Fields, Michael S | 193100 | 32 | $640.00 | $640.00 | $102.73 | $24.81 | $512.46 | $0.00 |
| 8424 | Flores, Alexandria | 150200 | 32 | $950.77 | $950.77 | $169.36 | $34.75 | $746.66 | $0.00 |
| 8568 | Flores, Jacob | 159000 | 32 | $704.00 | $704.00 | $72.26 | $0.00 | $631.74 | $0.00 |
| 8385 | Flores, Lance L | 159000 | 32 | $712.00 | $712.00 | $59.08 | $40.62 | $612.31 | $0.00 |
| 7629 | Flores-Marin, Susan | 155500 | 32 | $672.00 | $672.00 | $57.22 | $93.60 | $521.19 | $0.00 |
| 6827 | Foggy, Teresa | 192300 | 32 | $1,331.32 | $1,331.32 | $227.64 | $193.25 | $910.44 | $0.00 |
| 5041 | Fraser, Louann | 192600 | 32 | $1,000.74 | $1,000.74 | $153.02 | $135.68 | $712.04 | $0.00 |
| 5125 | Friedlander, Kelly | 160000 | 32 | $800.00 | $800.00 | $125.10 | $95.72 | $579.17 | $0.00 |
| 5142 | Garcia, Britza | 155500 | 32 | $792.00 | $792.00 | $104.38 | $60.32 | $627.30 | $0.00 |
| 8512 | Garcia, Montserrat | 155500 | 32 | $716.80 | $716.80 | $79.53 | $17.19 | $620.08 | $0.00 |
| 7973 | Garcia, Odalys | 157200 | 32 | $704.00 | $704.00 | $70.07 | $27.82 | $606.10 | $0.00 |
| 8540 | Garcia, Savannah | 150200 | 32 | $704.00 | $704.00 | $103.05 | $26.16 | $574.80 | $0.00 |
| 8264 | Garcia, Serena E | 159100 | 32 | $608.00 | $608.00 | $55.63 | $0.00 | $552.37 | $0.00 |
| 8468 | Gentry, Kenneth Michael | 153500 | 32 | $800.00 | $800.00 | $59.22 | $29.52 | $711.26 | $0.00 |
| 8074 | Gibson, Marquita | 155700 | 32 | $800.00 | $800.00 | $67.78 | $118.08 | $614.14 | $0.00 |
| 7520 | Glasmann, Samantha M | 150200 | 11.2 | $784.00 | $784.00 | $140.67 | $47.04 | $596.29 | $0.00 |
| 8252 | Glothon, Shyonta V | 155500 | 32 | $923.08 | $923.08 | $155.77 | $33.13 | $734.18 | $0.00 |
| 7026 | Goldstein, Carol | 167300 | 16 | $334.08 | $334.08 | $130.64 | $80.00 | $123.44 | $0.00 |
| 8559 | Gomez, Meaghan Volk | 150200 | 32 | $2,307.70 | $2,307.70 | $603.98 | $0.00 | $1,703.72 | $0.00 |
| 7875 | Gonzales, Victoria | 157200 | 32 | $1,000.00 | $1,000.00 | $176.63 | $54.21 | $769.16 | $0.00 |
| 7912 | Gonzalez Zamora, Fernando | 150200 | 32 | $1,188.46 | $1,188.46 | $221.60 | $43.32 | $923.54 | $0.00 |
| 8190 | Goodman, Taylor | 157200 | 32 | $1,000.00 | $1,000.00 | $192.96 | $0.00 | $807.04 | $0.00 |
| 5161 | Gottfried, Carrol | 175900 | 32 | $1,200.00 | $1,200.00 | $203.53 | $106.75 | $889.72 | $0.00 |
| 8195 | Granger, Tanisha L | 157200 | 32 | $688.00 | $688.00 | $60.83 | $23.16 | $604.01 | $0.00 |
| 8548 | Green, Mariah | 155500 | 32 | $1,000.00 | $1,000.00 | $79.10 | $193.96 | $726.94 | $0.00 |
| 8090 | Grigler, LaToya R | 155500 | 32 | $1,230.77 | $1,230.77 | $201.08 | $55.94 | $973.76 | $0.00 |
| 8038 | Guillory, Katrin | 155500 | 32 | $923.08 | $923.08 | $170.93 | $24.95 | $727.20 | $0.00 |
| 7592 | Guzman, Enedina | 150200 | 32 | $1,188.46 | $1,188.46 | $229.95 | $68.82 | $889.70 | $0.00 |
| 7549 | Haley, Fredrishia | 193300 | 32 | $1,107.70 | $1,107.70 | $192.20 | $95.16 | $820.34 | $0.00 |
| 5662 | Haller, Oksana S | 193000 | 32 | $923.08 | $923.08 | $206.04 | $252.08 | $464.96 | $0.00 |
| 7446 | Hardwick, George | 157200 | 32 | $728.00 | $728.00 | $120.01 | $18.79 | $589.20 | $0.00 |
| 8178 | Haro, Dulce N | 159000 | 32 | $692.16 | $692.16 | $105.94 | $0.00 | $586.22 | $0.00 |
| 5658 | Haro, Luz | 193300 | 32 | $1,548.31 | $1,548.31 | $257.51 | $38.10 | $1,252.71 | $0.00 |
| 5031 | Harper, Gina M | 159400 | 32 | $1,076.92 | $1,076.92 | $204.28 | $73.11 | $799.54 | $0.00 |
| 5522 | Harsha, Sara E | 155500 | 32 | $923.08 | $923.08 | $113.47 | $123.59 | $686.02 | $0.00 |
| 6442 | Henderson, Lorrie G | 192600 | 32 | $4,692.31 | $4,692.31 | $1,881.47 | $407.23 | $2,403.61 | $0.00 |
| 8504 | Hernandez, Ana Isabel | 157200 | 32 | $716.80 | $716.80 | $122.02 | $44.51 | $550.28 | $0.00 |
| 7667 | Hernandez, Sandra | 155500 | 32 | $760.00 | $760.00 | $70.58 | $93.60 | $595.82 | $0.00 |
| 6680 | Herrera Miller, Alicia | 150200 | 32 | $720.00 | $720.00 | $57.93 | $165.54 | $496.53 | $0.00 |
| 8363 | Herrera Sanchez, Evelynn | 155500 | 32 | $1,030.00 | $1,030.00 | $182.30 | $34.56 | $813.14 | $0.00 |
| 5186 | Hobaica, Debra L | 155500 | 4.8 | $336.00 | $336.00 | $32.30 | $33.60 | $270.10 | $0.00 |
| 7367 | Hoke, Katy G | 150200 | 32 | $2,318.08 | $2,318.08 | $400.50 | $379.69 | $1,537.88 | $0.00 |
| 8005 | Horton, Nathan | 150200 | 32 | $1,153.85 | $1,153.85 | $215.29 | $129.66 | $808.90 | $0.00 |
| 6492 | Huber, Davia A | 150200 | 3.6 | $252.00 | $252.00 | $37.98 | $0.00 | $214.02 | $0.00 |
| 8251 | Illes, Fayte B | 150200 | 32 | $688.00 | $688.00 | $119.98 | $27.06 | $540.96 | $0.00 |
| 5017 | Inclan-Moreno, Olivia | 160100 | 32 | $604.63 | $604.63 | $105.46 | $77.10 | $422.08 | $0.00 |
| 8507 | Jimenez, Vanessa R | 150200 | 32 | $1,000.00 | $1,000.00 | $179.98 | $53.42 | $766.60 | $0.00 |
| 8062 | Jongbo, Olajumoke O. | 155700 | 32 | $2,461.54 | $2,461.54 | $535.66 | $30.00 | $1,895.88 | $0.00 |
| 6505 | Kains, David | 192900 | 32 | $1,086.96 | $1,086.96 | $186.60 | $222.68 | $677.68 | $0.00 |
| 5044 | Kane, Tricia | 160000 | 32 | $704.00 | $704.00 | $86.76 | $175.44 | $441.80 | $0.00 |
| 8536 | Kennedy, Jared | 159000 | 32 | $712.00 | $712.00 | $120.61 | $0.00 | $591.39 | $0.00 |
| 5242 | Kerr, Jean | 157200 | 25.6 | $1,052.31 | $1,052.31 | $150.74 | $105.23 | $796.33 | $0.00 |
| 8103 | Kiburi, Denise | 157200 | 32 | $1,230.77 | $1,230.77 | $237.63 | $56.07 | $937.07 | $0.00 |
| 7156 | Kidd, Antionette A | 150200 | 32 | $688.00 | $688.00 | $113.86 | $54.88 | $519.26 | $0.00 |
| 5612 | Kies, John | 193300 | 32 | $1,673.85 | $1,673.85 | $279.56 | $297.72 | $1,096.56 | $0.00 |
| 8516 | King, Carmella | 159000 | 32 | $712.00 | $712.00 | $60.80 | $78.32 | $572.88 | $0.00 |
| 8555 | Klocke, Samantha Rae | 157200 | 32 | $923.08 | $923.08 | $145.63 | $137.87 | $639.58 | $0.00 |
| 5095 | Kravitz, Robert L. | 167300 | 20 | $540.00 | $540.00 | $64.67 | $0.00 | $475.33 | $0.00 |

# Employee Summary
## 4 Days

| File # | Name | Home Department | Total Reg. Hours | Total Reg. Earnings | Gross Pay | Total Taxes | Total Deductions | Total Deposits | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| 8428 | Krishnan, Shraddha | 150200 | 32 | $923.08 | $923.08 | $147.52 | $24.51 | $751.05 | $0.00 |
| 7544 | La Montagne, Jennifer A | 150200 | 32 | $1,307.70 | $1,307.70 | $248.87 | $22.04 | $1,036.79 | $0.00 |
| 8254 | Lange, Mary E | 150200 | 32 | $1,000.00 | $1,000.00 | $163.58 | $100.51 | $735.91 | $0.00 |
| 8440 | Leach, Tajea Monique | 155500 | 32 | $696.00 | $696.00 | $109.92 | $88.78 | $497.30 | $0.00 |
| 5086 | Lehr, Judy C | 167300 | 32 | $795.98 | $795.98 | $120.96 | $64.92 | $610.10 | $0.00 |
| 8491 | Lessing, Jordan Thomas | 153500 | 32 | $712.00 | $712.00 | $114.13 | $55.60 | $542.27 | $0.00 |
| 6485 | Levendusky, Amy | 157200 | 25.6 | $923.08 | $923.08 | $154.53 | $110.31 | $658.24 | $0.00 |
| 8528 | Lewis, Terry Lee | 159000 | 32 | $800.00 | $800.00 | $76.76 | $23.57 | $699.67 | $0.00 |
| 5042 | Linsday, Melissa | 160000 | 32 | $1,140.08 | $1,140.08 | $148.35 | $101.36 | $890.37 | $0.00 |
| 6147 | Lipman, Megan E | 192900 | 32 | $1,815.39 | $1,815.39 | $392.40 | $59.53 | $1,363.46 | $0.00 |
| 8239 | Lonian, Latasha M | 155500 | 32 | $923.08 | $923.08 | $143.74 | $23.64 | $755.69 | $0.00 |
| 8258 | Lopez, Christina C | 175900 | 32 | $1,923.08 | $1,923.08 | $402.02 | $153.38 | $1,367.69 | $0.00 |
| 6890 | Lopez-Alsyouf, Magdalena | 155700 | 32 | $1,315.39 | $1,315.39 | $186.01 | $181.30 | $948.08 | $0.00 |
| 7702 | Loucks, Isai | 153500 | 32 | $2,615.39 | $2,615.39 | $508.46 | $251.21 | $1,855.72 | $0.00 |
| 5135 | Loveday, Jonathan W | 155500 | 32 | $923.08 | $923.08 | $123.38 | $187.18 | $612.52 | $0.00 |
| 5884 | Luma, Joseph T | 157200 | 32 | $760.00 | $760.00 | $73.49 | $88.48 | $598.02 | $0.00 |
| 8197 | Luna, Rebecca M | 155500 | 32 | $700.80 | $700.80 | $79.68 | $56.72 | $564.40 | $0.00 |
| 8012 | Magana, Daisy | 155500 | 32 | $720.00 | $720.00 | $133.14 | $0.00 | $586.86 | $0.00 |
| 7982 | Magona, Manasa | 155500 | 32 | $1,000.00 | $1,000.00 | $92.76 | $49.28 | $857.95 | $0.00 |
| 7916 | Manning, Joeseph | 193100 | 32 | $640.00 | $640.00 | $108.51 | $36.68 | $494.82 | $0.00 |
| 7052 | Marek, Kelly Jean | 157200 | 32 | $1,153.85 | $1,153.85 | $227.00 | $109.89 | $816.96 | $0.00 |
| 8441 | Martinez, Erika | 160000 | 32 | $683.85 | $683.85 | $97.77 | $66.70 | $519.38 | $0.00 |
| 6832 | Martinez, Vanessa | 155500 | 32 | $1,292.31 | $1,292.31 | $238.19 | $57.76 | $996.36 | $0.00 |
| 5056 | May, Lori | 192300 | 32 | $672.00 | $672.00 | $110.68 | $52.06 | $509.26 | $0.00 |
| 7437 | McLain, Dustin | 157200 | 32 | $1,000.00 | $1,000.00 | $184.35 | $38.06 | $777.59 | $0.00 |
| 8162 | Mendoza, Thalia | 155500 | 32 | $732.80 | $732.80 | $82.14 | $24.90 | $625.76 | $0.00 |
| 5016 | Messer, Yvonne M. | 192300 | 32 | $1,353.85 | $1,353.85 | $275.30 | $134.04 | $944.51 | $0.00 |
| 7599 | Morales, Andrea L | 150200 | 32 | $1,030.00 | $1,030.00 | $163.94 | $117.88 | $748.18 | $0.00 |
| 8365 | Moreno, Alma D | 150200 | 32 | $1,030.00 | $1,030.00 | $140.76 | $23.52 | $865.72 | $0.00 |
| 6498 | Moretti, Alexandria | 150200 | 32 | $1,230.77 | $1,230.77 | $206.00 | $128.72 | $896.04 | $0.00 |
| 7935 | Mountz, Lisa | 157200 | 32 | $544.00 | $544.00 | $49.02 | $45.24 | $449.74 | $0.00 |
| 8346 | Mullen, Karen L | 165700 | 32 | $1,000.00 | $1,000.00 | $155.12 | $64.17 | $780.71 | $0.00 |
| 8266 | Munoz Cornejo, Juana Maria | 150200 | 32 | $950.77 | $950.77 | $199.63 | $42.14 | $709.01 | $0.00 |
| 7318 | Murillo, Christina M | 192900 | 32 | $905.00 | $905.00 | $119.67 | $142.08 | $643.25 | $0.00 |
| 8301 | Myers, Chelsea F | 157200 | 32 | $720.00 | $720.00 | $55.48 | $185.56 | $478.96 | $0.00 |
| 7684 | Nelle, Bethany | 155500 | 32 | $688.00 | $688.00 | $95.94 | $29.02 | $563.04 | $0.00 |
| 7469 | Nelson, Lauren | 157200 | 32 | $1,153.85 | $1,153.85 | $229.35 | $0.00 | $924.50 | $0.00 |
| 7957 | Nieves, Ginamarie | 155500 | 32 | $1,000.00 | $1,000.00 | $181.23 | $43.01 | $775.76 | $0.00 |
| 5165 | Noser, Anne | 157200 | 32 | $1,153.85 | $1,153.85 | $278.25 | $60.18 | $815.42 | $0.00 |
| 7006 | Nowlin, Brendon C | 155500 | 32 | $736.00 | $736.00 | $127.74 | $65.04 | $543.22 | $0.00 |
| 8294 | Ochoa, Mariana | 159400 | 32 | $672.00 | $672.00 | $138.36 | $30.37 | $503.27 | $0.00 |
| 8382 | Ortiz, Sara | 150200 | 32 | $560.00 | $560.00 | $42.30 | $12.32 | $505.38 | $0.00 |
| 5160 | Ouimette, Robert F | 157200 | 32 | $1,400.00 | $1,400.00 | $210.87 | $341.36 | $847.78 | $0.00 |
| 6903 | Pacheco Licea, Juana | 155500 | 32 | $708.80 | $708.80 | $57.89 | $117.19 | $533.72 | $0.00 |
| 5067 | Parren, Maureen E | 150200 | 32 | $1,230.77 | $1,230.77 | $225.95 | $111.01 | $893.81 | $0.00 |
| 6882 | Personey, Sharla | 165700 | 32 | $1,153.85 | $1,153.85 | $251.95 | $67.97 | $833.93 | $0.00 |
| 8273 | Pfeiffer, Laurie J | 150200 | 32 | $1,153.85 | $1,153.85 | $197.60 | $150.21 | $806.04 | $0.00 |
| 8506 | Pogue, Sora | 150200 | 32 | $1,000.00 | $1,000.00 | $173.81 | $122.48 | $703.72 | $0.00 |
| 8489 | Portillo, Esmeralda | 150200 | 32 | $560.00 | $560.00 | $101.30 | $0.00 | $458.70 | $0.00 |
| 8202 | Primus, Lillian | 157200 | 32 | $1,000.00 | $1,000.00 | $183.88 | $42.88 | $773.24 | $0.00 |
| 5085 | Ramey, Heather | 160000 | 32 | $800.00 | $800.00 | $137.16 | $74.11 | $588.73 | $0.00 |
| 8448 | Ramirez Miramontes, Maria I | 155500 | 32 | $720.32 | $720.32 | $125.83 | $34.38 | $560.11 | $0.00 |
| 8352 | Ramirez, Sarina L | 153500 | 32 | $704.00 | $704.00 | $122.40 | $0.00 | $581.60 | $0.00 |
| 7478 | Ramirez, Zachary A | 157200 | 32 | $1,153.85 | $1,153.85 | $99.90 | $837.82 | $216.13 | $0.00 |
| 8404 | Ramos Gomez, Odalys | 150200 | 32 | $720.00 | $720.00 | $110.17 | $75.48 | $534.35 | $0.00 |
| 8501 | Retiguin, Victor | 150200 | 32 | $1,000.00 | $1,000.00 | $192.96 | $0.00 | $807.04 | $0.00 |
| 5353 | Richason, Sundae L | 192900 | 32 | $1,279.63 | $1,279.63 | $249.21 | $136.52 | $893.90 | $0.00 |
| 6878 | Rivera Alquicira, Calia | 150200 | 32 | $704.00 | $704.00 | $111.21 | $50.51 | $542.28 | $0.00 |
| 5145 | Robinson, Christopher C | 192900 | 32 | $1,538.46 | $1,538.46 | $361.04 | $47.21 | $1,130.22 | $0.00 |
| 8089 | Rodriguez, Julie | 155500 | 32 | $728.00 | $728.00 | $159.44 | $87.96 | $480.60 | $0.00 |
| 7933 | Rollins Burt, Caitlin | 155500 | 32 | $1,230.77 | $1,230.77 | $220.74 | $105.06 | $904.97 | $0.00 |
| 8366 | Roman Sapien, Vianey | 150200 | 32 | $544.00 | $544.00 | $74.66 | $7.02 | $462.31 | $0.00 |

# Employee Summary
## 4 Days

| File # | Name | Home Department | Total Reg. Hours | Total Reg. Earnings | Gross Pay | Total Taxes | Total Deductions | Total Deposits | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| 7909 | Romrell, Evan | 157200 | 32 | $1,153.85 | $1,153.85 | $105.60 | $117.01 | $931.24 | $0.00 |
| 5013 | Rood, Kathleen | 167300 | 32 | $892.31 | $892.31 | $149.62 | $53.40 | $689.28 | $0.00 |
| 8053 | Roragen, Olivia M. | 150200 | 32 | $1,230.77 | $1,230.77 | $234.72 | $93.34 | $902.71 | $0.00 |
| 7248 | Rosenstein, Brian | 192900 | 32 | $1,125.92 | $1,125.92 | $188.80 | $138.76 | $798.36 | $0.00 |
| 8499 | Rotter, Emily C | 155500 | 32 | $923.08 | $923.08 | $170.35 | $2.64 | $750.09 | $0.00 |
| 6500 | Rowland, Klor M | 153500 | 32 | $832.40 | $832.40 | $101.39 | $155.95 | $575.06 | $0.00 |
| 8570 | Ruiz Hernandez, Alycia | 159000 | 32 | $712.00 | $712.00 | $79.39 | $0.00 | $632.61 | $0.00 |
| 5047 | Ryan, Rochelle | 155500 | 32 | $1,369.23 | $1,369.23 | $174.67 | $304.04 | $890.52 | $0.00 |
| 6715 | Saenz, Adriana M | 150200 | 32 | $1,188.46 | $1,188.46 | $254.86 | $10.50 | $923.11 | $0.00 |
| 8327 | Salser, Paige E. | 150200 | 32 | $752.00 | $752.00 | $81.79 | $114.52 | $555.69 | $0.00 |
| 7861 | Sandoval, Gracie | 150200 | 32 | $712.00 | $712.00 | $117.57 | $39.33 | $555.10 | $0.00 |
| 7959 | Santana, Yesenia | 159400 | 25.6 | $468.03 | $468.03 | $78.14 | $0.00 | $389.90 | $0.00 |
| 7118 | Scarbrough, Ethan | 193100 | 32 | $923.08 | $923.08 | $132.78 | $51.83 | $738.46 | $0.00 |
| 6511 | Schlenvogt, Nicole R | 160000 | 24 | $636.00 | $636.00 | $47.21 | $94.44 | $494.35 | $0.00 |
| 8049 | Schmitz, Lydia | 157200 | 25.6 | $923.08 | $923.08 | $143.58 | $191.35 | $588.15 | $0.00 |
| 5005 | Scott, Linda J. | 160000 | 32 | $2,265.53 | $2,265.53 | $435.82 | $634.51 | $1,195.20 | $0.00 |
| 7445 | Segura Bautista, Mariana | 150200 | 32 | $752.00 | $752.00 | $129.27 | $6.60 | $616.13 | $0.00 |
| 8322 | Severiano Cruz, Stephanie M. | 150200 | 32 | $1,030.00 | $1,030.00 | $196.00 | $120.57 | $713.44 | $0.00 |
| 6879 | Shahnaz, Herendira Valdez | 155500 | 26.8 | $2,693.85 | $2,693.85 | $685.98 | $199.18 | $1,808.68 | $0.00 |
| 8068 | Shaich, Sophie | 150200 | 32 | $1,230.77 | $1,230.77 | $221.84 | $83.26 | $925.68 | $0.00 |
| 8476 | Shipper, Melissa | 150200 | 32 | $1,000.00 | $1,000.00 | $129.74 | $159.39 | $710.87 | $0.00 |
| 6107 | Silver, Hermine | 159100 | 25.6 | $486.40 | $486.40 | $58.33 | $57.02 | $371.05 | $0.00 |
| 6785 | Simpson, Gwynn | 192400 | 32 | $1,692.31 | $1,692.31 | $335.78 | $9.99 | $1,346.54 | $0.00 |
| 5633 | Slavnic, Danica | 192900 | 32 | $707.70 | $707.70 | $110.52 | $62.18 | $534.99 | $0.00 |
| 8532 | Sloan, Shalia Lashara | 192400 | 32 | $876.92 | $876.92 | $127.16 | $1.60 | $748.16 | $0.00 |
| 7425 | Smith, Jessie | 193100 | 32 | $1,846.16 | $1,846.16 | $443.39 | $94.81 | $1,307.96 | $0.00 |
| 7226 | Smith, Mhisani E.S. | 150200 | 32 | $923.08 | $923.08 | $152.20 | $92.60 | $678.27 | $0.00 |
| 5295 | Smoot, Kristen E | 157200 | 32 | $888.46 | $888.46 | $154.51 | $91.90 | $642.06 | $0.00 |
| 8530 | Snead, Candy Jo | 159000 | 32 | $752.00 | $752.00 | $119.39 | $23.80 | $608.81 | $0.00 |
| 7376 | Soberanes, Yahaira A | 157200 | 32 | $1,292.31 | $1,292.31 | $271.76 | $24.51 | $996.04 | $0.00 |
| 7723 | Spencer, Danielle Janice | 155500 | 32 | $736.00 | $736.00 | $62.32 | $72.82 | $600.86 | $0.00 |
| 8497 | Sterling, J'enay | 157200 | 32 | $704.00 | $704.00 | $57.38 | $10.04 | $636.58 | $0.00 |
| 6781 | Straham, Seville | 159100 | 32 | $801.28 | $801.28 | $119.66 | $69.26 | $612.36 | $0.00 |
| 6357 | Sy, Sharon | 150200 | 32 | $3,032.32 | $3,032.32 | $752.01 | $699.12 | $1,581.19 | $0.00 |
| 7873 | Tello, Jessica | 150200 | 32 | $1,307.70 | $1,307.70 | $338.38 | $59.03 | $910.28 | $0.00 |
| 8485 | Terepocki, Kendra | 155500 | 32 | $736.00 | $736.00 | $64.45 | $35.62 | $635.93 | $0.00 |
| 5136 | Thomas, Leah M | 157200 | 32 | $1,230.77 | $1,230.77 | $241.20 | $103.57 | $886.00 | $0.00 |
| 8292 | Thompson, Herman L | 159000 | 32 | $720.00 | $720.00 | $85.40 | $144.59 | $490.01 | $0.00 |
| 8437 | Tillman, NShea R | 150200 | 32 | $950.77 | $950.77 | $133.25 | $268.38 | $549.14 | $0.00 |
| 6368 | Timberlake, Debra | 155500 | 32 | $1,230.77 | $1,230.77 | $237.41 | $90.04 | $903.32 | $0.00 |
| 8513 | Toney, Heather Ann | 153500 | 32 | $728.00 | $728.00 | $124.66 | $76.21 | $527.13 | $0.00 |
| 7632 | Torres, Vanessa | 155500 | 32 | $840.00 | $840.00 | $94.68 | $30.32 | $715.01 | $0.00 |
| 8016 | Trinidad, Irene | 150200 | 32 | $544.00 | $544.00 | $43.70 | $38.86 | $461.44 | $0.00 |
| 8547 | Valdez, Dawn Marie | 153500 | 32 | $720.00 | $720.00 | $75.85 | $55.53 | $588.62 | $0.00 |
| 8191 | Vasilas, Anna | 150200 | 32 | $1,000.00 | $1,000.00 | $188.48 | $84.17 | $727.35 | $0.00 |
| 7304 | Vasquez, Brenda M | 160000 | 32 | $672.00 | $672.00 | $55.44 | $83.07 | $533.49 | $0.00 |
| 5002 | Velasquez, Lydia | 167300 | 32 | $780.10 | $780.10 | $134.74 | $117.02 | $528.33 | $0.00 |
| 5609 | Wahinehookae, Alyssa M | 192400 | 32 | $1,500.00 | $1,500.00 | $327.41 | $104.36 | $1,068.23 | $0.00 |
| 8459 | Ward, Chrystie L | 157200 | 32 | $544.00 | $544.00 | $73.52 | $0.00 | $470.48 | $0.00 |
| 6810 | Warren, Alex | 159100 | 32 | $1,030.77 | $1,030.77 | $200.45 | $85.78 | $744.54 | $0.00 |
| 5051 | Watchman, Samuel | 192900 | 32 | $576.00 | $576.00 | $91.17 | $0.00 | $484.83 | $0.00 |
| 5059 | Watkins, Lynn | 150200 | 32 | $736.00 | $736.00 | $56.22 | $113.21 | $566.58 | $0.00 |
| 7710 | Watson, Jason | 160000 | 32 | $672.00 | $672.00 | $77.20 | $34.69 | $560.11 | $0.00 |
| 5223 | Watson, Laurie | 160000 | 32 | $768.00 | $768.00 | $97.60 | $303.91 | $366.48 | $0.00 |
| 6964 | Welge, Timothy R | 192300 | 32 | $784.00 | $784.00 | $136.20 | $18.34 | $629.46 | $0.00 |
| 8298 | Werths, Alyssa J | 157200 | 32 | $1,000.00 | $1,000.00 | $182.12 | $26.52 | $791.36 | $0.00 |
| 5321 | Whitehead, Shoshana A | 155500 | 32 | $704.00 | $704.00 | $88.41 | $119.03 | $496.56 | $0.00 |
| 7644 | Williamson, Deontie | 157200 | 32 | $768.00 | $768.00 | $59.94 | $75.03 | $633.03 | $0.00 |
| 5025 | Wong, Steven | 193100 | 32 | $1,459.39 | $1,459.39 | $276.38 | $250.03 | $932.98 | $0.00 |
| 6632 | Wynn, Jeanie | 192300 | 32 | $1,854.86 | $1,854.86 | $390.78 | $320.18 | $1,143.90 | $0.00 |
| 5823 | Young, Jennifer M | 150200 | 32 | $1,153.85 | $1,153.85 | $229.24 | $66.74 | $857.86 | $0.00 |
| 6495 | Younger, Mattie L | 192400 | 32 | $972.91 | $972.91 | $138.00 | $63.10 | $771.82 | $0.00 |

# Employee Summary
# 4 Days

| File # | Name | Home Department | Total Reg. Hours | Total Reg. Earnings | Gross Pay | Total Taxes | Total Deductions | Total Deposits | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| 8453 | Zackery, Janita Rochelle | 157200 | 32 | $712.00 | $712.00 | $115.80 | $67.31 | $528.90 | $0.00 |
| 8221 | Zambrano, Marco Antonio | 159400 | 16 | $332.00 | $332.00 | $40.47 | $0.00 | $291.53 | $0.00 |
| 7837 | Ziegenfuss, Taylor | 155500 | 32 | $720.00 | $720.00 | $52.76 | $33.53 | $633.71 | $0.00 |
| | | | | $244,929.34 | $244,929.34 | $41,830.36 | $23,027.69 | $180,071.28 | $0.00 |

# Independent Contractor Summary
## 4 Days

| File # | Name | Home Department | Total Reg. Hours | Total Reg. Earnings | Gross Pay | Total Deposits | Net Pay |
|---|---|---|---|---|---|---|---|
| 54 | Desert Sky Psychiatry, PLC | 155500 | 43 | $5,761.15 | $5,761.15 | $5,761.15 | $0.00 |
| 60 | Syms, Nancy | 150200 | 29 | $3,513.60 | $3,513.60 | $3,513.60 | $0.00 |
| 61 | Cynthia, Tobin APRN PLLC | 150200 | 14 | $1,777.25 | $1,777.25 | $1,777.25 | $0.00 |
| 62 | Townsend, Glenn | 155500 | 13 | $1,657.65 | $1,657.65 | $1,657.65 | $0.00 |
| 64 | Santo, Joshua | 155500 | 36 | $4,140.00 | $4,140.00 | $4,140.00 | $0.00 |
| 65 | Melanie Oglesby, MONP | 159000 | 33 | $3,806.50 | $3,806.50 | $3,806.50 | $0.00 |
| 69 | Behavioral Health Consultants | 155500 | 11 | $1,344.00 | $1,344.00 | $1,344.00 | $0.00 |
| 73 | Freeman, Jake | 157200 | 26 | $3,168.00 | $3,168.00 | $3,168.00 | $0.00 |
| 74 | Derrick S., Hines MD PC | 155500 | 15 | $3,203.50 | $3,203.50 | $3,203.50 | $0.00 |
| 75 | Perez, Edwin A. | 150200 | 24 | $4,920.00 | $4,920.00 | $4,920.00 | $0.00 |
| 79 | Jones, Catherine | 157200 | 28 | $3,475.00 | $3,475.00 | $3,475.00 | $0.00 |
| 81 | Valentin, Delphine | 157200 | 24 | $2,400.00 | $2,400.00 | $2,400.00 | $0.00 |
| | | | | $39,166.65 | $39,166.65 | $39,166.65 | $0.00 |

**Exhibit B**

(13 Week Budget)

Jewish Family and Children's Service, Inc.

Thirteen Week Cash Budget

Prepared November 12, 2026

For the weeks ending 11/21/2026 through February 13, 2027

| | Week Ended | | | | | | | | | | | | | Grand |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2026-11-21 | 2026-11-28 | 2026-12-05 | 2026-12-12 | 2026-12-19 | 2026-12-26 | 2027-01-02 | 2027-01-09 | 2027-01-16 | 2027-01-23 | 2027-01-30 | 2027-02-06 | 2027-02-13 | Total |
| **Sources of Cash** | | | | | | | | | | | | | | |
| Operations | | | | | | | | | | | | | | |
| Behaviroal Health Medical Claims | | | | | | | | | | | | | | |
| Medicaid | | | | | | | | | | | | | | |
| Mercy Care | $ 553,200 | $ 166,300 | $ 177,200 | $ 172,300 | $ 566,800 | $ 181,900 | $ 138,800 | $ 174,000 | $ 563,000 | $ 181,100 | $ 171,800 | $ 180,000 | $ 174,000 | $ 3,400,400 |
| United Behaviral Health | 95,200 | 87,000 | 89,500 | 54,700 | 137,000 | 68,100 | 98,100 | 89,700 | 107,500 | 85,900 | 97,500 | 94,700 | 89,700 | 1,194,600 |
| Centene | 34,500 | 15,100 | 35,300 | 46,700 | 39,300 | 26,500 | 39,000 | 36,300 | 35,100 | 42,000 | 37,300 | 34,800 | 36,300 | 458,200 |
| Health Choice | 23,400 | 25,900 | 24,000 | 8,000 | 40,600 | 17,100 | 30,900 | 16,800 | 20,500 | 31,900 | 14,700 | 22,500 | 16,800 | 293,100 |
| Banner | 13,500 | 13,800 | 16,700 | 6,300 | 17,600 | 10,300 | 10,300 | 13,900 | 17,400 | 15,500 | 15,500 | 15,600 | 13,900 | 180,300 |
| All others | 11,100 | 10,100 | 13,100 | 6,700 | 13,300 | 8,300 | 13,400 | 14,900 | 12,200 | 8,900 | 11,100 | 11,400 | 14,900 | 149,400 |
| Subtotal | 730,900 | 318,200 | 355,800 | 294,700 | 814,600 | 312,200 | 330,500 | 345,600 | 755,700 | 365,300 | 347,900 | 359,000 | 345,600 | 5,330,400 |
| Non-Medicad | 12,400 | 13,100 | 9,300 | 10,400 | 11,100 | 10,300 | 10,500 | 12,500 | 12,900 | 10,800 | 9,800 | 10,700 | 12,500 | 146,400 |
| Behaviroal Health Medical Claims Subtotal | 743,300 | 331,300 | 365,100 | 305,100 | 825,700 | 322,600 | 341,000 | 358,100 | 768,600 | 376,100 | 357,700 | 369,700 | 358,100 | 5,464,300 |
| Social Services Programs | | | | | | | | | | | | | | |
| State of Arizona | 37,700 | 180,500 | 25,200 | - | 500 | 75,800 | 6,900 | 84,800 | 5,700 | 77,000 | 5,400 | - | 84,800 | 584,300 |
| Municipal | - | - | 10,000 | - | - | - | - | - | - | - | 15,200 | - | - | 25,200 |
| Subtotal | 37,700 | 180,500 | 35,200 | - | 500 | 75,800 | 6,900 | 84,800 | 5,700 | 77,000 | 20,600 | - | 84,800 | 524,700 |
| Older Adults | 700 | 100 | 1,700 | 100 | 700 | 300 | 100 | 1,700 | 500 | - | 1,300 | 200 | 1,700 | 9,100 |
| Philanthropic Sources | | | | | | | | | | | | | | |
| Organizations | 500 | 5,300 | 2,600 | 1,600 | 500 | 1,500 | 71,400 | 1,200 | 16,000 | 21,900 | 500 | 1,500 | 1,200 | 125,700 |
| Individuals | 55,500 | 78,000 | 101,700 | 110,100 | 116,200 | 135,100 | 1,900 | 900 | 100 | 1,900 | 25,100 | 41,300 | 900 | 668,700 |
| Subtotal | 56,000 | 83,300 | 104,300 | 111,700 | 116,700 | 136,600 | 73,300 | 2,100 | 16,100 | 23,800 | 25,600 | 42,800 | 2,100 | 792,300 |
| Administrative Services | 89,700 | - | - | - | - | 57,200 | 100 | - | - | 42,500 | - | - | - | 189,500 |
| **Total Cash Inflows** | 927,400 | 595,200 | 506,300 | 416,900 | 943,600 | 592,500 | 421,400 | 446,700 | 790,900 | 519,400 | 405,200 | 412,700 | 446,700 | 6,978,200 |
| **Uses of Cash** | | | | | | | | | | | | | | |
| Functional Areas | | | | | | | | | | | | | | |
| Wages | - | (580,400) | - | (572,300) | - | (553,100) | - | (573,900) | - | (584,100) | - | (579,600) | - | (3,443,400) |
| Taxes | - | (154,200) | - | (149,100) | - | (147,600) | - | (153,200) | - | (159,400) | - | (152,900) | - | (916,400) |
| Benefits | - | (26,400) | (400) | (26,200) | - | (25,800) | - | (28,300) | - | (36,300) | (500) | (26,300) | - | (170,200) |
| Subtotal | - | (761,000) | (400) | (747,600) | - | (726,500) | - | (755,400) | - | (779,800) | (500) | (758,800) | - | (4,530,000) |
| Medical Plan | | | | | | | | | | | | | | |
| Claims | (29,100) | (63,000) | (28,000) | (74,200) | (55,800) | (30,000) | (92,400) | (76,300) | (18,000) | - | (8,200) | (106,500) | (18,000) | (599,500) |
| All other | (29,800) | (62,200) | (28,300) | (50,000) | (55,800) | (29,600) | (75,300) | (15,400) | 900 | - | (18,700) | (46,800) | (17,100) | (428,100) |
| Subtotal | (58,900) | (125,200) | (56,300) | (124,200) | (111,600) | (59,600) | (167,700) | (91,700) | (17,100) | - | (26,900) | (153,300) | (35,100) | (992,500) |
| Technology | | | | | | | | | | | | | | |
| Licenses | (8,700) | (11,200) | (1,600) | (6,600) | (104,800) | (3,800) | (9,900) | (98,400) | (15,700) | (10,300) | (98,400) | (17,600) | (15,700) | (402,700) |
| Infrastructure | - | - | (7,800) | (7,700) | - | - | (12,400) | (31,500) | (3,100) | - | (29,800) | (700) | (3,100) | (96,100) |
| Communications | (3,800) | (600) | (3,700) | (700) | (1,500) | (600) | (3,500) | (2,300) | (11,800) | (5,500) | (5,000) | (200) | (11,800) | (51,000) |
| Subtotal | (12,500) | (11,800) | (13,100) | (15,000) | (106,300) | (4,400) | (25,800) | (132,200) | (30,600) | (15,800) | (133,200) | (18,500) | (30,600) | (519,200) |
| Leases | - | (6,200) | (139,900) | - | - | (6,200) | (139,900) | - | - | (5,700) | (135,900) | (2,100) | - | (435,900) |
| Insurance | (2,700) | - | (4,600) | - | (800) | - | (4,400) | (5,500) | (2,700) | - | (4,600) | (800) | (2,700) | (28,800) |
| Purchased Services | | | | | | | | | | | | | | |
| Facility | (12,800) | (700) | (32,100) | (2,200) | (900) | (11,300) | (25,300) | (100) | (12,900) | (4,100) | (16,400) | (8,100) | (12,900) | (139,800) |
| Legal | (34,600) | (500) | (5,700) | - | (1,200) | - | (11,400) | (9,700) | (6,700) | - | (17,700) | - | (6,700) | (94,200) |
| Document Management | (1,600) | (4,300) | - | (9,000) | (1,800) | (200) | (4,000) | - | (5,800) | - | - | - | (5,800) | (32,500) |
| All other | (9,000) | (6,200) | (5,800) | (16,100) | (8,300) | (4,800) | (13,500) | (4,500) | (15,900) | (4,300) | (9,000) | (4,200) | (15,900) | (117,500) |
| Subtotal | (58,000) | (11,700) | (43,600) | (27,300) | (12,200) | (16,300) | (54,200) | (14,300) | (41,300) | (8,400) | (43,100) | (12,300) | (41,300) | (342,700) |
| Interest & Bank Fees | - | (1,300) | - | - | (17,300) | (1,000) | - | - | (1,300) | - | - | (17,300) | (1,300) | (39,500) |
| Utilities | (13,200) | (900) | (200) | (12,700) | (5,500) | (900) | (1,900) | - | (14,800) | (900) | - | (4,900) | (14,800) | (70,700) |
| Misc Program Costs | | | | | | | | | | | | | | |
| Reimbursements | (4,400) | - | (800) | (1,000) | (700) | - | (2,200) | - | (800) | (200) | (700) | (300) | (800) | (11,900) |
| CC Charges | - | (26,100) | - | - | - | - | (14,500) | - | - | (45,300) | - | - | - | (85,900) |
| Client Assistance | (2,400) | (900) | - | (2,900) | - | (2,100) | (100) | (2,000) | - | - | 1,100 | (3,800) | - | (13,100) |
| Real World Training | - | - | - | - | - | (6,000) | - | - | (3,700) | (100) | - | (3,800) | (3,700) | (17,300) |
| All Other | (3,300) | (800) | (4,500) | (1,000) | (1,600) | (1,200) | (6,700) | (6,100) | (3,300) | (2,400) | (11,900) | (900) | (3,300) | (47,000) |
| SUbtotal | (10,100) | (27,800) | (5,300) | (4,900) | (2,300) | (9,300) | (23,500) | (8,100) | (7,800) | (48,000) | (11,500) | (8,800) | (7,800) | (167,400) |
| **Total Cash Outlows** | (155,400) | (945,900) | (263,400) | (931,700) | (256,000) | (824,200) | (417,400) | (1,007,200) | (115,600) | (858,600) | (355,700) | (976,800) | (133,600) | (7,107,900) |
| **Net Postive (Negative) Cash** | $ 772,000 | $ (350,700) | $ 242,900 | $ (514,800) | $ 687,600 | $ (231,700) | $ 4,000 | $ (560,500) | $ 675,300 | $ (339,200) | $ 49,500 | $ (564,100) | $ 313,100 | $ 183,400 |
| **Cummulative Cash Impact** | **772,000** | **421,300** | **664,200** | **149,400** | **837,000** | **605,300** | **609,300** | **48,800** | **724,100** | **384,900** | **434,400** | **(129,700)** | **183,400** | |